1  Adam R. Alper (SBN 196834)
   Akshay S. Deoras (SBN 301962)
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  adam.alper@kirkland.com
   akshay.deoras@kirkland.com
5
   Michael W. De Vries (SBN 211001)
6  KIRKLAND & ELLIS LLP
   555 South Flower Street, Suite 3700
7  Los Angeles, CA 90071
   Telephone: (213) 680-8400
8  michael.devries@kirkland.com
9  Leslie M. Schmidt (*pro hac vice* forthcoming)
   KIRKLAND & ELLIS LLP
10 601 Lexington Avenue
   New York, NY 10022
11 Telephone: (212) 446-4800
   leslie.schmidt@kirkland.com
12
   *Attorneys for Plaintiffs Omnitracs, LLC, XRS*
13 *Corporation, and SmartDrive Systems, Inc.*

14          IN THE UNITED STATES DISTRICT COURT

15        FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 OMNITRACS, LLC, XRS CORPORATION,      )
   AND SMARTDRIVE SYSTEMS, INC.,         )  Case No. 23-cv-05261
18                                        )
                Plaintiffs,               )  **COMPLAINT**
19                                        )
           v.                             )  **DEMAND FOR JURY TRIAL**
20                                        )
   MOTIVE TECHNOLOGIES, INC. (F/K/A       )
21 KEEPTRUCKIN, INC.),                    )
                                          )
22              Defendant.
23
24
25
26
27
28

## COMPLAINT FOR PATENT INFRINGEMENT

1.      Plaintiffs Omnitracs, LLC ("Omnitracs"), XRS Corporation ("XRS"), and SmartDrive Systems, Inc. ("SmartDrive") (collectively, "Plaintiffs" or "Omnitracs") are leading providers of fleet management solutions to transportation and logistics companies.  For over three decades, Plaintiffs have invested hundreds of millions of dollars in cutting-edge safety and fleet technologies that have transformed the fleet management and telematics industries.  That investment has resulted in a variety of innovative hardware and software solutions, including artificial intelligence, driver safety, and vehicle dispatch technologies.  Plaintiffs' novel technologies are foundational to the transportation and logistics industries and are increasingly relied upon by fleets around the world to manage fleet activity, improve driver safety, and reduce the costs of running transportation fleets.

2.      In 2013, almost thirty years after Omnitracs' first satellite mobile communications system revolutionized the fleet management and telematics industry, Motive Technologies, Inc. (f/k/a KeepTruckin, Inc., collectively referred to as "Motive") entered the fleet management industry with an electronic logbook app for drivers to record their hours of service.  Over the years, Motive expanded its platform to include products for vehicle and equipment tracking, driver safety, compliance, maintenance, and spend management, among others.

3.      In December 2015, Motive (then known as KeepTruckin) hired Dan Fuglewicz, a senior engineering director, from XRS.  Mr. Fuglewicz is listed as an inventor on several patents at issue in this case ("Patents-in-Suit" or "Asserted Patents").  Upon hiring Mr. Fuglewicz, Motive immediately began using XRS's technology to develop new and improved products to gain a larger share of the fleet management market—products Motive continues to market and sell to this day, including, *e.g.*, Motive's Fleet Dashboard, AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, Asset Gateway, Environmental Sensor, and Motive Driver App, and the hardware and/or software associated thereto (collectively, the "Accused Products"). Motive's employment of Mr. Fuglewicz enabled Motive's rapid development and marketing of the Accused Products, despite its much later arrival in the fleet management industry.

4.      In July 2018, Omnitracs notified Motive at an in-person meeting and via letter correspondence its concerns about Mr. Fuglewicz's employment by Motive and how rapidly Motive's

products came to market after Mr. Fuglewicz joined Motive.  Omnitracs also expressed that Motive's products look/looked strikingly similar to Omnitracs' products.  Omnitracs further noted that it appeared that Motive's products use the same parts as Plaintiffs' products, and that Motive used the same product development contractor that Plaintiffs used.  In August 2018 Motive responded to Omnitracs' concerns and informed Omnitracs that "Dan is no longer with our company, having decided to pursue another opportunity," and that KeepTruckin had conducted an investigation into the circumstances of Mr. Fuglewicz's time with KeepTruckin and discovered no issues.  KeepTruckin "decline[d] to share any further details … regarding [their] evaluation of Mr. Fuglewicz's employment," citing privacy concerns.

5.     Relying on Motive's representations that it was not using Omnitracs' technology, Omnitracs declined to file suit against Motive at the time.  Years later, however, it has become clear that Motive not only started its business using technology that Omnitracs developed, but it has also continued to use that technology to expand its business and compete unfairly in the market.

6.     Today, Motive offers fleet management, safety, and compliance software applications and in-vehicle telematics hardware.  Rather than design and develop its own services and technologies to provide legitimate competition to Plaintiffs, Motive has taken shortcuts and used the innovative technologies designed, developed, and patented by Plaintiffs.  Motive copied Plaintiffs' products and patented technology by leveraging the knowledge of former Omnitracs employees.  It did so despite full knowledge of Plaintiffs' broad suite of patented technologies, and with full knowledge of the patents asserted by Plaintiffs in this Complaint.  As a result of Motive's continuing and willful conduct, Plaintiffs now find themselves competing for the same customers against the very technologies they invented and patented.

7.     Plaintiffs bring this lawsuit to protect their intellectual property investments and to hold Motive accountable for its willful infringement.  Motive's actions have caused harm to Plaintiffs, as alleged below, by incorporating Plaintiffs' patented technologies into Motive's products.  Motive's actions also significantly harm innovation and undermine the intent of the U.S. patent laws.  If Motive's improper copying and use of Plaintiffs' technologies allows it to avoid what is needed to develop new products, other companies will be encouraged to simply copy others' proprietary technologies rather than hire their own engineers, invest in innovation, and develop new technologies independently and organically.

Plaintiffs therefore need injunctive relief to stop Motive's improper infringement of Plaintiffs' lawful patent rights.

## NATURE OF THE ACTION

8.      Plaintiffs bring claims under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, for the willful infringement of the following seven United States patents: U.S. Patent Nos. 9,402,060 (the "'060 patent"); 9,761,067 (the "'067 patent"); 10,957,130 (the "'130 patent"); 9,262,873 (the "'873 patent"); 9,014,943 (the "'943 patent"); 9,014,906 (the "'906 patent"); and 9,020,733 (the "'733 patent") (collectively, the "Patents-in-Suit" or "Asserted Patents").

## PARTIES

9.      Omnitracs is a Delaware limited liability company with its principal place of business at 1500 Solana Blvd, Suite 6300, Bldg. 6, Westlake, Texas 76262.

10.     XRS is a Minnesota corporation and a wholly owned subsidiary of Omnitracs, and maintains its principal place of business at 1500 Solana Blvd, Suite 6300, Bldg. 6, Westlake, Texas 76262.

11.     SmartDrive is a Delaware corporation and a wholly owned subsidiary of Omnitracs, and maintains its principal place of business at 1500 Solana Blvd, Suite 6300, Bldg. 6, Westlake, Texas 76262.

12.     Defendant Motive Technologies, Inc. (f/k/a KeepTruckin, Inc.) is a Delaware corporation with its principal place of business at 55 Hawthorne Street, 4th Floor, San Francisco, California 94105.

## JURISDICTION AND VENUE

13.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

14.     The Court has personal jurisdiction over Motive at least because Motive maintains a regular and established place of business in this District at 55 Hawthorne Street, 4th Floor, San Francisco, California 94105, and from that location conducts and/or directs the acts accused of infringement in this action. *See* https://gomotive.com/company/contact-us/.   Moreover, Motive conducts business in this District by making, shipping, distributing, offering for sale, selling, and advertising (including the provision of an interactive company website) its products and services in both the State of California and in this District.  Motive has, either directly or through intermediaries, purposefully and voluntarily placed one or more of its infringing products and/or services into the stream of commerce with the intention and

expectation that they will be purchased and used by customers in this District. Furthermore, on its company website Motive advertises that it has sold infringing products to customers in this District, including, for example, Biagi Bros., located in Napa, California, and Rosendin Electric Inc., located in San Jose, California. *See* https://gomotive.com/customers/biagi-bros-fleet-management; https://gomotive.com/customers/rosendin-electric/.

15.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) because Motive directs and regularly conducts business within this District, has a regular and established place of business in this District, and has committed acts of infringement within this District.  Motive maintains a regular and established place of business in this District at 55 Hawthorne Street, 4th Floor, San Francisco, California 94105.

## **BACKGROUND**

### Omnitracs, XRS and SmartDrive

16.     For more than 30 years, Omnitracs has been a global pioneer of fleet management solutions for transportation and logistics companies.  Omnitracs provides innovative fleet management solutions, including integrated systems, software-as-a-service (SaaS) applications, and analytics platforms designed for commercial trucking fleets. Omnitracs applies its expertise in artificial intelligence and machine learning to provide end-to-end fleet intelligence.

17.     XRS is a wholly-owned subsidiary of Omnitracs and is also a leader in fleet management solutions for transportation and logistics companies.  XRS provides smartphone- and tablet-based solutions that enable trucking companies to manage their fleets, comply with regulations, and reduce operating costs. Omnitracs completed its acquisition of XRS on November 2, 2014.

18.     SmartDrive is a wholly-owned subsidiary of Omnitracs and is also a leader in fleet management software for transportation and logistics companies.  SmartDrive provides a transportation intelligence platform with AI-based driver monitoring to provide improved performance insights and analysis, and a video-based safety program that helps fleets improve driving skills, lower operating costs, and deliver significant return on investment. Omnitracs completed its acquisition of SmartDrive on September 9, 2020.

19.     Plaintiffs are leading innovators of fleet management, compliance, and safety systems. Their advanced technology services include solutions for regulatory compliance, safety compliance, GPS fleet tracking, route planning, and fleet communication that enable customers to solve common fleet problems and achieve their business objectives in a cost-effective manner. Today, Plaintiffs deliver advanced technology services to more than 11,000 customers operating approximately one million trucks and other transportation assets in more than 70 countries, including throughout the United States. This technology includes, for example, hardware installed directly into fleet vehicles to track vehicle performance and location data and driver activity information. Plaintiffs' customizable software applications leverage that data and information to offer customers, such as fleet managers (and their drivers), a host of logistical planning tools. Plaintiffs' technology further includes unique solutions integrating hardware such as smartphones, tablets, and ruggedized handheld devices with electronic logging devices and applications. This enables carriers to use and access a suite of sophisticated, intuitive, fleet optimization tools in a portable device during their business operations.

<u>Motive</u>

20.     Motive develops fleet management software and electronic logbook applications for dispatchers and fleet managers to audit driver logs, track drivers' locations, and send load information to drivers. Motive offers its products to the construction, oil and gas, food and beverage, trucking and logistics, delivery, field service, passenger transit, and agriculture industries. Its website provides information about the products it offers, including a software driven platform, hardware, a Motive credit card, and a mobile app. Motive's platform provides AI-powered applications that automate driver safety, compliance, tracking and telematics, dispatch, maintenance, sustainability, smart load board(s), and spend management. Motive's platform will evaluate driver safety performance over time and assign a risk score to provide a measure of driver risk.



Motive Technologies, Inc., *Software*, Products, https://gomotive.com/products/.



Motive Technologies, Inc., *Driver Safety*, Products, https://gomotive.com/products/driver-safety/.

21.    Motive's website further highlights some of the features of its platform including ELD (electronic logging device) compliance, IFTA (International Fuel Tax Agreement) fuel tax reporting, GPS (global positioning system) vehicle tracking, asset monitoring, reefer monitoring[1], and WiFi hotspot.

---

[1]    "Reefer" is an industry term for a type of diesel fuel that powers the refrigeration units of temperature-controlled trailers, often called "reefers."



Motive Technologies, Inc., *Features*, Products, https://gomotive.com/products/.

22.     Motive also offers hardware products including dash cams, tracking devices (which it calls "gateways") and sensors.  For example, the Motive AI Dashcam detects and tracks unsafe behaviors like cell phone use, which will alert the driver to keep their eyes on the road and send push notifications to the fleet operator.  The dash cams also detect collisions and can record up to 235 hours of footage, even when a vehicle engine is off.



Motive Technologies, Inc., *Hardware*, Products, https://gomotive.com/products/.

1
2
3
4
5
6
7
8
9
10



11
12
13
14
15
16
17
18
19
20
21
22
23
24



25
26
27
28

Motive Technologies, Inc., *Driver Safety*, Products, https://gomotive.com/products/driver-safety/.

     23.    Plaintiffs have been harmed by Motive's actions and attempts to utilize Plaintiffs' technologies and divert Plaintiffs' customers.

24.     Motive has had knowledge of and/or was willfully blind to the Asserted Patents and patented technologies long before this suit was filed.  In December 2015, Motive (then known as KeepTruckin) hired Dan Fuglewicz from XRS, a senior engineering director.  Mr. Fuglewicz is listed as an inventor on the '943, '906, and '733 patents.  Mr. Fuglewicz thus knew of at least the patented technologies when he worked at Motive developing Motive's ELD products.  Moreover, in addition to Mr. Fuglewicz, Motive has hired several other Omnitracs employees to work in all aspects of its business, from engineering to strategic operations and sales and marketing.

25.     Moreover, prior to filing this lawsuit, Plaintiffs attempted to resolve these issues directly with Motive through communications and correspondence with Motive executives and counsel.  Plaintiffs sent Motive a letter raising its concerns that Motive was using its technology without permission, specifically identifying the '873 patent, and discussed the issues with Motive in person.  Thus, Motive has been on notice of these infringement allegations since at least July 2018, if not sooner.  Despite knowing of Plaintiffs' infringement allegations, Motive did nothing and continued to infringe Plaintiffs' patents and technologies.

## THE PATENTS-IN-SUIT

### The '060 Patent

26.     On July 26, 2016, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '060 patent, entitled, "Vehicle Event Recorders with Integrated Web Server." SmartDrive owns all rights, title and interest in and to the '060 patent and possesses all rights of recovery under the '060 patent.  A true and accurate copy of the '060 patent is attached hereto as Ex. A.

27.     The '060 patent is valid and enforceable.

### The '067 Patent

28.     On September 12, 2017, the USPTO duly and legally issued the '067 patent, entitled, "Vehicle Operator Performance History Recording, Scoring and Reporting Systems."  SmartDrive owns all rights, title and interest in and to the '067 patent and possesses all rights of recovery under the '067 patent.  A true and accurate copy of the '067 patent is attached hereto as Ex. B.

29.     The '067 patent is valid and enforceable.

The '130 Patent

30.     On March 23, 2021, the USPTO duly and legally issued the '130 patent, entitled, "Driving Event Assessment System."  Omnitracs owns all rights, title and interest in and to the '130 patent, and possesses all rights of recovery under the '130 patent.  A true and accurate copy of the '130 patent is attached hereto as Ex. C.

31.     The '130 patent is valid and enforceable.

The '873 Patent

32.     On February 16, 2016, the USPTO duly and legally issued the '873 patent, entitled, "Systems and Methods for Processing Vehicle Data to Report Performance Data Interchangeably." Omnitracs owns all rights, title and interest in and to the '873 patent and possesses all rights of recovery under the '873 patent.  A true and accurate copy of the '873 patent is attached hereto as Ex. D.

33.     The '873 patent is valid and enforceable.

The '943 Patent

34.     On April 21, 2015, the USPTO duly and legally issued the '943 patent, entitled, "Transportation Management Techniques."  XRS owns all rights, title and interest in and to the '943 patent and possesses all rights of recovery under the '943 patent.  A true and accurate copy of the '943 patent is attached hereto as Ex. E.

35.     The '943 patent is valid and enforceable.

The '906 Patent

36.     On April 21, 2015, the USPTO duly and legally issued the '906 patent, entitled, "Remote Distribution of Software Updates in a Transportation Management Network."  XRS owns all rights, title and interest in and to the '906 patent and possesses all rights of recovery under the '906 patent.  A true and accurate copy of the '906 patent is attached hereto as Ex. F.

37.     The '906 patent is valid and enforceable.

The '733 Patent

38.     On April 28, 2015, the USPTO duly and legally issued the '733 patent, entitled, "Vehicle Data Acquisition for Transportation Management."  XRS owns all rights, title and interest in and to the

'733 patent and possesses all rights of recovery under the '733 patent.  A true and accurate copy of the '733 patent is attached hereto as Ex. G.

39.     The '733 patent is valid and enforceable.

**ACCUSED PRODUCTS**

40.     The accused products in this case include, but are not limited to, Motive's Fleet Dashboard, AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, Asset Gateway, Environmental Sensor, and Motive Driver App, and the hardware and/or software associated thereto (collectively, the "Accused Products").

**COUNT I**

**Infringement of U.S. Patent No. 9,402,060**

41.     Plaintiffs repeat and reallege the allegations in paragraphs 1–40 as though fully set forth herein.

42.     The '060 patent, titled "Vehicle event recorders with integrated web server," discloses novel video safety devices that record visual information about events that occur in vehicles and provide an advanced interface system that improves users' ease of use by allowing for specific types of remote configuration.  Exhibit A ('060 patent), 5:39-6:14.  The '060 patent explains that prior-art video systems were cumbersome and difficult to use, and provided significantly limited functionality in what video data could be recorded or how it could be retrieved.  *Id.*, 1:12-5:15.  The '060 patent solves these problems through its inventions that include a specific structural device comprising a video camera, memory, and "event trigger," which detects events "responsive to an event parameter breaching an event trigger threshold level," along with a microprocessor for flexibly receiving settings information from a remote device.  *Id.*, cl. 1.  The microprocessor "facilitate[s] wireless communication of information between the vehicle event recorder and a remotely located computing device using HTTP" and "receive[s] settings information from the remotely located computing device . . . operable to adjust vehicle event recorder settings pertaining to operation of one or both of the video camera and the event trigger."  *Id.*

43.     Motive's products and/or services that infringe the '060 patent include, but are not limited to, the Accused Products and use thereof.

44.   Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

45.   Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '060 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

46.   For example, claim 1 of the '060 patent recites:

> 1. A vehicle event recorder comprising:
>
> > a video camera configured to acquire visual information representing a vehicle environment, the vehicle environment including spaces in and around an interior and an exterior of a vehicle;
> >
> > a memory configured to electronically store information;
> >
> > an event trigger configured to detect a vehicle event responsive to an event parameter breaching an event trigger threshold level; and
> >
> > a microprocessor configured to:
> >
> > > responsive to detection of the vehicle event, effectuate storage of visual information associated with the vehicle event in the memory;
> > >
> > > facilitate wireless communication of information between the vehicle event recorder and a remotely located computing device using HTTP;
> > >
> > > receive settings information from the remotely located computing device, wherein the settings information is operable to adjust vehicle event recorder settings pertaining to operation of one or both of the video camera and the event trigger, and
> > >
> > > adjust the vehicle event recorder settings based on the received settings information.

47.   The Accused Products practice each limitation of at least claim 1 of the '060 patent.

48.   Motive, at least by using the Accused Products, performs each step of claim 1 of the '060 patent.  *See* Exhibit H.

49.   To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive Vehicle Gateway (ELD) with Smart Dashcam, AI Dashcam, and AI Omnicam provide "a vehicle event recorder."

50.   Motive, at least when using the Smart Dashcam, AI Dashcam and/or AI Omnicam includes "a video camera configured to acquire visual information representing a vehicle environment, the vehicle

environment including spaces in and around an interior and an exterior of a vehicle," as required by claim 1 of the '060 patent.

51.     Motive, at least when using the Smart Dashcam, AI Dashcam, and/or AI Omnicam, includes a video camera with "a memory configured to electronically store information," as required by claim 1 of the '060 patent.

52.     Motive, at least when using the Smart Dashcam, AI Dashcam and/or AI Omnicam includes "an event trigger configured to detect a vehicle event responsive to an event parameter breaching an event trigger threshold level," as required by claim 1 of the '060 patent.

53.     Motive, at least when using the Smart Dashcam, AI Dashcam and/or AI Omnicam includes "a microprocessor configured to: responsive to detection of the vehicle event, effectuate storage of visual information associated with the vehicle event in the memory," as required by claim 1 of the '060 patent.

54.     Motive, at least when using the Motive Vehicle Gateway includes a system with a processor which "facilitate[s] wireless communication of information between the vehicle event recorder and a remotely located computing device using HTTP," as required by claim 1 of the '060 patent.

55.     Motive, at least when using the Motive Vehicle Gateway, includes a system with a processor which "receive[s] settings information from the remotely located computing device, wherein the settings information is operable to adjust vehicle event recorder settings pertaining to operation of one or both of the video camera and the event trigger," as required by claim 1 of the '060 patent.

56.     Motive, at least when using the Motive Vehicle Gateway with Motive's Smart Dashcam AI Dashcam, and/or AI Omnicam, includes a system with a processor which "receive[s] settings information from the remotely located computing device, wherein the settings information is operable to adjust vehicle event recorder settings pertaining to operation of one or both of the video camera and the event trigger." The Motive Vehicle Gateway (ELD), Motive's Smart Dashcam AI Dashcam, and AI Omnicam system receive settings information from the remotely located computing device via the Motive Fleet Dashboard.  The settings information is operable to adjust the vehicle event recorder settings pertaining to operation of one or both of the video camera and event trigger.

57.     Motive, at least when using the Motive Vehicle Gateway with Motive's Smart Dashcam, AI Dashcam, and/or AI Omnicam, includes a system with a processor which "adjust[s] the vehicle event

recorder settings based on the received settings information." The Motive Vehicle Gateway (ELD) with Motive's Smart Dashcam, AI Dashcam, or AI Omnicam system adjusts through its processor the vehicle event recorder settings based on the changes made in the Motive Fleet Dashboard.

58.     Each claim of the '060 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '060 patent.

59.     Motive was aware of and/or willfully blind to the '060 patent since approximately the date of its issuance on July 26, 2016.  Numerous former employees of Plaintiffs who had knowledge of Plaintiffs' patented technology and patents, including the '060 patent, worked and/or now work at Motive in a wide variety of roles across the company.  *See supra*, paragraphs 24–25.  These employees were aware of and/or were willfully blind to Plaintiffs' patented technology and patents, including the '060 patent, when Motive was developing the Accused Products.

60.     Motive has further been aware of the '060 patent since at least the filing date of this Complaint.

61.     At least since the filing date of this Complaint, Motive has actively induced and is actively inducing infringement of at least claim 1 of the '060 patent, in violation of 35 U.S.C. § 271(b).

62.     Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '060 patent, at least by making and using the Accused Products as described in detail in paragraphs 45–57.

63.     Motive knowingly induces infringement of at least claim 1 of the '060 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

64.     Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular, "facilitate[s] wireless communication of information between the vehicle event recorder and a remotely located computing device using HTTP."  *See*  https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers;

https://helpcenter.gomotive.com/hc/en-us/articles/11066719903901-Why-Dashcam-videos-are-pending-not-uploading-.

65.    For example, Motive publicly shares an installation and support guide for its AI Dashcam products, including a "[s]tep-by-step guide" explaining how to install the AI Dashcam and integrate it with the Motive Vehicle Gateway:



https://gomotive.com/dashcam-guide/;   *see   also*   https://helpcenter.gomotive.com/hc/en-us/categories/5364621713565-Installers (listing installation guides).

66.    Motive further explains publicly to its customers how the Accused Products operate, including the infringing functionality.  *See* https://gomotive.com/products/dashcam/.

67.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App."  https://helpcenter.gomotive.com/hc/en-us.  The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products, such as the AI Dashcam Smart Dashcam, and AI Omnicam, include "a video camera configured to acquire visual

information representing a vehicle environment, the vehicle environment including spaces in and around an interior and an exterior of a vehicle" as claimed in the '060 patent.

68.     Motive has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

69.     Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services. *See* https://gomotive.com/dashcam-guide/; *see also* AI-Dashcam-Installation-Manual https://gomotive.com/wp-content/uploads/2022/09/AI-Dashcam-Installation-Manual.pdf.     Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver events, and to "adjust the vehicle event recorder settings based on the received settings information" as claimed in the '060 patent.

70.     Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



Trucking and logistics

**Biagi Bros**

Learn how Biagi Bros quickly onboarded their entire fleet and saw a 50% increase in time savings.

Oil & Gas

**Smart Chemical Solutions**

How one company enhanced efficiency, streamlined operations and increased savings.

Trucking and logistics

**QFS Transportation**

How one large fleet decreased HOS violations and more than doubled driver count.

Trucking and logistics

**JMS Transportation**

How one fleet improved safety, lowered repair costs, and increased profitability.

Trucking and logistics

**Roush Industries**

Through technology, the company's transportation division is becoming safer and more compliant.

Trucking and logistics

**Sabel Steel**

How one fleet transformed its safety, tracking, and compliance program after switching to Motive

Trucking and logistics

**Cargo Network Solutions**

After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability.

Construction

**Southland Steel Fabricators**

How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation.

https://gomotive.com/customers/.

**ROUSH.**

⊙ **Location**
Livonia, MI

🗓 **Type**
Trucking and logistics

🚛 **Fleet Size**
80

Products Used

🛡 Driver Safety

📡 Tracking

⏱ Compliance

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

71.     At least since the filing date of this Complaint, Motive contributed and is contributing to infringement of at least claim 1 of the '060 patent, in violation of 35 U.S.C. § 271(c).

72.     Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '060 patent, at least by using the Accused Products, as described in detail in paragraphs 45–57.

73.     Motive contributes to infringement of the '060 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the AI Dashcam, Smart Dashcam, AI Omnicam, and associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '060 patent and have no substantial non-infringing use.

74.     The AI Dashcam, Smart Dashcam, AI Omnicam, and associated software applications and firmware are especially made and especially adapted for use in infringing the '060 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

75.     Motive's infringement of the '060 patent is without license or other authorization.

76.     Motive's continued infringement of the '060 patent has damaged and will continue to damage Plaintiffs.

77.     Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '060 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

78.     This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT II

### Infringement of U.S. Patent No. 9,761,067

79.     Plaintiffs repeat and reallege the allegations in paragraphs 1–78 as though fully set forth herein.

80.     The '067 patent, titled "Vehicle operator performance history recording, scoring and reporting systems," discloses video safety systems use video surveillance systems in an innovative way to automate the evaluation and assessment of driver operations in a manner never before performed by prior

systems.  Exhibit B ('067 patent), 1:8-11, 5:61-6:30.  The '067 patent explains that prior-art video systems were cumbersome and difficult to use, and could only provide limited video information that was not usable by dispatchers.  *Id.*, 1:13-5:57.  The '067 patent accordingly claims a specific system that improves the technological functionality of prior video devices comprising an "an operator identity system," an "associator," and an "analyzer."  *Id.*, cl. 1.  The operator identity system includes novel machine learning technology for identifying an operator of a vehicle, and the claimed "associator" takes the inputs from the "operator identity system" to associate event records with vehicle operators.  *Id.*  The "analyzer" then evaluates an operator using this operator-specific information and generates metrics using consistent algorithms that allow drivers to be evaluated consistently across a fleet.  *Id.*

81.    Motive's products and/or services that infringe the '067 patent include, but are not limited to, the Accused Products and use thereof.

82.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

83.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '067 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

84.    For example, claim 1 of the '067 patent recites:

1. A system configured to determine vehicle operator performance measures for a group of vehicle operators associated with a group of vehicles, wherein the group of vehicle operators includes a first vehicle operator and a second vehicle operator, wherein the group of vehicles includes a first vehicle and a second vehicle, the system comprising:

   an operator identity system configured to receive operator identity information that identifies periods of time a vehicle operator operates a vehicle, the operator identity information including a vehicle operator identifier, a vehicle identifier, and time ranges that correspond to the periods of time the vehicle operator operates the vehicle, wherein the vehicle operator is included in the group of vehicle operators, and wherein the vehicle is included in the group of vehicles;

   an associator configured to:

      obtain the operator identity information for the first vehicle operator and the second vehicle operator;

      receive first event records that include information related to vehicle operation during vehicle events from a first vehicle event recorder associated with the first vehicle;

receive second event records that include information related to vehicle operation during vehicle events from a second vehicle event recorder associated with the second vehicle;

associate the first event records for vehicle events that occur while the first vehicle operator operates the first vehicle with the operator identity information for the first vehicle operator;

associate the second event records for vehicle events that occur while the second vehicle operator operates the second vehicle with the operator identity information for the second vehicle operator;

form datasets comprising the operator identity information and the associated first and second event records; and

transmit the datasets to a data store; and

an analyzer configured to determine, based on the datasets, a first vehicle operator performance measure for the first vehicle operator and a second vehicle operator performance measure for the second vehicle operator, wherein the determination uses a mathematical algorithm.

85.  The Accused Products practice each limitation of at least claim 1 of the '067 patent.

86.  Motive, at least by using the Accused Products, performs each step of claim 1 of the '067 patent. *See* Exhibit I.

87.  To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive Vehicle Gateway (ELD) with Smart Dashcam, AI Dashcam, and/or AI Omnicam with DRIVE includes a "[s]ystem configured to determine vehicle operator performance measures for a group of vehicle operators associated with a group of vehicles, wherein the group of vehicle operators includes a first vehicle operator and a second vehicle operator, wherein the group of vehicles includes a first vehicle and a second vehicle."

88.  Motive's DRIVE score system includes "an operator identity system configured to receive operator identity information that identifies periods of time a vehicle operator operates a vehicle, the operator identity information including a vehicle operator identifier, a vehicle identifier, and time ranges that correspond to the periods of time the vehicle operator operates the vehicle, wherein the vehicle operator is included in the group of vehicle operators, and wherein the vehicle is included in the group of vehicles," as required by claim 1 of the '067 patent. For example, Motive's DRIVE score system is

configured to receive one or more operator identities to identify when a driver is operating a vehicle for a certain period of time, and including vehicle identifier(s).

89.     Motive's DRIVE score system includes "an associator configured to: obtain the operator identity information for the first vehicle operator and the second vehicle operator," as required by claim 1 of the '067 patent. For example, Motive's DRIVE score system includes an associator configured to obtain operator identity information for the first vehicle operator and the second vehicle operator.

90.     Motive's DRIVE score system includes an associator configured to "receive first event records that include information related to vehicle operation during vehicle events from a first vehicle event recorder associated with the first vehicle" and "receive second event records that include information related to vehicle operation during vehicle events from a second vehicle event recorder associated with the second vehicle," as required by claim 1 of the '067 patent. For example, Motive's DRIVE system receives records relating to events from at least a first and second vehicle (recorder, respectively).

91.     Motive's DRIVE score system includes an associator configured to "associate the first event records for vehicle events that occur while the first vehicle operator operates the first vehicle with the operator identity information for the first vehicle operator" and "associate the second event records for vehicle events that occur while the second vehicle operator operates the second vehicle with the operator identity information for the second vehicle operator," as required by claim 1 of the '067 patent. For example, in Motive's DRIVE system, events are associated with the appropriate vehicle operators (first, second, etc.).

92.     Motive's DRIVE score system includes an associator configured to "form datasets comprising the operator identity information and the associated first and second event records; and transmit the datasets to a data store," as required by claim 1 of the '067 patent. For example, data sets are formed (*e.g.*, operator identity, event information) and Motive's Vehicle Gateway (ELD) transmits the data, including video data, to a data store which is analyzed and viewable in the Safety Hub.

93.     Motive's DRIVE score system further includes "an analyzer configured to determine, based on the datasets, a first vehicle operator performance measure for the first vehicle operator and a second vehicle operator performance measure for the second vehicle operator, wherein the determination uses a mathematical algorithm," as required by claim 1 of the '067 patent. For example, Motive's DRIVE

score system comprises an analyzer to determine based on the datasets first operator performance and second operator performance by assigning each numerical scores.

94. Each claim of the '067 patent recites an independent invention. Neither claim 1, described above, nor any other individual claim is representative of all claims in the '067 patent.

95. Motive was aware of and/or willfully blind to the '067 patent since approximately the date of its issuance on September 12, 2017. Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '067 patent, have worked and/or now work at Motive in a wide variety of roles across the company. *See supra*, paragraphs 24–25. These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '067 patent, when Motive was developing the Accused Products.

96. Motive has further been aware of the '067 patent since at least the filing date of this Complaint.

97. At least since the filing date of this Complaint, Motive actively induced and is actively inducing infringement of at least claim 1 of the '067 patent, in violation of 35 U.S.C. § 271(b).

98. Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '067 patent, at least by using the Accused Products, as described in detail in paragraphs 83–93.

99. Motive knowingly induces infringement of at least claim 1 of the '067 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

100. Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular a "system configured to determine vehicle operator performance measures for a group of vehicle operators associated with a group of vehicles, wherein the group of vehicle operators includes a first vehicle operator and a second vehicle operator," as claimed in the '067 patent. *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

101.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

102.    Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features. Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY). The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, e.g., Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (e.g., for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views,

https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver behavior and assessment scores, which include "an analyzer configured to determine, based on the datasets, a first vehicle operator performance measure for the first vehicle operator and a second vehicle operator performance measure for the second vehicle operator, wherein the determination uses a mathematical algorithm" as claimed in the '067 patent:

## How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.

- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

103.    Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

104.    Motive further advertises and instructs third parties how Motive's driver risk score is calculated and instructs drivers how to use the driver risk score obtained via network devices running or interacting with Motive's Accused Products. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's]

new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.         Motive thereby contributes to and induces infringement by third parties of the '067 patent, by including *e.g.*, an associator to "obtain the operator identity information for the first vehicle operator and the second vehicle operator," "receive first event records that include information related to vehicle operation during vehicle events from a first vehicle event recorder associated with the first vehicle," "receive second event records that include information related to vehicle operation during vehicle events from a second vehicle event recorder associated with the second vehicle," "associate the first event records for vehicle events that occur while the first vehicle operator operates the first vehicle with the operator identity information for the first vehicle operator," "associate the second event records for vehicle events that occur while the second vehicle operator operates the second vehicle with the operator identity information for the second vehicle operator," "form datasets comprising the operator identity information and the associated first and second event records," and "transmit the datasets to a data store."  The associator then uses "an analyzer configured to determine, based on the datasets, a first vehicle operator performance measure for the first vehicle operator and a second vehicle operator performance measure for the second vehicle operator, wherein the determination uses a mathematical algorithm." Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and that "[s]ome of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive Guide: DRIVE risk score 101 (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Introduction**

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

105.   Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.  Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:

**ROUSH.**

Customer Stories

Roush cuts accident rate in half and improves driver safety with Motive.

Learn more

Trucking and logistics

**Biagi Bros**

Learn how Biagi Bros quickly onboarded their entire fleet and saw a 50% increase in time savings.

Oil & Gas

**Smart Chemical Solutions**

How one company enhanced efficiency, streamlined operations and increased savings.

Trucking and logistics

**QFS Transportation**

How one large fleet decreased HOS violations and more than doubled driver count.

Trucking and logistics

**JMS Transportation**

How one fleet improved safety, lowered repair costs, and increased profitability.

Trucking and logistics

**Roush Industries**

Through technology, the company's transportation division is becoming safer and more compliant.

Trucking and logistics

**Sabel Steel**

How one fleet transformed its safety, tracking, and compliance program after switching to Motive

Trucking and logistics

**Cargo Network Solutions**

After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability.

Construction

**Southland Steel Fabricators**

How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation.

https://gomotive.com/customers/.

**ROUSH**®

**Location**
Livonia, MI

**Type**
Trucking and logistics

**Fleet Size**
80

Products Used
🛡 **Driver Safety**
📶 **Tracking**
🕐 **Compliance**

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

106. At least since the filing date of this Complaint, Motive contributed to and is contributing to infringement of at least claim 1 of the '067 patent, in violation of 35 U.S.C. § 271(c).

107. Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '067 patent, at least by using the Accused Products, as described in detail in paragraphs 83–93.

108. Motive contributes to infringement of the '067 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, and associated software applications and firmware. Such components are substantial, material parts of the claimed inventions of the '067 patent and have no substantial non-infringing use.

109. The AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, and associated software applications and firmware are especially made and especially adapted for use in infringing the '067 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

110. Motive's infringement of the '067 patent is without license or other authorization.

111.    Motive's continued infringement of the '067 patent has damaged and will continue to damage Plaintiffs.

112.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '067 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

113.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT III

### Infringement of U.S. Patent No. 10,957,130

114.    Plaintiffs repeat and reallege the allegations in paragraphs 1–113 as though fully set forth herein.

115.    The '130 patent, titled "Driving event assessment system," discloses novel systems and methods that improve the evaluation and assessment of driver performance using a concrete technique that fuses data from multiple sources to generate an accurate and robust assessment.  Exhibit C ('130 patent), 1:43-2:46.  The '130 patent explains that prior-art systems were unable to generate reliable assessments due to limitations resulting from their inability to make use of anything other than raw vehicle data.  *Id.*, 1:19-39.  The '130 patent accordingly claims specific systems and methods that improve the technological functionality of prior video devices by capturing data from an "electronic logging device," "image data," along with "external environmental conditions" to evaluate driver performance.  *Id.*, cl. 1. The system uses this information to accurately record incidents related to a driver's performance and determines likely causes of those events based on that information in a manner that prior art systems were unable to do.  *Id.*

116.    Motive's products and/or services that infringe the '130 patent include, but are not limited to, the Accused Products and use thereof.

117.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

118.   Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '130 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

119.   For example, claim 1 of the '130 patent recites:

1. An apparatus for generating a driver performance assessment, comprising:

a processor; and

a memory coupled with the processor, wherein the memory includes instructions executable by the processor to:

receive, at a network entity, a vehicle performance parameter from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD;

receive, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event;

determine, at the network entity, whether the driving event was triggered in response to external environmental conditions based on the image data captured by the image processing device on the vehicle; and

generate the driver performance assessment based on whether the driving event was triggered in response to the external environmental conditions,

wherein the instructions to generate the driver performance assessment further include instructions executable by the processor to deduct a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event.

120.   The Accused Products practice each limitation of at least claim 1 of the '130 patent.

121.   Motive, at least by using the Accused Products, performs each step of claim 1 of the '130 patent.  *See* Exhibit J.

122.   To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive when using its Dashboard, and also its customers and end users when using the Dashboard, includes an "apparatus for generating a driver performance assessment." Specifically, Motive's fleet management system prepares a Drive Risk Score that meets the limitations of the claims, as discussed above and below.

123.   Motive, at least when using the Accused Products, includes a system which contains "a processor," as required by claim 1 of the '130 patent.

124.    Motive, at least when using the Accused Products, includes a system which contains "a memory coupled with the processor, wherein the memory includes instructions executable by the processor," as required by claim 1 of the '130 patent.   Specifically, Motive's Smart Dashcam, AI Dashcam, and AI Omnicam all include memory to store video.

125.    Motive, at least when using the Accused Products, includes a memory coupled with a processor to "receive, at the network entity, a vehicle performance parameter from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD," as required by claim 1 of the '130 patent. For example, on information and belief performance parameters are sent from a Motive ELD associated with a vehicle to a network device so that the performance parameter data can be aggregated to determine the DRIVE risk score.

126.    Motive, at least when using the Accused Products, includes a memory coupled with a processor to "receive, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event," as required by claim 1 of the '130 patent. The Motive Fleet system receives, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event. For example, several of the behaviors that relate to the DRIVE score are based on events that are captured by a camera, *e.g.*, driver distraction where the driver is looking down for at least 5 seconds. The Accused Products further monitor and process behaviors through the Smart Dashcam, AI Dashcam, and AI Omnicam in combination with the Vehicle Gateway.

127.    Motive, at least when using the Accused Products, includes a memory coupled with a processor to "determine, at the network entity, whether the driving event was triggered in response to external environmental conditions based on the image data captured by the image processing device on the vehicle," as required by claim 1 of the '130 patent. In assessing the drivers' behavior, the Dashboard uses both the video data from the Smart Dashcam, AI Dashcam, and/or AI Omnicam and also the event data from the ELD. For example, if the AI dashcam detects unsafe driving behavior it "adds events for the Fleet Managers to view" so that a fleet manager can, at the network entity, determine whether the event was triggered in response to external conditions based on the image data captured by the AI Dashcam. The Dashboard uses both video data from the Smart Dashcam and event data from the ELD.

128.    Motive, at least when using the Accused Products, includes a memory coupled with a processor to "generate the driver performance assessment based on whether the driving event was triggered in response to the external environmental conditions, wherein the instructions to generate the driver performance assessment further include instructions executable by the processor to deduct a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event," as required by claim 1 of the '130 patent. Fleet managers using Fleet Dashboard can generate DRIVE score reports that assess driver performance based on whether the driving event was triggered in response to the external environmental conditions, wherein generating the driver performance assessment comprises deducting a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event. Specifically, Motive's fleet management method prepares a Drive Risk Score that meets the limitations of the claims. Drive Scores are prepared on, *e.g.*, a per-driver basis for a four-week period.

129.    Each claim of the '130 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '130 patent.

130.    Motive was aware of and/or willfully blind to the '130 patent since approximately the date of its issuance on March 23, 2021.  Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '130 patent, have worked and/or now work at Motive in a wide variety of roles across the company.  *See supra*, paragraphs 24–25.  These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '130 patent, when Motive was developing the Accused Products.

131.    Motive has further been aware of the '130 patent since at least the filing date of this Complaint.

132.    At least since the filing date of this Complaint, Motive actively induced and is actively inducing infringement of at least claim 1 of the '130 patent, in violation of 35 U.S.C. § 271(b).

133.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '130 patent, at least by using the Accused Products, as described in detail in paragraphs 118–128.

134.    Motive knowingly induces infringement of at least claim 1 of the '130 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful

blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

135.    Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular Motive's "apparatus for generating a driver performance assessment." as claimed in the '130 patent. *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

136.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

137.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App." https://helpcenter.gomotive.com/hc/en-us. The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products are used to generate a performance parameter that is "receive[d], at a network entity, [] from an electronic logging

device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD" as claimed in the '130 patent.

138.    For example, Motive publicly shares an installation and support guide for its AI Dashcam products, including a "[s]tep-by-step guide" explaining how to install the AI Dashcam and integrate it with the Motive Vehicle Gateway:

## Step-by-step guide



https://gomotive.com/dashcam-guide/;    *see    also*    https://helpcenter.gomotive.com/hc/en-us/categories/5364621713565-Installers (listing installation guides). Motive further explains publicly to its customers how the Accused Products operate, including the infringing functionality. *See* https://gomotive.com/products/dashcam/.    And as discussed above, these Motive hardware products comprise "[a]n apparatus for generating a driver performance assessment, comprising: a processor; and a memory coupled with the processor, wherein the memory includes instructions executable by the processor to: receive, at a network entity, a vehicle performance parameter from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD; receive, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event; determine, at the network entity, whether the driving event was triggered in response to external environmental conditions based on the image data

captured by the image processing device on the vehicle; and generate the driver performance assessment based on whether the driving event was triggered in response to the external environmental conditions, wherein the instructions to generate the driver performance assessment further include instructions executable by the processor to deduct a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event" as claimed in the '130 patent.

139.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *Id.* Motive publicly shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id.* These guides are also provided in French and Spanish to reach additional, multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:



https://gomotive.com/vg-driver/.

140.    Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including to "receive, at a network entity, a vehicle performance parameter from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter

identifies a driving event detected by the ELD," "receive, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event," "determine, at the network entity, whether the driving event was triggered in response to external environmental conditions based on the image data captured by the image processing device on the vehicle," and "generate the driver performance assessment based on whether the driving event was triggered in response to the external environmental conditions, wherein the instructions to generate the driver performance assessment further include instructions executable by the processor to deduct a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event" as claimed in the '130 patent.  Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY).  The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000)                                                                   views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze "a driver performance assessment" as claimed in the '130 patent:



https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-.

141.    For example, Motive explains how the driver risk score is calculated and instructs drivers how to use the driver risk score:

# How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.

- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

142.   Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States.  *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

143.   Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services. The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.

144.   Motive further advertises and instructs third parties how Motive's driver risk score is calculated and instructs drivers how to use the driver risk score obtained via network devices running or interacting with Motive's Accused Products. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.   Motive thereby contributes to and induces infringement by third parties of the '130 patent, including *e.g.*, an apparatus with "instructions executable by the processor" to "generate the driver performance assessment" and further includes instructions executable by the processor to "deduct a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event."  Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and that "[s]ome of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive    Guide:    DRIVE    risk    score    101    (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

**Introduction**

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

145.   Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:

**ROUSH.**

Customer Stories

Roush cuts accident rate in half and improves driver safety with Motive.

[Learn more]

Trucking and logistics
**Biagi Bros**

Learn how Biagi Bros quickly onboarded their entire fleet and saw a 50% increase in time savings.

Oil & Gas
**Smart Chemical Solutions**

How one company enhanced efficiency, streamlined operations and increased savings.

Trucking and logistics
**QFS Transportation**

How one large fleet decreased HOS violations and more than doubled driver count.

Trucking and logistics
**JMS Transportation**

How one fleet improved safety, lowered repair costs, and increased profitability.

Trucking and logistics
**Roush Industries**

Through technology, the company's transportation division is becoming safer and more compliant.

Trucking and logistics
**Sabel Steel**

How one fleet transformed its safety, tracking, and compliance program after switching to Motive

Trucking and logistics
**Cargo Network Solutions**

After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability.

Construction
**Southland Steel Fabricators**

How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation.

https://gomotive.com/customers/.

**ROUSH**®

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

⊙ Location
**Livonia, MI**

🏷 Type
**Trucking and logistics**

🚚 Fleet Size
**80**

Products Used
🛡 **Driver Safety**
🔀 **Tracking**
⏱ **Compliance**

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

146.    At least since the filing date of this Complaint, Motive contributed and is contributing to infringement of at least claim 1 of the '130 patent, in violation of 35 U.S.C. § 271(c).

147.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '130 patent, at least by using the Accused Products, as described in detail above in paragraphs 118–128.

148.    Motive contributes to infringement of the '130 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, and associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '130 patent and have no substantial non-infringing use.

149.    The AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, and associated software applications and firmware, are especially made and especially adapted for use in infringing the '130 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

150.    Motive's infringement of the '130 patent is without license or other authorization.

151.    Motive's continued infringement of the '130 patent has damaged and will continue to damage Plaintiffs.

152.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '130 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

153.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT IV

### Infringement of U.S. Patent No. 9,262,873

154.    Plaintiffs repeat and reallege the allegations in paragraphs 1–153 as though fully set forth herein.

155.    The '873 patent, titled "Systems and methods for processing vehicle data to report performance data interchangeably," discloses novel systems and methods that use vehicle compliance systems in an innovative way to provide a mechanism for evaluating vehicle safety, compliance, fuel efficiency, and maintenance.  Exhibit D ('873 patent), 1:47-54.  The '873 patent explains that prior-art systems were limited to retrieving information regarding a single operator or single vehicle and were technologically unable to generate information that used information from multiple contexts.  *Id.*, 1:29-38.  As the '873 patent explains, its invention can be used by fleet managers to improve fleet management, driver scheduling, and vehicle maintenance, among other things.  *Id.*, 1:17-28.  The '873 patent accomplishes this by claiming specific systems and methods that "receiv[e] a set of metrics related to a performance of the vehicle and a plurality of operators of the vehicle over a set time period," "identify[] a plurality of events associating the plurality of operator," and map the events to the operators.  *Id.*, cl. 1.  The system uses this information in a novel way to generate a special correlated set of data for vehicle operators, and updates the data using "an updated set of metrics, an additional event" to generate further updated data. *Id.*

156.    Motive's products and/or services that infringe the '873 patent include, but are not limited to, the Accused Products and use thereof.

157.   Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

158.   Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '873 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

159.   For example, claim 1 of the '873 patent recites:

1. A method of processing data associated with a vehicle, comprising:

receiving a set of metrics related to a performance of the vehicle and a plurality of operators of the vehicle over a set time period from an application operating on the vehicle to collect data associated with operation of the vehicle, wherein the set of metrics include compliance information of the plurality of operators of the vehicle;

identifying a plurality of events associating the plurality of operators of the vehicle with the vehicle along with associated timestamps of the plurality of events;

generating a mapping table mapping the plurality of events to times during which the plurality of operators operate the vehicle based at least in part on the associated timestamps of the plurality of events;

correlating over the set time period, by a processor, the set of metrics with the plurality of operators based at least in part on the times during which the plurality of operators operate the vehicle as specified in the mapping table to generate a correlated set of data viewable from an operator context of one of the plurality of operators, wherein the correlated set of data viewable from the operator context include the compliance information of the operator;

providing the correlated set of data to a client;

receiving an updated set of metrics, an additional event, or both;

updating the correlated set of data according to the updated set of metrics, the additional event, or both; and

providing the updated correlated set of data to the client.

160.   The Accused Products practice each limitation of at least claim 1 of the '873 patent.

161.   Motive, at least by using the Accused Products, performs each step of claim 1 of the '873 patent.  *See* Exhibit K.

162.   To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, the Accused Products include "[a]

method of processing data associated with a vehicle." For example, a Fleet Manager Dashboard operates on a remote server for processing data associated with one or more vehicles.

163.    Motive, at least when using the Accused Products, "receiv[es] a set of metrics related to a performance of the vehicle and a plurality of operators of the vehicle over a set time period from an application operating on the vehicle to collect data associated with operation of the vehicle, wherein the set of metrics include compliance information of the plurality of operators of the vehicle," as required by claim 1 of the '873 patent. The Accused Products receive a set of metrics related to a performance of the vehicle and operators of the vehicle over a set time period from an application operating on the vehicle to collect data associated with the operation of the vehicle, wherein the set of metrics include compliance information of the operators of the vehicle. For example, the Fleet Manager Dashboard receives driver log information to monitor log compliance information. In addition to the driver log information, the remote server receives other telematics vehicle data at the server from the mobile device. The vehicle data may include vehicle utilization information.

164.    Motive, at least when using the Accused Products, "identif[ies] a plurality of events associating the plurality of operators of the vehicle with the vehicle along with associated timestamps of the plurality of events," as required by claim 1 of the '873 patent. The Accused Products identify a plurality of events associating the plurality of operators of the vehicle with the vehicle along with associated timestamps of the plurality of events. For example, the Fleet Manager Dashboard identifies the plurality of events associated with the plurality of drivers of the vehicle associated with the timestamps (*e.g.*, start time of the event and duration) as well as the location of the event.

165.    Motive, at least when using the Accused Products, "generat[es] a mapping table mapping the plurality of events to times during which the plurality of operators operate the vehicle based at least in part on the associated timestamps of the plurality of events," as required by claim 1 of the '873 patent. On information and belief, the Accused Products include a server configured to generate a mapping table mapping the plurality of events to times during which the plurality of operators operate the vehicle based at least in part on the associated timestamps of the plurality of events.

166.    Motive, at least when using the Accused Products, "correlate[es] over the set time period, by a processor, the set of metrics with the plurality of operators based at least in part on the times during

which the plurality of operators operate the vehicle as specified in the mapping table to generate a correlated set of data viewable from an operator context of one of the plurality of operators, wherein the correlated set of data viewable from the operator context include the compliance information of the operator," as required by claim 1 of the '873 patent. For example, the Fleet Manager Dashboard is configured to correlate, over the set time period, the set of metrics with the plurality of operators based at least in part on the times during which the plurality of operators operate the vehicle as specified in the mapping table to generate a correlated set of data viewable from an operator context of one of the plurality of operators, wherein the correlated set of data viewable from the operator context includes the compliance information of the operator.

167.     Motive, at least when using the Accused Products, provid[es] the correlated set of data to a client," as required by claim 1 of the '873 patent. The Accused Products include a server configured to provide the correlated set of data to a client. For example, the dashboard provides correlated set(s) of data, including driver and vehicle data associated with vehicle utilization, HOS (hours of service) violations, and driver score(s).

168.     Motive, at least when using the Accused Products, "receiv[es] an updated set of metrics, an additional event, or both," as required by claim 1 of the '873 patent. The Accused Products include a server configured to receive an updated set of metrics, an additional event, or both. For example, the Motive server receives updated sets of metrics, in real time, from the one or more vehicles and drivers such that the vehicle and operator data is updated at the Fleet Manager Dashboard continuously.

169.     Motive, at least when using the Accused Products, "update[s] the correlated set of data according to the updated set of metrics, the additional event, or both," as required by claim 1 of the '873 patent. The Accused Products update the correlated set of data according to the updated set of metrics, the additional event, or both, and provide the updated correlated set of data to the client. For example, the dashboard provides continuously updated correlated set of data to the fleet manager.

170.     Motive, at least when using the Accused Products, "provid[es] the updated correlated set of data to the client," as required by claim 1 of the '873 patent. The Accused Products provide the correlated set of data. For example, the dashboard provides continuously updated correlated set of data to the fleet manager.

171.    Each claim of the '873 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '873 patent.

172.    Motive was aware of and/or was willfully blind to the '873 patent since approximately the date of its issuance on February 16, 2016.  Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '873 patent, have worked and/or now work at Motive in a wide variety of roles across the company.  *See supra*, paragraphs 24–25.  These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '873 patent, when Motive was developing the Accused Products.

173.    Motive has further been aware of the '873 patent since at least July 16, 2018, when Plaintiffs sent Motive a letter regarding the '873 patent and notified Motive that it Motive infringed the '873 patent.

174.    Motive actively induced and is actively inducing infringement of at least claim 1 of the '873 patent, in violation of 35 U.S.C. § 271(b).

175.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '873 patent, at least by using the Accused Products, as described in detail in paragraphs 158–170.

176.    Motive knowingly induces infringement of at least claim 1 of the '873 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

177.    Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular a system and method that "receiv[es] a set of metrics related to a performance of the vehicle and a plurality of operators of the vehicle over a set time period from an application operating on the vehicle to collect data associated with operation of the vehicle, wherein the set of metrics include compliance information of the plurality of operators of the vehicle" as claimed in the '873 patent.  *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

178.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

179.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *Id.* Motive publicly shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id.* These guides are also provided in French and Spanish to reach additional, multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:



https://gomotive.com/vg-driver/.

180. Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including "identifying a plurality of events associating the plurality of operators of the vehicle with the vehicle along with associated timestamps of the plurality of events," "generating a mapping table mapping the plurality of events to times during which the plurality of operators operate the vehicle based at least in part on the associated timestamps of the plurality of events," and "correlating over the set time period, by a processor, the set of metrics with the plurality of operators based at least in part on the times during which the plurality of operators operate the vehicle as specified in the mapping table to generate a correlated set of data viewable from an operator context of one of the plurality of operators, wherein the correlated set of data viewable from the operator context include the compliance information of the operator" as claimed in the '873 patent. Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY). The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver compliance and behavior, including "providing the correlated set of data to a client," "receiving an updated set of metrics, an additional event, or both," "updating the correlated set of data according to the

updated set of metrics, the additional event, or both," and "providing the updated correlated set of data to the client" as claimed in the '873 patent:



https://helpcenter.gomotive.com/hc/en/articles/6162446181533-What-is-Compliance-Hub-.

181.    For example, Motive explains how the driver risk score is calculated and instructs drivers how to use the driver risk (DRIVE) score:

## How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.
- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

182.    Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States.  *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

183.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services. The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.

184.    Motive further advertises and instructs third parties how Motive's driver risk score is calculated and instructs drivers how to use the driver risk score obtained via network devices running or interacting with Motive's Accused Products. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's]

1   new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-

2   what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.

3       185.    Motive markets the Accused Products to users and third-party customers and installs said

4   Accused Products for users and customers with the specific intent to induce infringement. For example,

5   Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused

6   Products by third-party customers, and encouraging additional infringing uses by those customers and

7   other potential customers, as depicted in the images below:



https://gomotive.com/customers/.

https://gomotive.com/customers/roush-industries/.

186.   Motive contributed and is contributing to infringement of at least claim 1 of the '873 patent, in violation of 35 U.S.C. § 271(c).

187.   Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '873 patent, at least by using the Accused Products, as described in detail above in paragraphs 158–170.

188.   Motive contributes to infringement of the '873 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Motive Dashboard and its associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '873 patent and have no substantial non-infringing use.

189.   The Motive Dashboard, and its associated software applications and firmware, are especially made and especially adapted for use in infringing the '873 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

190.   Motive's infringement of the '873 patent is without license or other authorization.

191.     Because Motive had knowledge of and/or was willfully blind to the '873 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

192.     Motive's continued infringement of the '873 patent has damaged and will continue to damage Plaintiffs.

193.     Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '873 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

194.     This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT V

## Infringement of U.S. Patent No. 9,014,943

195.     Plaintiffs repeat and reallege the allegations in paragraphs 1–194 as though fully set forth herein.

196.     The '943 patent, titled "Transportation management techniques," discloses concrete fleet management systems that use a data acquisition device and a portable wireless device in a specific innovative way to record information from vehicles and monitor driver performance.  Exhibit E ('943 patent), 1:41-60.  The '943 patent improves on prior-art systems, which were unable to accurately track vehicle and driver information and inconvenient to share with third parties.  *Id.*, 1:31-37.  Accordingly, the '943 patent describes inventions that use a specific structure containing a data acquisition device and a separate portable wireless display device for monitoring vehicle and driver information.  *Id.*, cl. 1.  This structure can take information from the vehicle and send it to a remote network device, *i.e.*, a device used by a fleet dispatcher, for the dispatcher to produce a driver performance assessment based on the recorded information.  *Id.*  In so doing, the claims provide a novel way to record and track driver information and to allow dispatchers to evaluate driver performance and ensure safety and compliance with vehicle regulations in a manner not previously performed.

197.   Motive's products and/or services that infringe the '943 patent include, but are not limited to, the Accused Products and use thereof.

198.   Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

199.   Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '943 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

200.   For example, claim 1 of the '943 patent recites:

1. A system for managing a vehicle fleet of a plurality of vehicles comprising:

a data acquisition device configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle, the data acquisition device being free of a user interface display,

wherein the data acquisition device is further configured to output, upon demand by an enforcement official, a driver summary electronic report including hours of service records for a driver of the vehicle, to a device accessed by the enforcement official;

a portable wireless data transfer and display device; and

a remote network device for managing the vehicle fleet of the plurality of vehicles,

wherein the data acquisition device includes a first short-range wireless communication module configured to wirelessly transmit, in real-time or at intervals that approximate real-time, the vehicle data to the portable wireless data transfer and display device,

wherein the portable wireless data transfer and display device includes a second short-range wireless communication module configured to wirelessly receive the vehicle data from the data acquisition device, in the real-time or at the intervals that approximate real-time, when the data acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle, a communication module configured to provide a communication link with the remote network device via a long-range wireless network, a user interface configured to receive driver information from a first user and to present at least one of: the vehicle data, the driver information, communication information, and the driver summary electronic report to the first user via a first display,

wherein the remote network device is configured to receive the vehicle data, the driver information, the communication information, and the driver summary electronic report at predetermined times from the portable wireless data transfer and display device, and present an electronic driver scorecard to a second user via a second display,

wherein the electronic driver scorecard includes a composite driver score based on a plurality of a group consisting of:

fuel efficiency;

occurrences of stop idle;

occurrences of speeding;

occurrences of hard braking;

occurrences of high speed braking; and

occurrences of safety violations.

201.   The Accused Products practice each limitation of at least claim 1 of the '943 patent.

202.   Motive, at least by using the Accused Products, performs each step of claim 1 of the '943 patent.  *See* Exhibit L.

203.   To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive's Fleet Dashboard, Fleet App, Driver Workflow App, Vehicle Gateway, and Smart DashCam provide a "system for managing a vehicle fleet of a plurality of vehicles." For example, Motive's Fleet Dashboard "provides a score and summary for every aspect of your fleet's operation." *See The new and improved Motive Dashboard for fleets*, https://gomotive.com/blog/new-motive-dashboard-fleets/.

204.   Motive, at least when using the Accused Products, includes "a data acquisition device configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle, the data acquisition device being free of a user interface display," as required by claim 1 of the '943 patent. For example, Motive's Vehicle Gateway is mounted inside a vehicle and collects data directly from the vehicle's engine control unit (ECU) via the vehicle diagnostic port.

205.   Motive, at least when using the Accused Products, includes a "data acquisition device [] further configured to output, upon demand by an enforcement official, a driver summary electronic report including hours of service records for a driver of the vehicle, to a device accessed by the enforcement official," as required by claim 1 of the '943 patent. For example, Motive's Driver App allows a driver to send an output file containing hours of service information to a Department of Transportation (DOT)

1   officer. Such enforcement officers are from federal and state DOT agencies, which are responsible for

2   maintaining and developing transport systems in the United States.

3       206.    Motive, at least when using the Accused Products, includes "a portable wireless data

4   transfer and display device," as required by claim 1 of the '943 patent. For example, Motive's Driver App

5   can be installed on a driver's mobile device and connects to Motive's Vehicle Gateway.

6       207.    Motive, at least when using its Accused Products, includes "a remote network device for

7   managing the vehicle fleet of the plurality of vehicles," as required by claim 1 of the '943 patent. For

8   example, Motive's Fleet Dashboard allows fleet managers insight into their drivers' daily activities.

9       208.    Motive, at least when using its Accused Products, includes a remote network device

10  "wherein the data acquisition device includes a first short-range wireless communication module

11  configured to wirelessly transmit, in real-time or at intervals that approximate real-time, the vehicle data

12  to the portable wireless data transfer and display device," as required by claim 1 of the '943 patent. For

13  example, Motive's Vehicle Gateway sends vehicle data to a driver's mobile device using Bluetooth, a

14  short-range wireless communication method (necessarily utilizing a Bluetooth module) configured to

15  wirelessly transmit, in real-time or at approximately real-time intervals, the vehicle data to the mobile

16  device.

17      209.    Motive, at least when using the Accused Products, includes a remote network device

18  "wherein the portable wireless data transfer and display device includes a second short-range wireless

19  communication module configured to wirelessly receive the vehicle data from the data acquisition device,

20  in the real-time or at the intervals that approximate real-time, when the data acquisition device is mounted

21  in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle,

22  a communication module configured to provide a communication link with the remote network device via

23  a long-range wireless network, a user interface configured to receive driver information from a first user

24  and to present at least one of: the vehicle data, the driver information, communication information, and

25  the driver summary electronic report to the first user via a first display," as required by claim 1 of the '943

26  patent. For example, a driver's mobile device receives information from Motive's Vehicle Gateway via

27  Bluetooth, and through the Motive Fleet Dashboard, a user receives live GPS data for a vehicle, driver

28  information (including name) and driver communications from the driver's device.

210.    Motive, at least when using the Accused Products, includes a remote network device "wherein the remote network device is configured to receive the vehicle data, the driver information, the communication information, and the driver summary electronic report at predetermined times from the portable wireless data transfer and display device, and present an electronic driver scorecard to a second user via a second display," as required by claim 1 of the '943 patent. For example, Motive's Fleet Dashboard allows fleet managers to analyze their drivers' logs, vehicle inspection reports, and DRIVE risk scores (which evaluate drivers' safety performance to provide a measure of driver risk).

211.    Motive, at least when using the Accused Products, includes a remote network device "wherein the electronic driver scorecard includes a composite driver score based on a plurality of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations," as required by claim 1 of the '943 patent. For example, hard brakes, hard accelerations, hard cornering, speeding, and HOS (hours of service) violations are factored in by Motive when calculating Motive's DRIVE risk score.

212.    Each claim of the '943 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '943 patent.

213.    Motive was aware of and/or willfully blind to the '943 patent since approximately the date of its issuance on April 21, 2015.  Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '943 patent and its inventor Dan Fuglewicz, have worked and/or now work at Motive in a wide variety of roles across the company.  *See supra*, paragraphs 24–25. These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '943 patent, when Motive was developing the Accused Products.

214.    Motive has further been aware of the '943 patent since at least the filing date of this Complaint.

215.    Motive actively induced and is actively inducing infringement of at least claim 1 of the '943 patent, in violation of 35 U.S.C. § 271(b).

216.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '943 patent, at least by using the Accused Products, as described in detail in paragraphs 199–211.

217.   Motive knowingly induces infringement of at least claim 1 of the '943 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

218.   Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular "system[s] for managing a vehicle fleet of a plurality of vehicles" and "network device[s] for managing a vehicle fleet of a plurality of vehicles" as claimed in the '943 patent.   *See*   https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers;   https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

219.   For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

220.   Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App."   https://helpcenter.gomotive.com/hc/en-us.   The Motive Help Center also includes

"Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id*. And as discussed above, these Motive hardware products comprise "[a] system for managing a vehicle fleet of a plurality of vehicles comprising: a data acquisition device configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle," ("the data acquisition device being free of a user interface display"); "a portable wireless data transfer and display device; and a remote network device for managing the vehicle fleet of the plurality of vehicles" as claimed in the '943 patent.

221.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *Id*. Motive publicly shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id*. These guides are also provided in French and Spanish to reach additional, multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:



https://gomotive.com/vg-driver/.

222.    Furthermore,        Motive's        branded        YouTube        channel (https://www.youtube.com/@GoMotive)  includes  over  forty-eight  (48)  Motive-endorsed  videos (https://www.youtube.com/@GoMotive/videos)      and      nine      (9)      Motive-created      playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including "gathering vehicle data from the vehicle during operation of the

vehicle," "wirelessly receiv[ing] the vehicle data from the data acquisition device, in [] real-time or at the intervals that approximate real-time, when the data acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle," "present[ing] at least one of: the vehicle data, the driver information, communication information, and the driver summary electronic report to the first user via a first display," and "receiv[ing] the vehicle data, the driver information, the communication information, and the driver summary electronic report at predetermined times from the portable wireless data transfer and display device" as claimed in the '943 patent.  Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY).  The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL),  and  other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver compliance and behavior, including "the vehicle data, the driver information, communication information, and the driver summary electronic report" and an "electronic driver scorecard includ[ing] a composite driver score based on a plurality of:" "fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations" as claimed in the '943 patent:

https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-.

223.    For example, Motive explains how the driver risk score is calculated and instructs drivers how to use the driver risk score:

# How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.

- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

224.     Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States.  *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

225.     Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services.  The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.

226.     As yet another example, Motive publicly shares a "ELD User manual" that instructs customers on how to install and use the Motive ELD, a "mobile device-based ELD system that includes the Motive Vehicle Gateway, Motive Driver App, and Motive Fleet Dashboard." Motive ELD user manual (https://gomotive.com/wp-content/uploads/2022/09/ELD-Driver-App-User-Manual.pdf)  at  1.  Motive instructs their customers on how to use their Motive ELD system to communicate to an officer an ELD record, as depicted in the images below, thereby "output[ting], upon demand by an enforcement official, a driver summary electronic report including hours of service records for a driver of the vehicle, to a device accessed by the enforcement official" as claimed in the '943 patent:

**Letting an officer inspect your ELD Record**

Go to the app's main menu by tapping on the menu icon, then select **DOT Inspection Mode**.



If you want an officer to inspect your logs directly from your mobile device, select **Begin Inspection**.

Press and hold on the **Begin Inspection** button to set a 4-digit access code. This will restrict access to other parts of the app until the code is re-entered.



If you want to send your ELD output file to the DOT via email or web service, select **Send Output File.**



You will be prompted to enter your official comment.



If you want to email or fax a copy of your logs to an officer, select **Send Logs.**

You will be prompted to enter your recipient's fax number or email address.



*Id.* at 6-7.

227.    Motive further advertises and instructs third parties how Motive's driver risk score is calculated and instructs drivers how to use the driver risk score obtained via network devices running or interacting with Motive's Accused Products. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.    Motive thereby contributes to and induces infringement by third parties of the '943 patent, including *e.g.*, the features of "a driver summary electronic report includ[ing] a composite driver score based on a plurality

of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations."  Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and that "[s]ome of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive Guide: DRIVE risk score 101 (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

### Introduction

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

228.     Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused

Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



https://gomotive.com/customers/.

https://gomotive.com/customers/roush-industries/.

229.    Accordingly, Motive actively contributed to and is actively contributing to infringement of at least claim 1 of the '943 patent, in violation of 35 U.S.C. § 271(c).

230.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '943 patent, at least by using the Accused Products, as described in detail above in paragraphs 199–211.

231.    Motive contributes to infringement of the '943 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Motive Dashboard and its associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '943 patent and have no substantial non-infringing use.

232.    The Motive Dashboard and its associated software applications and firmware are especially made and especially adapted for use in infringing the '943 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

233.    Motive's infringement of the '943 patent is without license or other authorization.

234.    Because Motive had knowledge of and/or was willfully blind to the '943 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

235.    Motive's continued infringement of the '943 patent has damaged and will continue to damage Plaintiffs.

236.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '943 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

237.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT VI

### Infringement of U.S. Patent No. 9,014,906

238.    Plaintiffs repeat and reallege the allegations in paragraphs 1–237 as though fully set forth herein.

239.    The '906 patent, titled "Remote distribution of software updates in a transportation management network," discloses concrete fleet management systems that use a data acquisition device and a portable wireless device in a specific innovative way to record information from vehicles and monitor driver performance.  Exhibit F ('906 patent), 1:42-61.  The '906 patent improves on prior-art systems, which were unable to accurately track vehicle and driver information and inconvenient to share with third parties.  *Id.*, 1:32-38.  Accordingly, the '906 patent describes inventions that use a specific structure containing a data acquisition device and a separate portable wireless display device for monitoring vehicle and driver information.  *Id.*, cl. 1.  This structure can take information from the vehicle and send it to a remote network device, *i.e.*, a device used by a fleet dispatcher, for the dispatcher to produce a driver performance assessment based on the recorded information.  *Id.*  In so doing, the claims provide a novel way to record and track driver information and to allow dispatchers to evaluate driver performance and ensure safety and compliance with vehicle regulations in a manner not previously performed.

240. Motive's products and/or services that infringe the '906 patent include, but are not limited to, the Accused Products and use thereof.

241. Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

242. Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '906 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

243. For example, claim 1 of the '906 patent recites:

1. A network device for managing a vehicle fleet of a plurality of vehicles comprising:

   a memory;

   a processor;

   a display; and

   a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device of one or more vehicles of the plurality of vehicles via a long-range wireless network, wherein the driver information includes hours of service records for drivers associated with the least one portable wireless data transfer and display device,

   wherein the memory is configured to store the vehicle data, the driver information, and the driver communications,

   wherein the processor is configured to process at least one of: the vehicle data, the driver information, and the driver communications into a driver summary electronic report, wherein the driver summary electronic report includes a composite driver score based on a plurality of a group consisting of:

       fuel efficiency;

       occurrences of stop idle;

       occurrences of speeding;

       occurrences of hard braking;

       occurrences of high speed braking; and

       occurrences of safety violations,

   wherein the network device is configured to send the driver summary electronic report via the network communication module to the at least one portable wireless data transfer and display device via the long-range wireless network for managing the vehicle fleet of the plurality of vehicles, and

wherein the network device is configured to present the driver summary electronic report to a user via the display.

244.   The Accused Products practice each limitation of at least claim 1 of the '906 patent.

245.   Motive, at least by using the Accused Products, performs each step of claim 1 of the '906 patent.  *See* Exhibit M.

246.   To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive's Accused Products are "network device[s] for managing a vehicle fleet of a plurality of vehicles." For example, Motive's Fleet Dashboard "provides a score and summary for every aspect of your fleet's operation." *See The new and improved Motive Dashboard for fleets*, https://gomotive.com/blog/new-motive-dashboard-fleets/.

247.   Motive, at least when using the Accused Products, includes a memory, a processor, a display, and "a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device via a long-range wireless network, wherein the driver information includes hours of service records for drivers associated with the least one portable wireless data transfer and display device," as required by claim 1 of the '906 patent.

248.   Motive, at least when using the Accused Products, includes a network communication module "wherein the memory is configured to store the vehicle data, the driver information, and the driver communications" as required by claim 1 of the '906 patent. For example, a driver's mobile device receives information from Motive's Vehicle Gateway via Bluetooth, and through the Motive Fleet Dashboard, a user receives hours of service information from the driver's device. The information and communications are stored in Accused Product(s)' memory for the described interactions.

249.   Motive, at least when using the Accused Products, includes a network communication module "wherein the processor is configured to process at least one of: the vehicle data, the driver information, and the driver communications into a driver summary electronic report," as required by claim 1 of the '906 patent. For example, Motive's Fleet Dashboard allows fleet managers to view and analyze their drivers' logs, vehicle inspection reports, and DRIVE risk scores.

250.    Motive, at least when using the Accused Products, includes a network communication module "wherein the processor is configured to process at least one of: the vehicle data, the driver information, and the driver communications into a driver summary electronic report, wherein the driver summary electronic report includes a composite driver score based on a plurality of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations," as required by claim 1 of the '906 patent. For example, hard brakes, hard accelerations, hard cornering, speeding, and hours of service (HOS) violations are factored in by the Accused Products' processors(s) when calculating Motive's DRIVE risk score.

251.    Motive, at least when using the Accused Products, includes a network communication module "wherein the network device is configured to send the driver summary electronic report via the network communication module to the at least one portable wireless data transfer and display device via the long-range wireless network for managing the vehicle fleet of the plurality of vehicles," as required by claim 1 of the '906 patent. For example, Motive's Driver App receives from network device(s) and send(s) driver summary electronic report(s) via network communication modules, thereby allowing a driver to view their HOS information, DRIVE risk scores, fleet rankings, and safety events.

252.    Motive, at least when using the Accused Products, includes a network communication module "wherein the network devices is configured to present the driver summary electronic report to a user via the display," as required by claim 1 of the '906 patent. For example, Motive's Fleet Dashboard allows Fleet Managers to, via network devices and displays, view and analyze their drivers' logs, vehicle inspection reports, and DRIVE risk scores, and Motive's Driver App allows a driver to view their HOS information, DRIVE risk Scores, fleet rankings and safety events.

253.    Each claim of the '906 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '906 patent.

254.    Motive was aware of and/or willfully blind to the '906 patent since approximately the date of its issuance on April 21, 2015.  Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '906 patent and its named inventor Dan Fuglewicz, have worked and/or now work at Motive in a wide variety of roles across the company.  *See supra*, paragraphs

24–25.   These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '906 patent, when Motive was developing the Accused Products.

255.    Motive has further been aware of the '906 patent since at least the filing date of this Complaint.

256.    Motive actively induced and is actively inducing infringement of at least claim 1 of the '906 patent, in violation of 35 U.S.C. § 271(b).

257.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '906 patent, at least by using the Accused Products, as described in detail in paragraphs 242–252.

258.    Motive knowingly induces infringement of at least claim 1 of the '906 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

259.    Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular "network device[s] for managing a vehicle fleet of a plurality of vehicles" as claimed in the '906 patent.   *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

260.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."

https://gomotive.com/.

261.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App." https://helpcenter.gomotive.com/hc/en-us. The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products comprise "[a] network device for managing a vehicle fleet of a plurality of vehicles comprising: a memory; a processor; a display; and a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device of one or more vehicles of the plurality of vehicles via a long-range wireless network, wherein the driver information includes hours of service records for drivers associated with the least one portable wireless data transfer and display device" as claimed in the '906 patent.

262.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *Id.* Motive publicly shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id.* These guides are also provided in French and Spanish to reach additional,

multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:

263. Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including "receiv[ing] vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device of one or more vehicles of the plurality of vehicles via a long-range wireless network," "send[ing] the driver summary electronic report via the network communication module to the at least one portable wireless data transfer and display device via the long-range wireless network for managing the vehicle fleet of the plurality of vehicles," and "present[ing] the driver summary electronic report to a user via the display" as claimed in the '906 patent. Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY). The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver compliance and behavior:

264. Further, Motive explains to fleet managers how to use its software to use its dashboard to analyze driver compliance and behavior, including "hours of service records for drivers associated with

the least one portable wireless data transfer and display device," "vehicle data, the driver information, and the driver communications" processed "into a driver summary electronic report" "includ[ing] a composite driver score based on a plurality of:" "fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations" as claimed in the '906 patent:



https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-.

265.    For example, Motive explains how the driver risk score is calculated and instructs drivers how to use the driver risk score:

## How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.
- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

266.    Motive has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

267.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services.

268.    As yet another example, Motive publicly shares a "ELD User manual" that instructs customers on how to install and use the Motive ELD, a "mobile device-based ELD system that includes the Motive Vehicle Gateway, Motive Driver App, and Motive Fleet Dashboard." Motive ELD user manual (https://gomotive.com/wp-content/uploads/2022/09/ELD-Driver-App-User-Manual.pdf) at 1. Motive instructs their customers on how to use their Motive ELD system to communicate to an officer an ELD

record, as depicted in the images below, thereby "present[ing] the driver summary electronic report to a user via the display" as claimed in the '906 patent:

**Letting an officer inspect your ELD Record**

Go to the app's main menu by tapping on the menu icon, then select **DOT Inspection Mode.**



If you want an officer to inspect your logs directly from your mobile device, select **Begin Inspection.**

Press and hold on the **Begin Inspection** button to set a 4-digit access code. This will restrict access to other parts of the app until the code is re-entered.



If you want to send your ELD output file to the DOT via email or web service, select **Send Output File.**



You will be prompted to enter your official comment.



If you want to email or fax a copy of your logs to an officer, select **Send Logs.**

You will be prompted to enter your recipient's fax number or email address.



*Id.* at 6-7.

269.    Motive further advertises and instructs third parties how the driver risk score is calculated and instructs drivers how to use the driver risk score. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.

Motive thereby contributes to and induces infringement by third parties of the '943 patent, including *e.g.*, the features of "a driver summary electronic report includ[ing] a composite driver score based on a plurality of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding;

occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations." Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and that "[s]ome of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive Guide: DRIVE risk score 101 (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

**Introduction**

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

270.    Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused

Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:





https://gomotive.com/customers/.

https://gomotive.com/customers/roush-industries/.

271.     Accordingly, Motive contributed and is contributing to infringement of at least claim 1 of the '906 patent, in violation of 35 U.S.C. § 271(c).

272.     Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '906 patent, at least by using the Accused Products, as described in detail in paragraphs 242–252.

273.     Motive contributes to infringement of the '906 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Motive Dashboard and its associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '906 patent and have no substantial non-infringing use.

274.     The Motive Dashboard and its associated software applications and firmware are especially made and especially adapted for use in infringing the '906 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

275.     Motive's infringement of the '906 patent is without license or other authorization.

276.    Because Motive had knowledge of and/or was willfully blind to the '906 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

277.    Motive's continued infringement of the '906 patent has damaged and will continue to damage Plaintiffs.

278.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '906 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

279.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## <u>COUNT VII</u>

### Infringement of U.S. Patent No. 9,020,733

280.    Plaintiffs repeat and reallege the allegations in paragraphs 1–279 as though fully set forth herein.

281.    The '733 patent, titled "Vehicle data acquisition for transportation management," discloses concrete fleet management systems that use a data acquisition device and a portable wireless device in a specific innovative way to record information from vehicles and monitor driver performance.  Exhibit G ('733 patent), 1:41-60.  The '733 patent improves on prior-art systems, which were unable to accurately track vehicle and driver information and inconvenient to share with third parties.  *Id.*, 1:31-37.  Accordingly, the '733 patent describes inventions that use a specific structure containing a data acquisition device and a separate portable wireless display device for monitoring vehicle and driver information.  *Id.*, cl. 1.  This structure can take information from the vehicle and send it to a remote network device, *i.e.*, a device used by a fleet dispatcher, for the dispatcher to produce a driver performance assessment based on the recorded information.  *Id.*  In so doing, the claims provide a novel way to record and track driver information and to allow dispatchers to evaluate driver performance and ensure safety and compliance with vehicle regulations in a manner not previously performed.

282.    Motive's products and/or services that infringe the '733 patent include, but are not limited to, the Accused Products and use thereof.

283.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

284.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '733 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

285.    For example, claim 1 of the '733 patent recites:

1. A data acquisition device for managing a vehicle within a fleet of vehicles comprising:

> a wired module configured to provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle,
>
> wherein the data acquisition device is configured to be mounted inside the vehicle; and
>
> a short-range wireless communication module configured to wirelessly send the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle for managing the vehicle within the fleet of vehicles,
>
> wherein the data acquisition device is further configured to output a driver summary electronic report including an hours of service record for a driver of the vehicle to a device accessed by a user different from the driver to evaluate driver compliance with traffic regulations or company policy, wherein the driver summary electronic report includes a composite driver score based on a plurality of a group consisting of:
>
>> fuel efficiency;
>>
>> occurrences of stop idle;
>>
>> occurrences of speeding;
>>
>> occurrences of hard braking;
>>
>> occurrences of high speed braking; and
>>
>> occurrences of safety violations.

286.    The Accused Products practice each limitation of at least claim 1 of the '733 patent.

287.    Motive, at least by using the Accused Products, performs each step of claim 1 of the '733 patent. *See* Exhibit N.

288.    To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive's Vehicle Gateway (ELD) is a "data acquisition device for managing a vehicle within a fleet of vehicles." For example, Motive's Vehicle Gateway "helps Fleet Managers to get insight into real-time performance of the drivers and vehicles."

289.    Motive, at least when using the Vehicle Gateway (ELD), includes "a wired module configured to provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle, wherein the data acquisition device is configured to be mounted inside the vehicle" as required by claim 1 of the '733 patent. For example, Motive's Vehicle Gateway collects data directly from the vehicle's ECU via the vehicle diagnostic port. Motive's Vehicle Gateway is also mounted inside a vehicle and connected to the vehicle's ECU via the vehicle diagnostic port.

290.    Motive, at least when using the Accused Products, includes "a short-range wireless communication module configured to wirelessly send the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle for managing the vehicle within the fleet of vehicles, wherein the data acquisition device is further configured to output a driver summary electronic report including an hours of service record for a driver of the vehicle to a device accessed by a user different from the driver to evaluate driver compliance with traffic regulations or company policy, wherein the driver summary electronic report includes a composite driver score based on a plurality of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations," as required by claim 1 of the '733 patent. For example, Motive's Vehicle Gateway sends vehicle data to a driver's mobile device using Bluetooth. For example, hard brakes, hard accelerations, hard cornering, speeding, and HOS violations are factored in when calculating Motive's DRIVE risk score.

291.    Each claim of the '733 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '733 patent.

292.    Motive was aware of and/or willfully blind to the '733 patent since approximately the date of its issuance on April 28, 2015.  Numerous former employees of Plaintiffs who had knowledge of their

1   patented technology and patents, including the '733 patent and its named inventor Dan Fuglewicz, have

2   worked and/or now work at Motive in a wide variety of roles across the company. *See supra*, paragraphs

3   24–25. These employees were aware of and/or willfully blind to Plaintiffs' patented technology and

4   patents, including the '733 patent, when Motive was developing the Accused Products.

5       293.   Moreover, Motive has further been aware of the '733 patent and its infringement since at

6   least July 16, 2018, when counsel for Plaintiffs sent Motive a letter regarding U.S. Patent Nos. 9,064,422

7   and 9,390,628—two successors of the '733 patent—which claim priority to the same provisional

8   application and have the same earliest effective date of December 18, 2012. That letter noted Motive's

9   infringing activities. Despite receiving this letter, Motive has not ceased its infringement or redesigned

10  its products to avoid infringement.

11      294.   Motive has further been aware of the '733 patent since at least the filing date of this

12  Complaint.

13      295.   Motive actively induced and is actively inducing infringement of at least claim 1 of the

14  '733 patent, in violation of 35 U.S.C. § 271(b).

15      296.   Motive's customers and end-users of the Accused Products directly infringe at least claim

16  1 of the '733 patent, at least by using the Accused Products, as described in detail in paragraphs 284–290.

17      297.   Motive knowingly induces infringement of at least claim 1 of the '733 patent by customers

18  and end-users of the Accused Products with specific intent to induce infringement, and/or with willful

19  blindness to the possibility that its acts induce infringement, through activities relating to selling,

20  marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

21      298.   Motive instructs customers and end users, at least through its marketing, promotional, and

22  instructional materials, to use the infringing Accused Products, and in particular "data acquisition

23  device[s] for managing a vehicle within a fleet of vehicles" as claimed in the '733 patent. *See*

24  https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-

25  Getting-Started-with-Motive-for-Fleet-Managers;                https://helpcenter.gomotive.com/hc/en-

26  us/articles/6162164321693-What-is-DRIVE-Risk-Score.

27

28

299.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

300.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App." https://helpcenter.gomotive.com/hc/en-us. The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products comprise "[a] data acquisition device for managing a vehicle within a fleet of vehicles comprising: a wired module configured to provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle; and a short-range wireless communication module configured to wirelessly send the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle for managing the vehicle within the fleet of vehicles" as claimed in the '733 patent.

301.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *Id.* Motive publicly

shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id.* These guides are also provided in French and Spanish to reach additional, multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:

302.   Furthermore,   Motive's   branded   YouTube   channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos)   and   nine   (9)   Motive-created   playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including "send[ing] the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle for managing the vehicle within the fleet of vehicles," and "output[ting] a driver summary electronic report including an hours of service record for a driver of the vehicle to a device accessed by a user different from the driver to evaluate driver compliance with traffic regulations or company policy" as claimed in the '733 patent.. Motive provides, for example, video installation guides for the Accused Products that collectively   have   been   viewed   over   56.3K   (56,300)   times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY). The installation guides   are   also   provided   in   French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2)   and   Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000)                                                                                                                                                                                             views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL),   and   other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver compliance and behavior:

303.     Further, Motive explains to fleet managers how to use its software to use its dashboard to analyze driver compliance and behavior, including "hours of service records for drivers associated with the least one portable wireless data transfer and display device," and  a "driver summary electronic report" "includ[ing] a composite driver score based on a plurality of:" "fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations" as claimed in the '733 patent:



https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-.

304.     For example, Motive explains how a "composite driver score," *e.g.*, its DRIVE driver risk score is calculated and instructs drivers how to use the driver risk score:

## How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.
- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

> Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

> Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

> DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

305.    Motive has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

306.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services.

307.    Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States.  *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.  The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.

308.     Motive further advertises and instructs third parties how the driver risk score is calculated and instructs fleet managers how to use the driver risk score. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/. Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and that "[s]ome of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive Guide: DRIVE risk score 101 (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

**Introduction**

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

309.     As yet another example, Motive advertises the Accused Products as "built for managers and drivers," and lists benefits such as "minimiz[ing] violations" as "with full visibility into compliance health, managers can address violations faster and stay compliant," and "reduc[ing] risk" by "combin[ing] CSA score monitoring with Motive's DRIVE score" to "get a complete picture of your drivers' risk profiles."

Built for managers and drivers. Better outcomes for everyone.

| **50**% | **50**% | **25**% |
|---|---|---|
| Fewer Hours of Service violations | Less time spent on compliance tasks | Reduction in insurance costs |

| **Minimize violations** | **Boost productivity** | **Reduce risk** | **Cut costs** |
|---|---|---|---|
| To reduce violations, the HOS clocks in our Driver App alert drivers before they exceed their limits. With full visibility into compliance health, managers can address violations faster and stay compliant. | AI-powered unidentified trip matching helps fleets work smarter. Manage HOS, DVIR, and IFTA in one solution. Save time with a fast log-editing workflow and automatic yard move annotation. | To get a complete picture of your drivers' risk profiles, combine CSA score monitoring with Motive's DRIVE score. Coach drivers to lower CSA scores and reduce the risk of FMCSA intervention. | Reduce FMCSA fines and insurance costs with forecasted CSA scores. Identify ways to stay below intervention thresholds. Share predicted scores with your insurance company to earn lower rates. |



https://gomotive.com/products/fleet-compliance/.

310.     Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



Trucking and logistics

**Biagi Bros**

Learn how Biagi Bros quickly onboarded their entire fleet and saw a 50% increase in time savings.

Oil & Gas

**Smart Chemical Solutions**

How one company enhanced efficiency, streamlined operations and increased savings.

Trucking and logistics

**QFS Transportation**

How one large fleet decreased HOS violations and more than doubled driver count.

Trucking and logistics

**JMS Transportation**

How one fleet improved safety, lowered repair costs, and increased profitability.

Trucking and logistics

**Roush Industries**

Through technology, the company's transportation division is becoming safer and more compliant.

Trucking and logistics

**Sabel Steel**

How one fleet transformed its safety, tracking, and compliance program after switching to Motive

Trucking and logistics

**Cargo Network Solutions**

After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability.

Construction

**Southland Steel Fabricators**

How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation.

https://gomotive.com/customers/.

**ROUSH**

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

⊙ Location
**Livonia, MI**

🗊 Type
**Trucking and logistics**

🚚 Fleet Size
**80**

Products Used

🛡 Driver Safety

📡 Tracking

⏱ Compliance

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/;

**Ellen McDonald**
Safety Director, Expressway Logistics

*"* We reduced HOS violations by 67%. Our CSA score dropped from 99 to 59. That improvement has been huge for our business. I've even talked two other companies into joining Motive. *"*

https://gomotive.com/products/fleet-compliance/.

311.    Accordingly, Motive contributed and is contributing to infringement of at least claim 1 of the '733 patent, in violation of 35 U.S.C. § 271(c).

312.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '733 patent, at least by using the Accused Products, as described in detail in paragraphs 284–290.

313.    Motive contributes to infringement of the '733 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Motive Dashboard and its associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '733 patent and have no substantial non-infringing use.

314.    The Motive Dashboard and its associated software applications and firmware are especially made and especially adapted for use in infringing the '733 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

315.    Motive's infringement of the '733 patent is without license or other authorization.

316.    Because Motive had knowledge of and/or was willfully blind to the '733 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

317.    Motive's continued infringement of the '733 patent has damaged and will continue to damage Plaintiffs.

318.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '733 patent.  Motive's infringing acts are causing and will

continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

319.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**DEMAND FOR JURY TRIAL**

320.    Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs respectfully request a jury trial on any issues so triable by right.

**PRAYER FOR RELIEF**

321.    WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and grant the following relief:

A.    A judgment that Motive infringes, directly and indirectly, the Patents-in-Suit;

B.    An order permanently enjoining Motive, its affiliates and subsidiaries, and each of its officers, agents, servants and employees and those acting in privity or concert with them, from making, offering to sell, selling, using, or importing into the United States products claimed in any of the claims of the Asserted Patents; using or performing methods claimed in any of the claims of the Asserted Patents; inducing others to use and perform methods that infringe any claim of the Asserted Patents; inducing others to make, offer, sell, use or import into the United States articles that infringe, or are made by a process that infringes, any claim of the Asserted Patents; and contributing to others infringing any claim of the Asserted Patents, until after the expiration of the Asserted Patents, respectively, including any extensions and/or additional periods of exclusivity to which Plaintiffs are or becomes entitled;

C.    An order permanently enjoining Motive, its affiliates and subsidiaries, and each of its officers, agents, servants and employees and those acting in privity or concert with them, from making, offering to sell, selling, using, or importing into the United States products claimed in any of the claims of the  patents; using or performing methods claimed in any of the claims of the '060, '067, '130, '873, '943, '906, and '733 patents; inducing others to use and perform methods that infringe any claim of the '060, '067, '130, '873, '943, '906, and '733 patents; inducing others to make, offer, sell, use or import into the United States articles that infringe, or are made by a process that infringes, any claim of the '060, '067, '130, '873, '943, '906, and '733 patents; and contributing to others infringing any claim of the '060,

'067, '130, '873, '943, '906, and '733 patents, until after the expiration of the '060, '067, '130, '873, '943, '906, and '733 patents, respectively, including any extensions and/or additional periods of exclusivity to which Plaintiffs are or become entitled;

       D.     An order awarding damages under 35 U.S.C. §§ 154 & 284 in an amount sufficient to compensate Plaintiffs for their damages arising from infringement by Motive, including, but not limited to, lost profits and/or a reasonable royalty;

       E.     A judgment that Motive's infringement of the Patents-in-Suit was and continues to be willful and an order awarding Plaintiffs treble damages under 35 U.S.C. § 284;

       F.     A judgment and order requiring Motive to pay Plaintiffs the prejudgment and post-judgment interest to the fullest extent allowed under the law, as well as their costs;

       G.     An order finding that this is an exceptional case and awarding Plaintiffs their reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

       H.     Such other relief as the Court may deem appropriate and just under the circumstances.

1   Dated:  October 13, 2023

2

Respectfully submitted,

3

*/s/ Adam R. Alper*

4   Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)

5   KIRKLAND & ELLIS LLP
555 California Street

6   San Francisco, CA 94104
Telephone: (415) 439-1400

7   adam.alper@kirkland.com
akshay.deoras@kirkland.com

8   Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP

9   555 South Flower Street, Suite 3700
Los Angeles, CA 90071

10  Telephone: (213) 680-8400
michael.devries@kirkland.com

11  Leslie M. Schmidt (*pro hac vice* forthcoming)

12  KIRKLAND & ELLIS LLP
601 Lexington Avenue

13  New York, NY 10022
Telephone: (212) 446-4800

14  leslie.schmidt@kirkland.com

15  *Counsel for Plaintiffs Omnitracs, LLC, XRS*
*Corporation, and SmartDrive Systems, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28