Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
adam.alper@kirkland.com
akshay.deoras@kirkland.com

Michael W. De Vries (SBN 211001)
Jiaxiao Zhang (SBN 317927)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
michael.devries@kirkland.com
jiaxiao.zhang@kirkland.com

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
leslie.schmidt@kirkland.com

*Attorneys for Plaintiffs Omnitracs, LLC, XRS
Corporation, and SmartDrive Systems, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OMNITRACS, LLC, XRS CORPORATION, AND SMARTDRIVE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTIVE TECHNOLOGIES, INC. (F/K/A KEEPTRUCKIN, INC.), <br><br> Defendant. | Case No. 3:23-cv-05261-RFL <br><br> **FIRST AMENDED COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR PATENT INFRINGEMENT

1.      Plaintiffs Omnitracs, LLC ("Omnitracs"), XRS Corporation ("XRS"), and SmartDrive Systems, Inc. ("SmartDrive") (collectively, "Plaintiffs" or "Omnitracs") are leading providers of fleet management solutions to transportation and logistics companies.  For over three decades, Plaintiffs have invested hundreds of millions of dollars in cutting-edge safety and fleet technologies that have transformed the fleet management and telematics industries.  That investment has resulted in a variety of innovative hardware and software solutions, including artificial intelligence, driver safety, and vehicle dispatch technologies.  Plaintiffs' novel technologies are foundational to the transportation and logistics industries and are increasingly relied upon by fleets around the world to manage fleet activity, improve driver safety, and reduce the costs of running transportation fleets.

2.      In 2013, almost thirty years after Omnitracs' first satellite mobile communications system revolutionized the fleet management and telematics industry, Motive Technologies, Inc. (f/k/a KeepTruckin, Inc., collectively referred to as "Motive") entered the fleet management industry with an electronic logbook app for drivers to record their hours of service.  Over the years, Motive expanded its platform to include products for vehicle and equipment tracking, driver safety, compliance, maintenance, and spend management, among others.

3.      In December 2015, Motive (then known as KeepTruckin) hired Dan Fuglewicz, a senior engineering director, from XRS.  Mr. Fuglewicz is listed as an inventor on several of the patents at issue in this case ("Patents-in-Suit" or "Asserted Patents").  Upon hiring Mr. Fuglewicz, Motive immediately began using XRS' technology to develop new and improved products to gain a larger share of the fleet management market—products Motive continues to market and sell to this day, including, *e.g.*, Motive's Fleet Dashboard, AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, Asset Gateway, Environmental Sensor, and Motive Driver App, and the hardware and/or software associated thereto (collectively, the "Accused Products"). Motive's employment of Mr. Fuglewicz enabled Motive's rapid development and marketing of the Accused Products, despite its much later arrival in the fleet management industry.

4.      In July 2018, Omnitracs notified Motive at an in-person meeting and via letter correspondence its concerns about Mr. Fuglewicz's employment by Motive and how rapidly Motive's

products came to market after Mr. Fuglewicz joined Motive. Omnitracs also expressed that Motive's products look/looked strikingly similar to Omnitracs' products. Omnitracs further noted that it appeared that Motive's products use the same parts as Plaintiffs' products, and that Motive used the same product development contractor that Plaintiffs used. In August 2018 Motive responded to Omnitracs' concerns and informed Omnitracs that "Dan is no longer with our company, having decided to pursue another opportunity," and that KeepTruckin had conducted an investigation into the circumstances of Mr. Fuglewicz's time with KeepTruckin and discovered no issues. KeepTruckin "decline[d] to share any further details … regarding [their] evaluation of Mr. Fuglewicz's employment," citing privacy concerns.

5.    Relying on Motive's representations that it was not using Omnitracs' technology, Omnitracs declined to file suit against Motive at the time. Years later, however, it has become clear that Motive not only started its business using technology that Omnitracs developed, but it has also continued to use that technology to expand its business and compete unfairly in the market.

6.    Today, Motive offers fleet management, safety, and compliance software applications and in-vehicle telematics hardware. Rather than design and develop its own services and technologies to provide legitimate competition to Plaintiffs, Motive has taken shortcuts and used the innovative technologies designed, developed, and patented by Plaintiffs. Motive copied Plaintiffs' products and patented technology by leveraging the knowledge of former Omnitracs employees. It did so despite full knowledge of Plaintiffs' broad suite of patented technologies, and with full knowledge of the patents asserted by Plaintiffs in this Complaint. As a result of Motive's continuing and willful conduct, Plaintiffs now find themselves competing for the same customers against the very technologies they invented and patented.

7.    Plaintiffs bring this lawsuit to protect their intellectual property investments and to hold Motive accountable for its willful infringement. Motive's actions have caused harm to Plaintiffs, as alleged below, by incorporating Plaintiffs' patented technologies into Motive's products. Motive's actions also significantly harm innovation and undermine the intent of the U.S. patent laws. If Motive's improper copying and use of Plaintiffs' technologies allows it to avoid what is needed to develop new products, other companies will be encouraged to simply copy others' proprietary technologies rather than hire their own engineers, invest in innovation, and develop new technologies independently and organically.

Plaintiffs therefore need injunctive relief to stop Motive's improper infringement of Plaintiffs' lawful patent rights.

### NATURE OF THE ACTION

8.      Plaintiffs bring claims under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, for the willful infringement of the following nine United States patents: U.S. Patent Nos. 9,402,060 (the "'060 patent"); 10,957,130 (the "'130 patent"); 9,014,943 (the "'943 patent"); 9,014,906 (the "'906 patent"); 9,020,733 (the "'733 patent"); 9,064,422 (the "'422 patent"); 9,390,628 (the "'628 patent"); 9,911,253 (the "'253 patent"); and 9,208,129 (the "'129 patent")  (collectively, the "Patents-in-Suit" or "Asserted Patents").

### PARTIES

9.      Omnitracs is a Delaware limited liability company with its principal place of business at 1500 Solana Blvd, Suite 6300, Bldg. 6, Westlake, Texas 76262.

10.     XRS is a Minnesota corporation and a wholly owned subsidiary of Omnitracs, and maintains its principal place of business at 1500 Solana Blvd, Suite 6300, Bldg. 6, Westlake, Texas 76262.

11.     SmartDrive is a Delaware corporation and a wholly owned subsidiary of Omnitracs, and maintains its principal place of business at 1500 Solana Blvd, Suite 6300, Bldg. 6, Westlake, Texas 76262.

12.     Defendant Motive Technologies, Inc. (f/k/a KeepTruckin, Inc.) is a Delaware corporation with its principal place of business at 55 Hawthorne Street, 4th Floor, San Francisco, California 94105.

### JURISDICTION AND VENUE

13.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

14.     The Court has personal jurisdiction over Motive at least because Motive maintains a regular and established place of business in this District at 55 Hawthorne Street, 4th Floor, San Francisco, California 94105, and from that location conducts and/or directs the acts accused of infringement in this action.  *See*  https://gomotive.com/company/contact-us/.   Moreover, Motive conducts business in this District by making, shipping, distributing, offering for sale, selling, and advertising (including the provision of an interactive company website) its products and services in both the State of California and in this District.  Motive has, either directly or through intermediaries, purposefully and voluntarily placed

one or more of its infringing products and/or services into the stream of commerce with the intention and expectation that they will be purchased and used by customers in this District. Furthermore, on its company website Motive advertises that it has sold infringing products to customers in this District, including, for example, Biagi Bros., located in Napa, California, and Rosendin Electric Inc., located in San Jose, California. *See* https://gomotive.com/customers/biagi-bros-fleet-management; https://gomotive.com/customers/rosendin-electric/.

15.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) because Motive directs and regularly conducts business within this District, has a regular and established place of business in this District, and has committed acts of infringement within this District.  Motive maintains a regular and established place of business in this District at 55 Hawthorne Street, 4th Floor, San Francisco, California 94105.

## **BACKGROUND**

### Omnitracs, XRS and SmartDrive

16.     For more than 30 years, Omnitracs has been a global pioneer of fleet management solutions for transportation and logistics companies.  Omnitracs provides innovative fleet management solutions, including integrated systems, software-as-a-service (SaaS) applications, and analytics platforms designed for commercial trucking fleets. Omnitracs applies its expertise in artificial intelligence and machine learning to provide end-to-end fleet intelligence.

17.     XRS is a wholly-owned subsidiary of Omnitracs and is also a leader in fleet management solutions for transportation and logistics companies.  XRS provides smartphone- and tablet-based solutions that enable trucking companies to manage their fleets, comply with regulations, and reduce operating costs. Omnitracs completed its acquisition of XRS on November 2, 2014.

18.     SmartDrive is a wholly-owned subsidiary of Omnitracs and is also a leader in fleet management software for transportation and logistics companies.  SmartDrive provides a transportation intelligence platform with AI-based driver monitoring to provide improved performance insights and analysis, and a video-based safety program that helps fleets improve driving skills, lower operating costs, and deliver significant return on investment. Omnitracs completed its acquisition of SmartDrive on September 9, 2020.

19.     Plaintiffs are leading innovators of fleet management, compliance, and safety systems. Their advanced technology services include solutions for regulatory compliance, safety compliance, GPS fleet tracking, route planning, and fleet communication that enable customers to solve common fleet problems and achieve their business objectives in a cost-effective manner. Today, Plaintiffs deliver advanced technology services to more than 11,000 customers operating approximately one million trucks and other transportation assets in more than 70 countries, including throughout the United States.  This technology includes, for example, hardware installed directly into fleet vehicles to track vehicle performance and location data and driver activity information. Plaintiffs' customizable software applications leverage that data and information to offer customers, such as fleet managers (and their drivers), a host of logistical planning tools.  Plaintiffs' technology further includes unique solutions integrating hardware such as smartphones, tablets, and ruggedized handheld devices with electronic logging devices and applications.  This enables carriers to use and access a suite of sophisticated, intuitive, fleet optimization tools in a portable device during their business operations.

<u>Motive</u>

20.     Motive develops fleet management software and electronic logbook applications for dispatchers and fleet managers to audit driver logs, track drivers' locations, and send load information to drivers.  Motive offers its products to the construction, oil and gas, food and beverage, trucking and logistics, delivery, field service, passenger transit, and agriculture industries.  Its website provides information about the products it offers, including a software driven platform, hardware, a Motive credit card, and a mobile app.  Motive's platform provides AI-powered applications that automate driver safety, compliance, tracking and telematics, dispatch, maintenance, sustainability, smart load board(s), and spend management.  Motive's platform will evaluate driver safety performance over time and assign a risk score to provide a measure of driver risk.



Motive Technologies, Inc., *Software*, Products, https://gomotive.com/products/.



Motive Technologies, Inc., *Driver Safety*, Products, https://gomotive.com/products/driver-safety/.

21.     Motive's website further highlights some of the features of its platform including ELD (electronic logging device) compliance, IFTA (International Fuel Tax Agreement) fuel tax reporting, GPS (global positioning system) vehicle tracking, asset monitoring, reefer monitoring[1], and WiFi hotspot.

---

[1]     "Reefer" is an industry term for a type of diesel fuel that powers the refrigeration units of temperature-controlled trailers, often called "reefers."



Motive Technologies, Inc., *Features*, Products, https://gomotive.com/products/.

  22. Motive also offers hardware products including dash cams, tracking devices (which it calls "gateways") and sensors.  For example, the Motive AI Dashcam detects and tracks unsafe behaviors like cell phone use, which will alert the driver to keep their eyes on the road and send push notifications to the fleet operator.  The dash cams also detect collisions and can record up to 235 hours of footage, even when a vehicle engine is off.



Motive Technologies, Inc., *Hardware*, Products, https://gomotive.com/products/.





Motive Technologies, Inc., *Driver Safety*, Products, https://gomotive.com/products/driver-safety/.

23.    Plaintiffs have been harmed by Motive's actions and attempts to utilize Plaintiffs' technologies and divert Plaintiffs' customers.

24.    Motive has had knowledge of and/or was willfully blind to the Asserted Patents and patented technologies long before this suit was filed.  In December 2015, Motive (then known as KeepTruckin) hired Dan Fuglewicz from XRS, a senior engineering director.  Mr. Fuglewicz is listed as an inventor on the '422, '628, '943, '906, and '733 patents.  Mr. Fuglewicz thus knew of at least the patented technologies when he worked at Motive developing Motive's ELD products.  Moreover, in addition to Mr. Fuglewicz, from at least February 2016 through the present Motive has hired and employed several other Omnitracs employees to work in all aspects of its business, from engineering to strategic operations and sales and marketing.

25.    Moreover, prior to filing this lawsuit, Plaintiffs attempted to resolve these issues directly with Motive through communications and correspondence with Motive executives and counsel.  Plaintiffs sent Motive a letter raising its concerns that Motive was using its technology without permission, specifically identifying the '422 patent, and the '628 patent, and discussed the issues with Motive in person.  Thus, Motive has been on notice of these infringement allegations since at least July 2018, if not sooner.  Despite knowing of Plaintiffs' infringement allegations, Motive did nothing and continued to infringe Plaintiffs' patents and technologies.

## THE PATENTS-IN-SUIT

### The '060 Patent

26.    On July 26, 2016, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '060 patent, entitled, "Vehicle Event Recorders with Integrated Web Server." SmartDrive owns all rights, title and interest in and to the '060 patent and possesses all rights of recovery under the '060 patent.  A true and accurate copy of the '060 patent is attached hereto as Ex. A.

27.    The '060 patent is valid and enforceable.

### The '130 Patent

28.    On March 23, 2021, the USPTO duly and legally issued the '130 patent, entitled, "Driving Event Assessment System."  Omnitracs owns all rights, title and interest in and to the '130 patent, and possesses all rights of recovery under the '130 patent.  A true and accurate copy of the '130 patent is attached hereto as Ex. C.

29.    The '130 patent is valid and enforceable.

### The '943 Patent

30.    On April 21, 2015, the USPTO duly and legally issued the '943 patent, entitled, "Transportation Management Techniques." XRS owns all rights, title and interest in and to the '943 patent and possesses all rights of recovery under the '943 patent. A true and accurate copy of the '943 patent is attached hereto as Ex. E.

31.    The '943 patent is valid and enforceable.

### The '906 Patent

32.    On April 21, 2015, the USPTO duly and legally issued the '906 patent, entitled, "Remote Distribution of Software Updates in a Transportation Management Network." XRS owns all rights, title and interest in and to the '906 patent and possesses all rights of recovery under the '906 patent. A true and accurate copy of the '906 patent is attached hereto as Ex. F.

33.    The '906 patent is valid and enforceable.

### The '733 Patent

34.    On April 28, 2015, the USPTO duly and legally issued the '733 patent, entitled, "Vehicle Data Acquisition for Transportation Management." XRS owns all rights, title and interest in and to the '733 patent and possesses all rights of recovery under the '733 patent. A true and accurate copy of the '733 patent is attached hereto as Ex. G.

35.    The '733 patent is valid and enforceable.

### The '422 Patent

36.    On June 23, 2015, the USPTO duly and legally issued the '422 patent, entitled, "Data Transmission for Transportation Management." XRS owns all rights, title and interest in and to the '422 patent and possesses all rights of recovery under the '422 patent. A true and accurate copy of the '422 patent is attached hereto as Ex. O.

37.    The '422 patent is valid and enforceable.

### The '628 Patent

38.    On July 12, 2016, the USPTO duly and legally issued the '628 patent, entitled, "Vehicle Data and Driver Association for Transportation Management." XRS owns all rights, title and interest in

and to the '628 patent and possesses all rights of recovery under the '628 patent.  A true and accurate copy of the '628 patent is attached hereto as Ex. P.

39. The '628 patent is valid and enforceable.

### The '253 Patent

40. On March 6, 2018, the USPTO duly and legally issued the '253 patent, entitled, "Memory Management In Event Recording Systems."  SmartDrive owns all rights, title and interest in and to the '253 patent and possesses all rights of recovery under the '253 patent.  A true and accurate copy of the '253 patent is attached hereto as Ex. Q.

41. The '253 patent is valid and enforceable.

### The '129 Patent

42. On December 8, 2015, the USPTO duly and legally issued the '129 patent, entitled, "Vehicle Event Recorder Systems And Networks Having Integrated Cellular Wireless Communications Systems."  SmartDrive owns all rights, title and interest in and to the '129 patent and possesses all rights of recovery under the '129 patent.  A true and accurate copy of the '129 patent is attached hereto as Ex. R.

43. The '129 patent is valid and enforceable.

### ACCUSED PRODUCTS

44. The accused products in this case include, but are not limited to, Motive's Fleet Dashboard, including as accessible through Motive's website or other Motive system portals, AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, Asset Gateway, Asset Gateway Mini, Environmental Sensor, Motive Driver Application ("Driver App"), and Motive Fleet Application ("Fleet App"), and the hardware and/or software associated thereto (collectively, the "Accused Products").

### COUNT I

### Infringement of U.S. Patent No. 9,402,060

45. Plaintiffs repeat and reallege the allegations in paragraphs 1–44 as though fully set forth herein.

46. The '060 patent, titled "Vehicle event recorders with integrated web server," discloses novel video safety devices that record visual information about events that occur in vehicles and provide

an advanced interface system that improves users' ease of use by allowing for specific types of remote configuration. Exhibit A ('060 patent), 5:39-6:14. The '060 patent explains that prior-art video systems were cumbersome and difficult to use, and provided significantly limited functionality in what video data could be recorded or how it could be retrieved. *Id.*, 1:12-5:15. The '060 patent solves these problems through its inventions that include a specific structural device comprising a video camera, memory, and "event trigger," which detects events "responsive to an event parameter breaching an event trigger threshold level," along with a microprocessor for flexibly receiving settings information from a remote device. *Id.*, cl. 1. The microprocessor "facilitate[s] wireless communication of information between the vehicle event recorder and a remotely located computing device using HTTP" and "receive[s] settings information from the remotely located computing device . . . operable to adjust vehicle event recorder settings pertaining to operation of one or both of the video camera and the event trigger." *Id.*

47. Motive's products and/or services that infringe the '060 patent include, but are not limited to, the Accused Products and use thereof.

48. Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

49. Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '060 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

50. For example, claim 1 of the '060 patent recites:

1. A vehicle event recorder comprising:

a video camera configured to acquire visual information representing a vehicle environment, the vehicle environment including spaces in and around an interior and an exterior of a vehicle;

a memory configured to electronically store information;

an event trigger configured to detect a vehicle event responsive to an event parameter breaching an event trigger threshold level; and

a microprocessor configured to:

responsive to detection of the vehicle event, effectuate storage of visual information associated with the vehicle event in the memory;

facilitate wireless communication of information between the vehicle event recorder and a remotely located computing device using HTTP;

receive settings information from the remotely located computing device, wherein the settings information is operable to adjust vehicle event recorder settings pertaining to operation of one or both of the video camera and the event trigger, and

adjust the vehicle event recorder settings based on the received settings information.

51.    The Accused Products practice each limitation of at least claim 1 of the '060 patent.

52.    Motive, at least by using the Accused Products, performs each step of claim 1 of the '060 patent. *See* Exhibit H.

53.    To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive Vehicle Gateway (ELD) with Smart Dashcam, AI Dashcam, and AI Omnicam provide "a vehicle event recorder."

54.    Motive, at least when using the Smart Dashcam, AI Dashcam and/or AI Omnicam includes "a video camera configured to acquire visual information representing a vehicle environment, the vehicle environment including spaces in and around an interior and an exterior of a vehicle," as required by claim 1 of the '060 patent.

55.    Motive, at least when using the Smart Dashcam, AI Dashcam, and/or AI Omnicam, includes a video camera with "a memory configured to electronically store information," as required by claim 1 of the '060 patent.

56.    Motive, at least when using the Smart Dashcam, AI Dashcam and/or AI Omnicam includes "an event trigger configured to detect a vehicle event responsive to an event parameter breaching an event trigger threshold level," as required by claim 1 of the '060 patent.

57.    Motive, at least when using the Smart Dashcam, AI Dashcam and/or AI Omnicam includes "a microprocessor configured to: responsive to detection of the vehicle event, effectuate storage of visual information associated with the vehicle event in the memory," as required by claim 1 of the '060 patent.

58.    Motive, at least when using the Motive Vehicle Gateway includes a system with a processor which "facilitate[s] wireless communication of information between the vehicle event recorder and a remotely located computing device using HTTP," as required by claim 1 of the '060 patent.

59.    Motive, at least when using the Motive Vehicle Gateway, includes a system with a processor which "receive[s] settings information from the remotely located computing device, wherein the settings information is operable to adjust vehicle event recorder settings pertaining to operation of one or both of the video camera and the event trigger," as required by claim 1 of the '060 patent.

60.    Motive, at least when using the Motive Vehicle Gateway with Motive's Smart Dashcam AI Dashcam, and/or AI Omnicam, includes a system with a processor which "receive[s] settings information from the remotely located computing device, wherein the settings information is operable to adjust vehicle event recorder settings pertaining to operation of one or both of the video camera and the event trigger." The Motive Vehicle Gateway (ELD), Motive's Smart Dashcam AI Dashcam, and AI Omnicam system receive settings information from the remotely located computing device via the Motive Fleet Dashboard.  The settings information is operable to adjust the vehicle event recorder settings pertaining to operation of one or both of the video camera and event trigger.

61.    Motive, at least when using the Motive Vehicle Gateway with Motive's Smart Dashcam, AI Dashcam, and/or AI Omnicam, includes a system with a processor which "adjust[s] the vehicle event recorder settings based on the received settings information." The Motive Vehicle Gateway (ELD) with Motive's Smart Dashcam, AI Dashcam, or AI Omnicam system adjusts through its processor the vehicle event recorder settings based on the changes made in the Motive Fleet Dashboard.

62.     Each claim of the '060 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '060 patent.

63.    Motive has been aware of the '060 patent since at least the filing date of the Complaint.

64.    Since the filing date of the Complaint, Motive has actively induced and is actively inducing infringement of at least claim 1 of the '060 patent, in violation of 35 U.S.C. § 271(b).

65.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '060 patent, at least by using the Accused Products as described in detail in paragraphs 46–61.

66.    Motive knowingly induces infringement of at least claim 1 of the '060 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

67.     Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular, "facilitate[s] wireless communication of information between the vehicle event recorder and a remotely located computing device using HTTP."    *See*  https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/11066719903901-Why-Dashcam-videos-are-pending-not-uploading-.

68.     For example, Motive publicly shares an installation and support guide for its AI Dashcam products, including a "[s]tep-by-step guide" explaining how to install the AI Dashcam and integrate it with the Motive Vehicle Gateway:



https://gomotive.com/dashcam-guide/;    *see    also*    https://helpcenter.gomotive.com/hc/en-us/categories/5364621713565-Installers (listing installation guides).

69.     Motive further explains publicly to its customers how the Accused Products operate, including the infringing functionality.  *See* https://gomotive.com/products/dashcam/.

70.     Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive

Driver App." https://helpcenter.gomotive.com/hc/en-us. The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products, such as the AI Dashcam, Smart Dashcam, and AI Omnicam, include "a video camera configured to acquire visual information representing a vehicle environment, the vehicle environment including spaces in and around an interior and an exterior of a vehicle" as claimed in the '060 patent.

71.    Motive has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

72.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner. Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services. *See* https://gomotive.com/dashcam-guide/; *see also* AI-Dashcam-Installation-Manual https://gomotive.com/wp-content/uploads/2022/09/AI-Dashcam-Installation-Manual.pdf.    Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver events, and to "adjust the vehicle event recorder settings based on the received settings information" as claimed in the '060 patent.

73.    Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:

**Customer Stories**

Roush cuts accident rate in half and improves driver safety with Motive.

Learn more

Trucking and logistics
**Biagi Bros**
Learn how Biagi Bros quickly onboarded their entire fleet and saw a 50% increase in time savings.

Oil & Gas
**Smart Chemical Solutions**
How one company enhanced efficiency, streamlined operations and increased savings.

Trucking and logistics
**QFS Transportation**
How one large fleet decreased HOS violations and more than doubled driver count.

Trucking and logistics
**JMS Transportation**
How one fleet improved safety, lowered repair costs, and increased profitability.

Trucking and logistics
**Roush Industries**
Through technology, the company's transportation division is becoming safer and more compliant.

Trucking and logistics
**Sabel Steel**
How one fleet transformed its safety, tracking, and compliance program after switching to Motive

Trucking and logistics
**Cargo Network Solutions**
After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability.

Construction
**Southland Steel Fabricators**
How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation.

https://gomotive.com/customers/.

**ROUSH**®

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

◎ **Location**
**Livonia, MI**

🗒 **Type**
**Trucking and logistics**

🚚 **Fleet Size**
**80**

**Products Used**
🛡 Driver Safety
⮂ Tracking
⏱ Compliance

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

74.    Since the filing date of the Complaint, Motive contributed and is contributing to infringement of at least claim 1 of the '060 patent, in violation of 35 U.S.C. § 271(c).

75.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '060 patent, at least by using the Accused Products, as described in detail in paragraphs 46–61.

76.    Motive contributes to infringement of the '060 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the AI Dashcam, Smart Dashcam, AI Omnicam, and associated software applications and firmware. Such components are substantial, material parts of the claimed inventions of the '060 patent and have no substantial non-infringing use.

77.    The AI Dashcam, Smart Dashcam, AI Omnicam, and associated software applications and firmware are especially made and especially adapted for use in infringing the '060 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

78.    Motive's infringement of the '060 patent is without license or other authorization.

79.    Motive's continued infringement of the '060 patent has damaged and will continue to damage Plaintiffs.

80. Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '060 patent. Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

81. This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**COUNT II**

**Infringement of U.S. Patent No. 9,761,067[2]**

**COUNT III**

**Infringement of U.S. Patent No. 10,957,130**

82. Plaintiffs repeat and reallege the allegations in paragraphs 1–81 as though fully set forth herein.

83. The '130 patent, titled "Driving event assessment system," discloses novel systems and methods that improve the evaluation and assessment of driver performance using a concrete technique that fuses data from multiple sources to generate an accurate and robust assessment. Exhibit C ('130 patent), 1:43-2:46. The '130 patent explains that prior-art systems were unable to generate reliable assessments due to limitations resulting from their inability to make use of anything other than raw vehicle data. *Id.*, 1:19-39. The '130 patent accordingly claims specific systems and methods that improve the technological functionality of prior video devices by capturing data from an "electronic logging device," "image data," along with "external environmental conditions" to evaluate driver performance. *Id.*, cl. 1. The system uses this information to accurately record incidents related to a driver's performance and determines likely causes of those events based on that information in a manner that prior art systems were unable to do. *Id.*

84. Motive's products and/or services that infringe the '130 patent include, but are not limited to, the Accused Products and use thereof.

---

[2]    This count is intentionally omitted in light of the Court's Feb. 12, 2024 Order (Dkt. 51)

85.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

86.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '130 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

87.    For example, claim 1 of the '130 patent recites:

1. An apparatus for generating a driver performance assessment, comprising:

a processor; and

a memory coupled with the processor, wherein the memory includes instructions executable by the processor to:

receive, at a network entity, a vehicle performance parameter from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD;

receive, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event;

determine, at the network entity, whether the driving event was triggered in response to external environmental conditions based on the image data captured by the image processing device on the vehicle; and

generate the driver performance assessment based on whether the driving event was triggered in response to the external environmental conditions,

wherein the instructions to generate the driver performance assessment further include instructions executable by the processor to deduct a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event.

88.    The Accused Products practice each limitation of at least claim 1 of the '130 patent.

89.    Motive, at least by using the Accused Products, performs each step of claim 1 of the '130 patent. *See* Exhibit J.

90.    To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive when using its Dashboard, and also its customers and end users when using the Dashboard, includes an "apparatus for generating a driver performance assessment." Specifically, Motive's fleet management system prepares a Drive Risk Score that meets the limitations of the claims, as discussed above and below.

91.    Motive, at least when using the Accused Products, includes a system which contains "a processor," as required by claim 1 of the '130 patent.

92.    Motive, at least when using the Accused Products, includes a system which contains "a memory coupled with the processor, wherein the memory includes instructions executable by the processor," as required by claim 1 of the '130 patent.  Specifically, Motive's Smart Dashcam, AI Dashcam, and AI Omnicam all include memory to store video.

93.    Motive, at least when using the Accused Products, includes a memory coupled with a processor to "receive, at the network entity, a vehicle performance parameter from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD," as required by claim 1 of the '130 patent. For example, on information and belief performance parameters are sent from a Motive ELD associated with a vehicle to a network device so that the performance parameter data can be aggregated to determine the DRIVE risk score.

94.    Motive, at least when using the Accused Products, includes a memory coupled with a processor to "receive, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event," as required by claim 1 of the '130 patent. The Motive Fleet system receives, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event. For example, several of the behaviors that relate to the DRIVE score are based on events that are captured by a camera, *e.g.*, driver distraction where the driver is looking down for at least 5 seconds. The Accused Products further monitor and process behaviors through the Smart Dashcam, AI Dashcam, and AI Omnicam in combination with the Vehicle Gateway.

95.    Motive, at least when using the Accused Products, includes a memory coupled with a processor to "determine, at the network entity, whether the driving event was triggered in response to external environmental conditions based on the image data captured by the image processing device on the vehicle," as required by claim 1 of the '130 patent. In assessing the drivers' behavior, the Dashboard uses both the video data from the Smart Dashcam, AI Dashcam, and/or AI Omnicam and also the event data from the ELD. For example, if the AI dashcam detects unsafe driving behavior it "adds events for the Fleet Managers to view" so that a fleet manager can, at the network entity, determine whether the event

1    was triggered in response to external conditions based on the image data captured by the AI Dashcam.

2    The Dashboard uses both video data from the Smart Dashcam and event data from the ELD.

3        96.    Motive, at least when using the Accused Products, includes a memory coupled with a

4    processor to "generate the driver performance assessment based on whether the driving event was

5    triggered in response to the external environmental conditions, wherein the instructions to generate the

6    driver performance assessment further include instructions executable by the processor to deduct a value

7    from a driver performance assessment score when it is determined that an action by at least one secondary

8    vehicle did not trigger the driving event," as required by claim 1 of the '130 patent. Fleet managers using

9    Fleet Dashboard can generate DRIVE score reports that assess driver performance based on whether the

10   driving event was triggered in response to the external environmental conditions, wherein generating the

11   driver performance assessment comprises deducting a value from a driver performance assessment score

12   when it is determined that an action by at least one secondary vehicle did not trigger the driving event.

13   Specifically, Motive's fleet management method prepares a Drive Risk Score that meets the limitations

14   of the claims. Drive Scores are prepared on, *e.g.*, a per-driver basis for a four-week period.

15       97.    Each claim of the '130 patent recites an independent invention.  Neither claim 1, described

16   above, nor any other individual claim is representative of all claims in the '130 patent.

17       98.    Motive has been aware of the '130 patent since at least the filing date of the Complaint.

18       99.    Since the filing date of the Complaint, Motive actively induced and is actively inducing

19   infringement of at least claim 1 of the '130 patent, in violation of 35 U.S.C. § 271(b).

20       100.    Motive's customers and end-users of the Accused Products directly infringe at least claim

21   1 of the '130 patent, at least by using the Accused Products, as described in detail in paragraphs 86–96.

22       101.    Motive knowingly induces infringement of at least claim 1 of the '130 patent by customers

23   and end-users of the Accused Products with specific intent to induce infringement, and/or with willful

24   blindness to the possibility that its acts induce infringement, through activities relating to selling,

25   marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

26       102.    Motive instructs customers and end users, at least through its marketing, promotional, and

27   instructional materials, to use the infringing Accused Products, and in particular Motive's "apparatus for

28   generating    a    driver    performance    assessment"    as    claimed    in    the    '130    patent.    *See*

https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

103.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

104.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App." https://helpcenter.gomotive.com/hc/en-us. The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products are used to generate a performance parameter that is "receive[d], at a network entity, [] from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD" as claimed in the '130 patent.

105.    For example, Motive publicly shares an installation and support guide for its AI Dashcam products, including a "[s]tep-by-step guide" explaining how to install the AI Dashcam and integrate it with the Motive Vehicle Gateway:

## Step-by-step guide



https://gomotive.com/dashcam-guide/; *see also* https://helpcenter.gomotive.com/hc/en-us/categories/5364621713565-Installers (listing installation guides). Motive further explains publicly to its customers how the Accused Products operate, including the infringing functionality. *See* https://gomotive.com/products/dashcam/. And as discussed above, these Motive hardware products comprise "[a]n apparatus for generating a driver performance assessment, comprising: a processor; and a memory coupled with the processor, wherein the memory includes instructions executable by the processor to: receive, at a network entity, a vehicle performance parameter from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD; receive, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event; determine, at the network entity, whether the driving event was triggered in response to external environmental conditions based on the image data captured by the image processing device on the vehicle; and generate the driver performance assessment based on whether the driving event was triggered in response to the external environmental conditions, wherein the instructions to generate the driver performance assessment further include instructions executable by the processor to deduct a value from a driver performance assessment score when it is

determined that an action by at least one secondary vehicle did not trigger the driving event," as claimed in the '130 patent.

106.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *See* https://helpcenter.gomotive.com/hc/en-us. Motive publicly shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id*. These guides are also provided in French and Spanish to reach additional, multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:



https://gomotive.com/vg-driver/.

107.    Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including to "receive, at a network entity, a vehicle performance parameter from an electronic logging device (ELD) associated with a vehicle, wherein the vehicle performance parameter identifies a driving event detected by the ELD," "receive, at the network entity, image data captured by an image processing device on the vehicle that corresponds to the driving event," "determine, at the network entity, whether the driving event was triggered in response to external environmental conditions based on the image data captured by the image processing device on the vehicle," and "generate the driver

performance assessment based on whether the driving event was triggered in response to the external environmental conditions, wherein the instructions to generate the driver performance assessment further include instructions executable by the processor to deduct a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event," as claimed in the '130 patent.  Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY).  The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze "a driver performance assessment" as claimed in the '130 patent:

https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-

108.    For example, Motive explains how the driver risk score is calculated and instructs drivers how to use the driver risk score:

# How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.

- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

109.    Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States.  *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

110.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services. The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.

111.    Motive further advertises and instructs third parties how Motive's driver risk score is calculated and instructs drivers how to use the driver risk score obtained via network devices running or interacting with Motive's Accused Products. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.    Motive thereby contributes to and induces infringement by third parties of the '130 patent, including *e.g.*, an apparatus with "instructions executable by the processor" to "generate the driver performance assessment" and further includes instructions executable by the processor to "deduct a value from a driver performance assessment score when it is determined that an action by at least one secondary vehicle did not trigger the driving event."  Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and that "[s]ome of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive    Guide:    DRIVE    risk    score    101    (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

**Introduction**

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

112.    Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:

**ROUSH.**

Customer Stories

Roush cuts accident rate in half and improves driver safety with Motive.

Learn more

Trucking and logistics

**Biagi Bros**

Learn how Biagi Bros quickly onboarded their entire fleet and saw a 50% increase in time savings.

Oil & Gas

**Smart Chemical Solutions**

How one company enhanced efficiency, streamlined operations and increased savings.

Trucking and logistics

**QFS Transportation**

How one large fleet decreased HOS violations and more than doubled driver count.

Trucking and logistics

**JMS Transportation**

How one fleet improved safety, lowered repair costs, and increased profitability.

Trucking and logistics

**Roush Industries**

Through technology, the company's transportation division is becoming safer and more compliant.

Trucking and logistics

**Sabel Steel**

How one fleet transformed its safety, tracking, and compliance program after switching to Motive

Trucking and logistics

**Cargo Network Solutions**

After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability.

Construction

**Southland Steel Fabricators**

How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation.

https://gomotive.com/customers/.

**ROUSH**

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

**50%** reduction in accidents

**100%** driver exoneration rate

**40%** improvement in CSA scores

⊙ Location
**Livonia, MI**

🗏 Type
**Trucking and logistics**

🚚 Fleet Size
**80**

Products Used
🛡 **Driver Safety**
📨 **Tracking**
🕐 **Compliance**

https://gomotive.com/customers/roush-industries/.

113.    Since the filing date of the Complaint, Motive contributed and is contributing to infringement of at least claim 1 of the '130 patent, in violation of 35 U.S.C. § 271(c).

114.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '130 patent, at least by using the Accused Products, as described in detail above in paragraphs 86–96.

115.    Motive contributes to infringement of the '130 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, and associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '130 patent and have no substantial non-infringing use.

116.    The AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, and associated software applications and firmware, are especially made and especially adapted for use in infringing the '130 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

117.    Motive's infringement of the '130 patent is without license or other authorization.

118.    Motive's continued infringement of the '130 patent has damaged and will continue to damage Plaintiffs.

119.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '130 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

120.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**COUNT IV**

**Infringement of U.S. Patent No. 9,262,873[3]**

**COUNT V**

**Infringement of U.S. Patent No. 9,014,943**

121.    Plaintiffs repeat and reallege the allegations in paragraphs 1–120 as though fully set forth herein.

122.    The '943 patent, titled "Transportation management techniques," discloses concrete fleet management systems that use a data acquisition device and a portable wireless device in a specific innovative way to record information from vehicles and monitor driver performance.  Exhibit E ('943 patent), 1:41-60.  The '943 patent improves on prior-art systems, which were unable to accurately track vehicle and driver information and inconvenient to share with third parties.  *Id.*, 1:31-37.  Accordingly, the '943 patent describes inventions that use a specific structure containing a data acquisition device and a separate portable wireless display device for monitoring vehicle and driver information. *Id.*, cl. 1.  This structure can take information from the vehicle and send it to a remote network device, *i.e.*, a device used by a fleet dispatcher, for the dispatcher to produce a driver performance assessment based on the recorded information.  *Id.*  In so doing, the claims provide a novel way to record and track driver information and to allow dispatchers to evaluate driver performance and ensure safety and compliance with vehicle regulations in a manner not previously performed.

---

[3]    This count is intentionally omitted in light of the Court's Feb. 12, 2024 Order (Dkt. 51)

123.    Motive's products and/or services that infringe the '943 patent include, but are not limited to, the Accused Products and use thereof.

124.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

125.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '943 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

126.    For example, claim 1 of the '943 patent recites:

1. A system for managing a vehicle fleet of a plurality of vehicles comprising:

> a data acquisition device configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle, the data acquisition device being free of a user interface display,

> wherein the data acquisition device is further configured to output, upon demand by an enforcement official, a driver summary electronic report including hours of service records for a driver of the vehicle, to a device accessed by the enforcement official;

> a portable wireless data transfer and display device; and

> a remote network device for managing the vehicle fleet of the plurality of vehicles,

> wherein the data acquisition device includes a first short-range wireless communication module configured to wirelessly transmit, in real-time or at intervals that approximate real-time, the vehicle data to the portable wireless data transfer and display device,

> wherein the portable wireless data transfer and display device includes a second short-range wireless communication module configured to wirelessly receive the vehicle data from the data acquisition device, in the real-time or at the intervals that approximate real-time, when the data acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle, a communication module configured to provide a communication link with the remote network device via a long-range wireless network, a user interface configured to receive driver information from a first user and to present at least one of: the vehicle data, the driver information, communication information, and the driver summary electronic report to the first user via a first display,

> wherein the remote network device is configured to receive the vehicle data, the driver information, the communication information, and the driver summary electronic report at predetermined times from the portable wireless data transfer and display device, and present an electronic driver scorecard to a second user via a second display,

wherein the electronic driver scorecard includes a composite driver score based on a plurality of a group consisting of:

> fuel efficiency;
>
> occurrences of stop idle;
>
> occurrences of speeding;
>
> occurrences of hard braking;
>
> occurrences of high speed braking; and
>
> occurrences of safety violations.

127.   The Accused Products practice each limitation of at least claim 1 of the '943 patent.

128.   Motive, at least by using the Accused Products, performs each step of claim 1 of the '943 patent. *See* Exhibit L.

129.   To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive's Fleet Dashboard, Fleet App, Driver Workflow App, Vehicle Gateway, and Smart DashCam provide a "system for managing a vehicle fleet of a plurality of vehicles." For example, Motive's Fleet Dashboard "provides a score and summary for every aspect of your fleet's operation." *See The new and improved Motive Dashboard for fleets*, https://gomotive.com/blog/new-motive-dashboard-fleets/.

130.   Motive, at least when using the Accused Products, includes "a data acquisition device configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle, the data acquisition device being free of a user interface display," as required by claim 1 of the '943 patent. For example, Motive's Vehicle Gateway is mounted inside a vehicle and collects data directly from the vehicle's engine control unit (ECU) via the vehicle diagnostic port.

131.   Motive, at least when using the Accused Products, includes a "data acquisition device [] further configured to output, upon demand by an enforcement official, a driver summary electronic report including hours of service records for a driver of the vehicle, to a device accessed by the enforcement official," as required by claim 1 of the '943 patent. For example, Motive's Driver App allows a driver to send an output file containing hours of service information to a Department of Transportation (DOT)

1    officer. Such enforcement officers are from federal and state DOT agencies, which are responsible for

2    maintaining and developing transport systems in the United States.

3        132.    Motive, at least when using the Accused Products, includes "a portable wireless data

4    transfer and display device," as required by claim 1 of the '943 patent. For example, Motive's Driver App

5    can be installed on a driver's mobile device and connects to Motive's Vehicle Gateway.

6        133.    Motive, at least when using its Accused Products, includes "a remote network device for

7    managing the vehicle fleet of the plurality of vehicles," as required by claim 1 of the '943 patent. For

8    example, Motive's Fleet Dashboard allows fleet managers insight into their drivers' daily activities.

9        134.    Motive, at least when using its Accused Products, includes a remote network device

10   "wherein the data acquisition device includes a first short-range wireless communication module

11   configured to wirelessly transmit, in real-time or at intervals that approximate real-time, the vehicle data

12   to the portable wireless data transfer and display device," as required by claim 1 of the '943 patent. For

13   example, Motive's Vehicle Gateway sends vehicle data to a driver's mobile device using Bluetooth, a

14   short-range wireless communication method (necessarily utilizing a Bluetooth module) configured to

15   wirelessly transmit, in real-time or at approximately real-time intervals, the vehicle data to the mobile

16   device.

17       135.    Motive, at least when using the Accused Products, includes a remote network device

18   "wherein the portable wireless data transfer and display device includes a second short-range wireless

19   communication module configured to wirelessly receive the vehicle data from the data acquisition device,

20   in the real-time or at the intervals that approximate real-time, when the data acquisition device is mounted

21   in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle,

22   a communication module configured to provide a communication link with the remote network device via

23   a long-range wireless network, a user interface configured to receive driver information from a first user

24   and to present at least one of: the vehicle data, the driver information, communication information, and

25   the driver summary electronic report to the first user via a first display," as required by claim 1 of the '943

26   patent. For example, a driver's mobile device receives information from Motive's Vehicle Gateway via

27   Bluetooth, and through the Motive Fleet Dashboard, a user receives live GPS data for a vehicle, driver

28   information (including name) and driver communications from the driver's device.

136.    Motive, at least when using the Accused Products, includes a remote network device "wherein the remote network device is configured to receive the vehicle data, the driver information, the communication information, and the driver summary electronic report at predetermined times from the portable wireless data transfer and display device, and present an electronic driver scorecard to a second user via a second display," as required by claim 1 of the '943 patent. For example, Motive's Fleet Dashboard allows fleet managers to analyze their drivers' logs, vehicle inspection reports, and DRIVE risk scores (which evaluate drivers' safety performance to provide a measure of driver risk).

137.    Motive, at least when using the Accused Products, includes a remote network device "wherein the electronic driver scorecard includes a composite driver score based on a plurality of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations," as required by claim 1 of the '943 patent. For example, hard brakes, hard accelerations, hard cornering, speeding, and HOS (hours of service) violations are factored in by Motive when calculating Motive's DRIVE risk score.

138.    Each claim of the '943 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '943 patent.

139.    Motive was aware of and/or willfully blind to the '943 patent since approximately the date of its issuance on April 21, 2015.  Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '943 patent and its inventor Dan Fuglewicz, have worked and/or now work at Motive in a wide variety of roles across the company.  *See supra*, paragraphs 24–25. These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '943 patent, when Motive was developing the Accused Products.

140.    Motive has further been aware of the '943 patent since at least the filing date of the Complaint.

141.    Motive actively induced and is actively inducing infringement of at least claim 1 of the '943 patent, in violation of 35 U.S.C. § 271(b).

142.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '943 patent, at least by using the Accused Products, as described in detail in paragraphs 125–137.

143.     Motive knowingly induces infringement of at least claim 1 of the '943 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

144.     Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular "system[s] for managing a vehicle fleet of a plurality of vehicles" and "network device[s] for managing a vehicle fleet of a plurality of vehicles" as claimed in the '943 patent. *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers;     https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

145.     For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

146.     Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App." https://helpcenter.gomotive.com/hc/en-us. The Motive Help Center also includes

"Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products comprise "[a] system for managing a vehicle fleet of a plurality of vehicles comprising: a data acquisition device configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle," ("the data acquisition device being free of a user interface display"); "a portable wireless data transfer and display device; and a remote network device for managing the vehicle fleet of the plurality of vehicles" as claimed in the '943 patent.

147.     Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *Id.* Motive publicly shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id.* These guides are also provided in French and Spanish to reach additional, multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:



https://gomotive.com/vg-driver/.

148.     Furthermore,          Motive's          branded          YouTube          channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos)          and          nine          (9)          Motive-created          playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including "gathering vehicle data from the vehicle during operation of the

vehicle," "wirelessly receiv[ing] the vehicle data from the data acquisition device, in [] real-time or at the intervals that approximate real-time, when the data acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle," "present[ing] at least one of: the vehicle data, the driver information, communication information, and the driver summary electronic report to the first user via a first display," and "receiv[ing] the vehicle data, the driver information, the communication information, and the driver summary electronic report at predetermined times from the portable wireless data transfer and display device" as claimed in the '943 patent.  Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY).  The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver compliance and behavior, including "the vehicle data, the driver information, communication information, and the driver summary electronic report" and an "electronic driver scorecard includ[ing] a composite driver score based on a plurality of:" "fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations" as claimed in the '943 patent:



https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-.

     149.    For example, Motive explains how the driver risk score is calculated and instructs drivers how to use the driver risk score:

# How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.

- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

150.    Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States.  *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

151.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services.  The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.

152.    As yet another example, Motive publicly shares a "ELD User manual" that instructs customers on how to install and use the Motive ELD, a "mobile device-based ELD system that includes the Motive Vehicle Gateway, Motive Driver App, and Motive Fleet Dashboard." Motive ELD user manual (https://gomotive.com/wp-content/uploads/2022/09/ELD-Driver-App-User-Manual.pdf)  at  1.  Motive instructs their customers on how to use their Motive ELD system to communicate to an officer an ELD record, as depicted in the images below, thereby "output[ting], upon demand by an enforcement official, a driver summary electronic report including hours of service records for a driver of the vehicle, to a device accessed by the enforcement official" as claimed in the '943 patent:

**Letting an officer inspect your ELD Record**

Go to the app's main menu by tapping on the menu icon, then select **DOT Inspection Mode**.



If you want an officer to inspect your logs directly from your mobile device, select **Begin Inspection**.

Press and hold on the **Begin Inspection** button to set a 4-digit access code. This will restrict access to other parts of the app until the code is re-entered.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

If you want to send your ELD output file to the DOT via email or web service, select **Send Output File.**



You will be prompted to enter your official comment.



If you want to email or fax a copy of your logs to an officer, select **Send Logs.**

You will be prompted to enter your recipient's fax number or email address.



19

*Id.* at 6-7.

20
21
22
23
24
25
26
27

153.    Motive further advertises and instructs third parties how Motive's driver risk score is calculated and instructs drivers how to use the driver risk score obtained via network devices running or interacting with Motive's Accused Products. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.    Motive thereby contributes to and induces infringement by third parties of the '943 patent, including *e.g.*, the features of "a driver summary electronic report includ[ing] a composite driver score based on a plurality

28

of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations."  Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and that "[s]ome of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive Guide: DRIVE risk score 101 (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

**Introduction**

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

154.    Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused

Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



https://gomotive.com/customers/.

https://gomotive.com/customers/roush-industries/.

155.    Accordingly, Motive actively contributed to and is actively contributing to infringement of at least claim 1 of the '943 patent, in violation of 35 U.S.C. § 271(c).

156.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '943 patent, at least by using the Accused Products, as described in detail above in paragraphs 125–137.

157.    Motive contributes to infringement of the '943 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Motive Dashboard and its associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '943 patent and have no substantial non-infringing use.

158.    The Motive Dashboard and its associated software applications and firmware are especially made and especially adapted for use in infringing the '943 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

159.    Motive's infringement of the '943 patent is without license or other authorization.

160.    Because Motive had knowledge of and/or was willfully blind to the '943 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

161.    Motive's continued infringement of the '943 patent has damaged and will continue to damage Plaintiffs.

162.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '943 patent. Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

163.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT VI

### Infringement of U.S. Patent No. 9,014,906

164.    Plaintiffs repeat and reallege the allegations in paragraphs 1–163 as though fully set forth herein.

165.    The '906 patent, titled "Remote distribution of software updates in a transportation management network," discloses concrete fleet management systems that use a data acquisition device and a portable wireless device in a specific innovative way to record information from vehicles and monitor driver performance. Exhibit F ('906 patent), 1:42-61. The '906 patent improves on prior-art systems, which were unable to accurately track vehicle and driver information and inconvenient to share with third parties. *Id.*, 1:32-38. Accordingly, the '906 patent describes inventions that use a specific structure containing a data acquisition device and a separate portable wireless display device for monitoring vehicle and driver information. *Id.*, cl. 1. This structure can take information from the vehicle and send it to a remote network device, *i.e.*, a device used by a fleet dispatcher, for the dispatcher to produce a driver performance assessment based on the recorded information. *Id.* In so doing, the claims provide a novel way to record and track driver information and to allow dispatchers to evaluate driver performance and ensure safety and compliance with vehicle regulations in a manner not previously performed.

166.    Motive's products and/or services that infringe the '906 patent include, but are not limited to, the Accused Products and use thereof.

167.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

168.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '906 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

169.    For example, claim 1 of the '906 patent recites:

1. A network device for managing a vehicle fleet of a plurality of vehicles comprising:

a memory;

a processor;

a display; and

a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device of one or more vehicles of the plurality of vehicles via a long-range wireless network, wherein the driver information includes hours of service records for drivers associated with the least one portable wireless data transfer and display device,

wherein the memory is configured to store the vehicle data, the driver information, and the driver communications,

wherein the processor is configured to process at least one of: the vehicle data, the driver information, and the driver communications into a driver summary electronic report, wherein the driver summary electronic report includes a composite driver score based on a plurality of a group consisting of:

        fuel efficiency;

        occurrences of stop idle;

        occurrences of speeding;

        occurrences of hard braking;

        occurrences of high speed braking; and

        occurrences of safety violations,

wherein the network device is configured to send the driver summary electronic report via the network communication module to the at least one portable wireless data transfer and display device via the long-range wireless network for managing the vehicle fleet of the plurality of vehicles, and

1
2

wherein the network device is configured to present the driver summary electronic report to a user via the display.

3   170. The Accused Products practice each limitation of at least claim 1 of the '906 patent.

4
5   171. Motive, at least by using the Accused Products, performs each step of claim 1 of the '906 patent. *See* Exhibit M.

6   172. To the extent the preamble is construed to be limiting, Motive, at least by using the Accused
7   Products, performs the requirements of the preamble. For example, Motive's Accused Products are
8   "network device[s] for managing a vehicle fleet of a plurality of vehicles." For example, Motive's Fleet
9   Dashboard "provides a score and summary for every aspect of your fleet's operation." *See The new and*
10  *improved Motive Dashboard for fleets*, https://gomotive.com/blog/new-motive-dashboard-fleets/.

11  173. Motive, at least when using the Accused Products, includes a memory, a processor, a
12  display, and "a network communication module configured to receive vehicle data, driver information,
13  and driver communications, at pre-determined times, from at least one portable wireless data transfer and
14  display device via a long-range wireless network, wherein the driver information includes hours of service
15  records for drivers associated with the least one portable wireless data transfer and display device," as
16  required by claim 1 of the '906 patent.

17  174. Motive, at least when using the Accused Products, includes a network communication
18  module "wherein the memory is configured to store the vehicle data, the driver information, and the driver
19  communications" as required by claim 1 of the '906 patent. For example, a driver's mobile device receives
20  information from Motive's Vehicle Gateway via Bluetooth, and through the Motive Fleet Dashboard, a
21  user receives hours of service information from the driver's device. The information and communications
22  are stored in Accused Product(s)' memory for the described interactions.

23  175. Motive, at least when using the Accused Products, includes a network communication
24  module "wherein the processor is configured to process at least one of: the vehicle data, the driver
25  information, and the driver communications into a driver summary electronic report," as required by claim
26  1 of the '906 patent. For example, Motive's Fleet Dashboard allows fleet managers to view and analyze
27  their drivers' logs, vehicle inspection reports, and DRIVE risk scores.

28

176.    Motive, at least when using the Accused Products, includes a network communication module "wherein the processor is configured to process at least one of: the vehicle data, the driver information, and the driver communications into a driver summary electronic report, wherein the driver summary electronic report includes a composite driver score based on a plurality of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations," as required by claim 1 of the '906 patent. For example, hard brakes, hard accelerations, hard cornering, speeding, and hours of service (HOS) violations are factored in by the Accused Products' processors(s) when calculating Motive's DRIVE risk score.

177.    Motive, at least when using the Accused Products, includes a network communication module "wherein the network device is configured to send the driver summary electronic report via the network communication module to the at least one portable wireless data transfer and display device via the long-range wireless network for managing the vehicle fleet of the plurality of vehicles," as required by claim 1 of the '906 patent. For example, Motive's Driver App receives from network device(s) and send(s) driver summary electronic report(s) via network communication modules, thereby allowing a driver to view their HOS information, DRIVE risk scores, fleet rankings, and safety events.

178.    Motive, at least when using the Accused Products, includes a network communication module "wherein the network devices is configured to present the driver summary electronic report to a user via the display," as required by claim 1 of the '906 patent. For example, Motive's Fleet Dashboard allows Fleet Managers to, via network devices and displays, view and analyze their drivers' logs, vehicle inspection reports, and DRIVE risk scores, and Motive's Driver App allows a driver to view their HOS information, DRIVE risk Scores, fleet rankings and safety events.

179.    Each claim of the '906 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '906 patent.

180.    Motive was aware of and/or willfully blind to the '906 patent since approximately the date of its issuance on April 21, 2015.  Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '906 patent and its named inventor Dan Fuglewicz, have worked and/or now work at Motive in a wide variety of roles across the company.  *See supra*, paragraphs

24–25.  These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '906 patent, when Motive was developing the Accused Products.

181.    Motive has further been aware of the '906 patent since at least the filing date of the Complaint.

182.    Motive actively induced and is actively inducing infringement of at least claim 1 of the '906 patent, in violation of 35 U.S.C. § 271(b).

183.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '906 patent, at least by using the Accused Products, as described in detail in paragraphs 168–178.

184.    Motive knowingly induces infringement of at least claim 1 of the '906 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

185.    Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular "network device[s] for managing a vehicle fleet of a plurality of vehicles" as claimed in the '906 patent.  *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

186.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

187.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App." https://helpcenter.gomotive.com/hc/en-us. The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products comprise "[a] network device for managing a vehicle fleet of a plurality of vehicles comprising: a memory; a processor; a display; and a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device of one or more vehicles of the plurality of vehicles via a long-range wireless network, wherein the driver information includes hours of service records for drivers associated with the least one portable wireless data transfer and display device" as claimed in the '906 patent.

188.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *Id.* Motive publicly shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id.* These guides are also provided in French and Spanish to reach additional,

multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:

189. Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including "receiv[ing] vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device of one or more vehicles of the plurality of vehicles via a long-range wireless network," "send[ing] the driver summary electronic report via the network communication module to the at least one portable wireless data transfer and display device via the long-range wireless network for managing the vehicle fleet of the plurality of vehicles," and "present[ing] the driver summary electronic report to a user via the display" as claimed in the '906 patent. Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY). The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver compliance and behavior:

190. Further, Motive explains to fleet managers how to use its software to use its dashboard to analyze driver compliance and behavior, including "hours of service records for drivers associated with

the least one portable wireless data transfer and display device," "vehicle data, the driver information, and the driver communications" processed "into a driver summary electronic report" "includ[ing] a composite driver score based on a plurality of:" "fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations" as claimed in the '906 patent:



https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-.

191. For example, Motive explains how the driver risk score is calculated and instructs drivers how to use the driver risk score:

## How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.
- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

192.     Motive has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

193.     Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services.

194.     As yet another example, Motive publicly shares a "ELD User manual" that instructs customers on how to install and use the Motive ELD, a "mobile device-based ELD system that includes the Motive Vehicle Gateway, Motive Driver App, and Motive Fleet Dashboard." Motive ELD user manual (https://gomotive.com/wp-content/uploads/2022/09/ELD-Driver-App-User-Manual.pdf) at 1. Motive instructs their customers on how to use their Motive ELD system to communicate to an officer an ELD

record, as depicted in the images below, thereby "present[ing] the driver summary electronic report to a user via the display" as claimed in the '906 patent:

**Letting an officer inspect your ELD Record**

Go to the app's main menu by tapping on the menu icon, then select **DOT Inspection Mode**.



If you want an officer to inspect your logs directly from your mobile device, select **Begin Inspection**.

Press and hold on the **Begin Inspection** button to set a 4-digit access code. This will restrict access to other parts of the app until the code is re-entered.



If you want to send your ELD output file to the DOT via email or web service, select **Send Output File.** 

You will be prompted to enter your official comment. 

If you want to email or fax a copy of your logs to an officer, select **Send Logs.**

You will be prompted to enter your recipient's fax number or email address. 

*Id.* at 6-7.

195.    Motive further advertises and instructs third parties how the driver risk score is calculated and instructs drivers how to use the driver risk score. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.

Motive thereby contributes to and induces infringement by third parties of the '943 patent, including *e.g.*, the features of "a driver summary electronic report includ[ing] a composite driver score based on a plurality of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding;

1    occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations."

2    Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and

3    that "[s]ome of North America's most successful safety departments are using Motive's technology and

4    DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive Guide:

5    DRIVE risk score 101 (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-

6    101.pdf) at 3.

### Introduction

7    In today's world of astronomical settlements, sometimes called nuclear
8    verdicts, every business' worst fear is that they're just one catastrophe
     away from a multi-million dollar payout. This is a legitimate concern. In
9    the last 10 years, cases with payouts of over $1M have increased by 5x.

10   For those looking for ways to avoid a business-ending settlement, now
11   is the time to focus on proactive approaches to driver safety. Safety
     departments that identify high-risk behaviors early, then modify those
12   bad habits before a crash occurs, can make all the difference in keeping
     both liability and insurance costs low, and profit margins high.

13   Identifying high risk drivers isn't easy. Many safety departments have
14   outsourced their driver assessment chores to vendors who do little by
     way of preventing crashes, much less coaching high-risk drivers.

15   Enter Motive.

16   Motive's proprietary DRIVE risk score helps safety departments pinpoint
17   which drivers need coaching and what behaviors they should focus on.
     DRIVE evaluates benchmarked behaviors across Motive's network of
18   hundreds of thousands of connected vehicles to generate an accurate
     risk profile of a driver relative to their peers.

19   Some of North America's most successful safety departments are
20   using Motive's technology and DRIVE to pinpoint who, what, when, and
     where they should be focusing their time and attention to make their
21   fleets safer, more productive, and more profitable.

22   In this 101 Guide, you'll learn how your team can use the DRIVE risk
23   score to make your existing safety team more effective.

24        196.    Motive markets the Accused Products to users and third-party customers and installs said

25   Accused Products for users and customers with the specific intent to induce infringement. For example,

26   Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused

27

28

Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



https://gomotive.com/customers/.

**ROUSH**®

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

Location
**Livonia, MI**

Type
**Trucking and logistics**

Fleet Size
**80**

Products Used
🛡 **Driver Safety**
📡 **Tracking**
🕐 **Compliance**

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

197.    Accordingly, Motive contributed and is contributing to infringement of at least claim 1 of the '906 patent, in violation of 35 U.S.C. § 271(c).

198.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '906 patent, at least by using the Accused Products, as described in detail in paragraphs 168–178.

199.    Motive contributes to infringement of the '906 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Motive Dashboard and its associated software applications and firmware. Such components are substantial, material parts of the claimed inventions of the '906 patent and have no substantial non-infringing use.

200.    The Motive Dashboard and its associated software applications and firmware are especially made and especially adapted for use in infringing the '906 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

201.    Motive's infringement of the '906 patent is without license or other authorization.

202.    Because Motive had knowledge of and/or was willfully blind to the '906 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

203.    Motive's continued infringement of the '906 patent has damaged and will continue to damage Plaintiffs.

204.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '906 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

205.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## <u>COUNT VII</u>

### Infringement of U.S. Patent No. 9,020,733

206.    Plaintiffs repeat and reallege the allegations in paragraphs 1–205 as though fully set forth herein.

207.    The '733 patent, titled "Vehicle data acquisition for transportation management," discloses concrete fleet management systems that use a data acquisition device and a portable wireless device in a specific innovative way to record information from vehicles and monitor driver performance.  Exhibit G ('733 patent), 1:41-60.  The '733 patent improves on prior-art systems, which were unable to accurately track vehicle and driver information and inconvenient to share with third parties.  *Id.*, 1:31-37. Accordingly, the '733 patent describes inventions that use a specific structure containing a data acquisition device and a separate portable wireless display device for monitoring vehicle and driver information.  *Id.*, cl. 1.  This structure can take information from the vehicle and send it to a remote network device, *i.e.*, a device used by a fleet dispatcher, for the dispatcher to produce a driver performance assessment based on the recorded information.  *Id.*  In so doing, the claims provide a novel way to record and track driver information and to allow dispatchers to evaluate driver performance and ensure safety and compliance with vehicle regulations in a manner not previously performed.

208.    Motive's products and/or services that infringe the '733 patent include, but are not limited to, the Accused Products and use thereof.

209.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

210.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '733 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

211.    For example, claim 1 of the '733 patent recites:

1. A data acquisition device for managing a vehicle within a fleet of vehicles comprising:

> a wired module configured to provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle,

> wherein the data acquisition device is configured to be mounted inside the vehicle; and

> a short-range wireless communication module configured to wirelessly send the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle for managing the vehicle within the fleet of vehicles,

> wherein the data acquisition device is further configured to output a driver summary electronic report including an hours of service record for a driver of the vehicle to a device accessed by a user different from the driver to evaluate driver compliance with traffic regulations or company policy, wherein the driver summary electronic report includes a composite driver score based on a plurality of a group consisting of:

> > fuel efficiency;

> > occurrences of stop idle;

> > occurrences of speeding;

> > occurrences of hard braking;

> > occurrences of high speed braking; and

> > occurrences of safety violations.

212.    The Accused Products practice each limitation of at least claim 1 of the '733 patent.

213.    Motive, at least by using the Accused Products, performs each step of claim 1 of the '733 patent. *See* Exhibit N.

214.    To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, Motive's Vehicle Gateway (ELD) is a "data acquisition device for managing a vehicle within a fleet of vehicles." For example, Motive's Vehicle Gateway "helps Fleet Managers to get insight into real-time performance of the drivers and vehicles."

215.    Motive, at least when using the Vehicle Gateway (ELD), includes "a wired module configured to provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle, wherein the data acquisition device is configured to be mounted inside the vehicle" as required by claim 1 of the '733 patent. For example, Motive's Vehicle Gateway collects data directly from the vehicle's ECU via the vehicle diagnostic port. Motive's Vehicle Gateway is also mounted inside a vehicle and connected to the vehicle's ECU via the vehicle diagnostic port.

216.    Motive, at least when using the Accused Products, includes "a short-range wireless communication module configured to wirelessly send the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle for managing the vehicle within the fleet of vehicles, wherein the data acquisition device is further configured to output a driver summary electronic report including an hours of service record for a driver of the vehicle to a device accessed by a user different from the driver to evaluate driver compliance with traffic regulations or company policy, wherein the driver summary electronic report includes a composite driver score based on a plurality of a group consisting of: fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations," as required by claim 1 of the '733 patent. For example, Motive's Vehicle Gateway sends vehicle data to a driver's mobile device using Bluetooth. For example, hard brakes, hard accelerations, hard cornering, speeding, and HOS violations are factored in when calculating Motive's DRIVE risk score.

217.    Each claim of the '733 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '733 patent.

218.    Motive was aware of and/or willfully blind to the '733 patent since approximately the date of its issuance on April 28, 2015.  Numerous former employees of Plaintiffs who had knowledge of their

patented technology and patents, including the '733 patent and its named inventor Dan Fuglewicz, have worked and/or now work at Motive in a wide variety of roles across the company. *See supra*, paragraphs 24–25. These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '733 patent, when Motive was developing the Accused Products.

219. Moreover, Motive has further been aware of the '733 patent and its infringement since at least July 16, 2018, when counsel for Plaintiffs sent Motive a letter regarding U.S. Patent Nos. 9,064,422 and 9,390,628—two successors of the '733 patent—which claim priority to the same provisional application and have the same earliest effective date of December 18, 2012. That letter noted Motive's infringing activities. Despite receiving this letter, Motive has not ceased its infringement or redesigned its products to avoid infringement.

220. Motive has further been aware of the '733 patent since at least the filing date of the Complaint.

221. Motive actively induced and is actively inducing infringement of at least claim 1 of the '733 patent, in violation of 35 U.S.C. § 271(b).

222. Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '733 patent, at least by using the Accused Products, as described in detail in paragraphs 210–216.

223. Motive knowingly induces infringement of at least claim 1 of the '733 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

224. Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular "data acquisition device[s] for managing a vehicle within a fleet of vehicles" as claimed in the '733 patent. *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

225.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

226.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and "other users of the Motive Fleet Dashboard and Motive Driver App." https://helpcenter.gomotive.com/hc/en-us. The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products comprise "[a] data acquisition device for managing a vehicle within a fleet of vehicles comprising: a wired module configured to provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle; and a short-range wireless communication module configured to wirelessly send the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle for managing the vehicle within the fleet of vehicles" as claimed in the '733 patent.

227.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. *Id.* Motive publicly

shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id.* These guides are also provided in French and Spanish to reach additional, multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:

228.    Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including "send[ing] the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle for managing the vehicle within the fleet of vehicles," and "output[ting] a driver summary electronic report including an hours of service record for a driver of the vehicle to a device accessed by a user different from the driver to evaluate driver compliance with traffic regulations or company policy" as claimed in the '733 patent.. Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY). The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver compliance and behavior:

229.    Further, Motive explains to fleet managers how to use its software to use its dashboard to analyze driver compliance and behavior, including "hours of service records for drivers associated with the least one portable wireless data transfer and display device," and a "driver summary electronic report" "includ[ing] a composite driver score based on a plurality of:" "fuel efficiency; occurrences of stop idle; occurrences of speeding; occurrences of hard braking; occurrences of high speed braking; and occurrences of safety violations" as claimed in the '733 patent:



https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-

230.    For example, Motive explains how a "composite driver score," *e.g.*, its DRIVE driver risk score is calculated and instructs drivers how to use the driver risk score:

## How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.

- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

231.    Motive has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

232.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services.

233.    Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States.  *See* https://helpcenter.gomotive.com/hc/en-us/requests/new. The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.

234.    Motive further advertises and instructs third parties how the driver risk score is calculated and instructs fleet managers how to use the driver risk score. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/. Motive advertises their DRIVE risk score as "more accurate at risk identification than other scores" and that "[s]ome of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable." Motive Guide: DRIVE risk score 101 (https://gomotive.com/wp-content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

**Introduction**

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

235.     As yet another example, Motive advertises the Accused Products as "built for managers and drivers," and lists benefits such as "minimiz[ing] violations" as "with full visibility into compliance health, managers can address violations faster and stay compliant," and "reduc[ing] risk" by "combin[ing] CSA score monitoring with Motive's DRIVE score" to "get a complete picture of your drivers' risk profiles."

Built for managers and drivers. Better outcomes for everyone.

## 50%
Fewer Hours of Service violations

## 50%
Less time spent on compliance tasks

## 25%
Reduction in insurance costs

**Minimize violations**

To reduce violations, the HOS clocks in our Driver App alert drivers before they exceed their limits. With full visibility into compliance health, managers can address violations faster and stay compliant.

**Boost productivity**

AI-powered unidentified trip matching helps fleets work smarter. Manage HOS, DVIR, and IFTA in one solution. Save time with a fast log-editing workflow and automatic yard move annotation.

**Reduce risk**

To get a complete picture of your drivers' risk profiles, combine CSA score monitoring with Motive's DRIVE score. Coach drivers to lower CSA scores and reduce the risk of FMCSA intervention.

**Cut costs**

Reduce FMCSA fines and insurance costs with forecasted CSA scores. Identify ways to stay below intervention thresholds. Share predicted scores with your insurance company to earn lower rates.



https://gomotive.com/products/fleet-compliance/.

236.     Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



Trucking and logistics
**Biagi Bros**
Learn how Biagi Bros quickly onboarded their entire fleet and saw a 50% increase in time savings.

Oil & Gas
**Smart Chemical Solutions**
How one company enhanced efficiency, streamlined operations and increased savings.

Trucking and logistics
**QFS Transportation**
How one large fleet decreased HOS violations and more than doubled driver count.

Trucking and logistics
**JMS Transportation**
How one fleet improved safety, lowered repair costs, and increased profitability.

Trucking and logistics
**Roush Industries**
Through technology, the company's transportation division is becoming safer and more compliant.

Trucking and logistics
**Sabel Steel**
How one fleet transformed its safety, tracking, and compliance program after switching to Motive

Trucking and logistics
**Cargo Network Solutions**
After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability.

Construction
**Southland Steel Fabricators**
How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation.

https://gomotive.com/customers/.

**ROUSH**

📍 Location
**Livonia, MI**

🏷 Type
**Trucking and logistics**

🚛 Fleet Size
**80**

Products Used
🛡 Driver Safety
📡 Tracking
⏱ Compliance

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/;

Ellen McDonald
Safety Director, Expressway Logistics

"We reduced HOS violations by 67%. Our CSA score dropped from 99 to 59. That improvement has been huge for our business. I've even talked two other companies into joining Motive."

https://gomotive.com/products/fleet-compliance/.

237.    Accordingly, Motive contributed and is contributing to infringement of at least claim 1 of the '733 patent, in violation of 35 U.S.C. § 271(c).

238.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '733 patent, at least by using the Accused Products, as described in detail in paragraphs 210–216.

239.    Motive contributes to infringement of the '733 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Motive Dashboard and its associated software applications and firmware.  Such components are substantial, material parts of the claimed inventions of the '733 patent and have no substantial non-infringing use.

240.    The Motive Dashboard and its associated software applications and firmware are especially made and especially adapted for use in infringing the '733 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

241.    Motive's infringement of the '733 patent is without license or other authorization.

242.    Because Motive had knowledge of and/or was willfully blind to the '733 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

243.    Motive's continued infringement of the '733 patent has damaged and will continue to damage Plaintiffs.

244.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '733 patent.  Motive's infringing acts are causing and will

continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

245.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT VIII

### Infringement of U.S. Patent No. 9,911,253

246.    Plaintiffs repeat and reallege the allegations in paragraphs 1-245 as though fully set forth herein.

247.    The '253 patent, titled "Memory management in event recording systems" describes a vehicle event recorder with a camera for capturing video as discrete image frames, using specific forms of memory to store video data and vehicle event data. Exhibit Q ('253 patent) at Abstract. As the patent explains, video systems generate a large amount of data, some of which will be "discarded" by "rewriting new data over old recorded data." *Id.* at 1:19-32. However, prior-art systems did not ensure that the information of interest was captured and not overwritten, and thus there needed to be some way to ensure that the claimed information was preserved to manage and control costs, improve safety and driver performance, and cut down on accidents. *Id.* at 2:10-16. Accordingly, the '253 patent claims a vehicle event recorder with improved memory allocation and writing schemes to preserve data over extended time periods. *Id.* at 3:8-10. In particular, the '253 patent's claimed "vehicle event recorder system" includes "a camera configured to capture image data," along with a "buffer memory" and "long-term memory," and a "controller" that controls how specific vehicle event and image data is stored on the memory systems. *Id.* cl. 1.

248.    Motive's products and/or services that infringe the '253 patent include, but are not limited to, the Accused Products and use thereof.

249.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

250.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '253 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

251.    For example, claim 1 of the '253 patent recites:

1. A vehicle event recorder system configured to be mounted in a vehicle, the vehicle event recorder system comprising:

   a camera configured to capture image data, wherein the camera has a field-of-view that includes an environment in and/or around the vehicle, wherein the image data includes a set of consecutive frames of visual information;

   a buffer memory configured to electronically store information, wherein the information includes the image data;

   a long-term storage memory configured to store information, wherein the stored information includes a subset of the set of consecutive frames of visual information;

   one or more sensors configured to generate output signals conveying vehicle information related to a particular vehicle event at a particular time; and

   a controller configured to:

      detect the particular vehicle event based on the generated output signals;

      effectuate storage of the set of consecutive frames of visual information in the buffer memory;

      determine values of individual frames in the set of consecutive frames, wherein the values of the individual frames decrease with increasing time away from the particular time of the particular vehicle event;

      facilitate overwriting of the individual frames stored in the buffer memory based on the determined values; and responsive to detecting the particular vehicle event, transfer information stored in the buffer memory to the long-term storage memory, wherein the transferred information includes frames of visual information for a period of time that begins before the particular vehicle event and lasts until after the particular vehicle event.

252.    Motive, at least by using the Accused Products, performs each limitation of claim 1 of the '253 patent. *See* Exhibit U.

253.    To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, the Driver App, Vehicle Gateway (ELD), and Fleet Dashboard with Smart Dashcam, AI Dashcam, and/or AI Omnicam include "[a] vehicle event recorder system configured to be mounted in a vehicle."

254.    Motive's Accused Products include "a camera configured to capture image data, wherein the camera has a field-of-view that includes an environment in and/or around the vehicle, wherein the

image data includes a set of consecutive frames of visual information," as required by claim 1 of the '253 patent. For example, Motive's Smart Dashcam AI Dashcam, and AI Omnicam capture frames of visual information from the interior and exterior of the vehicle in the form of video.

255.    Motive's Accused Products include "a buffer memory configured to electronically store information, wherein the information includes the image data," as required by claim 1 of the '253 patent. For example, Motive's Smart Dashcam AI Dashcam, and AI Omnicam all include buffer memory configured to electronically store image data.

256.    Motive's Accused Products include "a long-term storage memory configured to store information, wherein the stored information includes a subset of the set of consecutive frames of visual information" as required by claim 1 of the '253 patent. For example, Motive's Smart Dashcam AI Dashcam, AI Omnicam connected to Motive's Vehicle Gateway and Motive's Fleet Dashboard, Driver App, and server through synchronization with Motive's integrated Vehicle Gateway include long-term memory for storing a subset of video information—for example, video associated with an event trigger or a video request.

257.    Motive's Accused Products include "one or more sensors configured to generate output signals conveying vehicle information related to a particular vehicle event at a particular time" as required by claim 1 of the '253 patent. For example, Motive's Accused Products the AI Dashcam, AI Omnicam, and Smart Dashcam use visual and motion sensors to generate output signals with vehicle information related to events at particular times.  Further confirming that the AI Dashcam, AI Omnicam, and Smart Dashcam use sensors configured to generate output signals related to vehicle events at particular times, Motive's Fleet Dashboard and Driver App receive information related to vehicle events at particular points in time, namely, when those events occur.

258.    Motive's Accused Products include a controller configured to: "detect the particular vehicle event based on the generated output signals" as required by claim 1 of the '253 patent. For example, Motive's Accused Products the AI Dashcam, Smart Dashcam, AI Omnicam, and Vehicle Gateway include a controller configured to detect vehicle events based on generated output signals, such as speeding violation, hard corner, hard acceleration, collision, or near collision.

259.    Motive's Accused Products include a controller configured to: "effectuate storage of the set of consecutive frames of visual information in the buffer memory" as required by claim 1 of the '253 patent. For example, the AI Dashcam, Smart Dashcam, and AI Omnicam include a controller configured to store video taken of in and around the vehicle in memory.

260.    Motive's Accused Products include a controller configured to: "determine values of individual frames in the set of consecutive frames, wherein the values of the individual frames decrease with increasing time away from the particular time of the particular vehicle event," as required by claim 1 of the '253 patent. For example, the AI Dashcam, Smart Dashcam, and AI Omnicam will automatically identify clips of videos that are temporally proximate to certain events in order to be sent to the Vehicle Gateway and/or through the Vehicle Gateway to the Motive Driver App or Fleet Dashboard.   On information and belief, Motive's AI and dashcam technology creates such clips by determining and assigning values to individual frames surrounding a given event.

261.    Motive's Accused Products include a controller configured to: "facilitate overwriting of the individual frames stored in the buffer memory based on the determined values" as required by claim 1 of the '253 patent. For example, unrequested or non-event video not marked for later review in the AI Dashcam, AI Omnicam, and Smart Dashcam will be overwritten based on the configuration of the cameras.

262.    Motive's Accused Products include a controller configured to: "responsive to detecting the particular vehicle event, transfer information stored in the buffer memory to the long-term storage memory, wherein the transferred information includes frames of visual information for a period of time that begins before the particular vehicle event and lasts until after the particular vehicle event" as required by claim 1 of the '253 patent. For example, the AI Dashcam, Smart Dashcam, and AI Omnicam will automatically identify clips of videos temporally proximate to certain events and capture the period of time before and after the event; such clips are then transferred to memory in the Vehicle Gateway and/or through the Vehicle Gateway to the Motive Driver App or Fleet Dashboard for synchronization and review.

263.    Each claim of the '253 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '253 patent.

264.    Motive has further been aware of the '253 patent since at least the filing date of this Amended Complaint.

265.    As of the filing date of this Amended Complaint, Motive continues to actively induce and is actively inducing infringement of at least claim 1 of the '253 patent, in violation of 35 U.S.C. § 271(b).

266.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '253 patent, at least by using the Accused Products as described in detail in paragraphs 250–262.

267.    Motive knowingly induces infringement of at least claim 1 of the '253 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

268.    Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular "a camera configured to capture image data, wherein the camera has a field-of-view that includes an environment in and/or around the vehicle, wherein the image data includes a set of consecutive frames of visual information; " *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/11066719903901-Why-Dashcam-videos-are-pending-not-uploading-.

269.    For example, Motive publicly shares an installation and support guide for its AI Dashcam products, including a "[s]tep-by-step guide" explaining how to install the AI Dashcam and integrate it with the Motive Vehicle Gateway:

## Step-by-step guide



[https://gomotive.com/dashcam-guide/](https://gomotive.com/dashcam-guide/);     *see     also*     [https://helpcenter.gomotive.com/hc/en-us/categories/5364621713565-Installers](https://helpcenter.gomotive.com/hc/en-us/categories/5364621713565-Installers) (listing installation guides).

270.    Motive further explains publicly to its customers how the Accused Products operate, including the infringing functionality.  *See* [https://gomotive.com/products/dashcam/](https://gomotive.com/products/dashcam/).

271.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and other users of the Motive Fleet Dashboard and Motive Driver App.  [https://helpcenter.gomotive.com/hc/en-us](https://helpcenter.gomotive.com/hc/en-us).  The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products, such as the AI Dashcam, Smart Dashcam, and AI Omnicam, include "a camera configured to capture image data, wherein the camera has a field-of-view that includes an environment in and/or around the vehicle, wherein the image data includes a set of consecutive frames of visual information" as claimed in the '253 patent.

272.    Motive has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* [https://helpcenter.gomotive.com/hc/en-us/requests/new](https://helpcenter.gomotive.com/hc/en-us/requests/new).

273.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services. *See* https://gomotive.com/dashcam-guide/; *see also* AI-Dashcam-Installation-Manual https://gomotive.com/wp-content/uploads/2022/09/AI-Dashcam-Installation-Manual.pdf.

274.    Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



| Trucking and logistics | Trucking and logistics | Trucking and logistics | Construction |
|---|---|---|---|
| **Roush Industries** | **Sabel Steel** | **Cargo Network Solutions** | **Southland Steel Fabricators** |
| Through technology, the company's transportation division is becoming safer and more compliant. | How one fleet transformed its safety, tracking, and compliance program after switching to Motive | After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability. | How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation. |

https://gomotive.com/customers/.

**ROUSH.**

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

⚲ Location
**Livonia, MI**

🗓 Type
**Trucking and logistics**

🚚 Fleet Size
**80**

Products Used
🛡 Driver Safety
📡 Tracking
⏱ Compliance

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

275.    Since the filing date of this Amended Complaint, Motive contributed and is contributing to infringement of at least claim 1 of the '253 patent, in violation of 35 U.S.C. § 271(c).

276.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '253 patent, at least by using the Accused Products, as described in detail in paragraphs 250–262.

277.    Motive contributes to infringement of the '253 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the AI Dashcam, Smart Dashcam, AI Omnicam, and associated software applications and firmware.  Such

components are substantial, material parts of the claimed inventions of the '253 patent and have no substantial non-infringing use.

278.    The AI Dashcam, Smart Dashcam, AI Omnicam, and associated software applications and firmware are especially made and especially adapted for use in infringing the '253 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

279.    Motive's infringement of the '253 patent is without license or other authorization.

280.    Motive's continued infringement of the '253 patent has damaged and will continue to damage Plaintiffs.

281.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '253 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

282.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## <u>COUNT IX</u>

### Infringement of U.S. Patent No. 9,208,129

283.    Plaintiffs repeat and reallege the allegations in paragraphs 1-282 as though fully set forth herein.

284.    The '129 patent, titled "Vehicle event recorder systems and networks having integrated cellular wireless communications systems" discloses a novel system for managing, compressing, and transmitting vehicle and video data, using specific forms of memory to ensure that data can be transmitted even over networks of limited bandwidth. Exhibit R ('129 patent). As the '129 patent explains, video systems have been used in conjunction with vehicle monitoring for safety and accident information.  *Id.* at 1:43-55.  It is particularly important in those situations to preserve "[e]vents and circumstances leading up to the collision accident . . . such that an accurate reconstruction can be created."  *Id.* at 1:55-58.  However, prior-art systems were unable to efficiently record information before and after an incident and transmit that information to remote systems, in part because of the memory requirements of the stored data.  *Id.* at 8:1-16, 8:63-67.  Accordingly, the claimed system collects data associated with a particular

event and parses or compresses the complete dataset into an abbreviated data set which can be more easily transmitted on limited bandwidth networks. *Id.* at 5:40-51. This is done by using particular forms of memory storage, including a managed loop memory, buffer memory, and compression technology that permits data to be efficiently stored and transferred. *See id.* at 8:67-9:4, 9:63-10:2, cl. 1. This system also generates other advantages, *e.g.*, the abbreviated dataset can be transmitted in real time, while the complete dataset can be preserved locally for transmission when a higher bandwidth network is available. *Id.* at 5:51-55.

285.    Motive's products and/or services that infringe the '129 patent include, but are not limited to, the Accused Products and use thereof.

286.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

287.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '129 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

For example, claim 1 of the '129 patent recites:

1. A vehicle event recorder system configured to couple with a vehicle, the system comprising:

>   a camera configured to acquire visual information representing a vehicle environment, the vehicle environment including spaces in and around an interior and an exterior of the vehicle;

>   one or more vehicle systems transducers configured to generate output signals conveying vehicle usage information, the one or more vehicle systems transducers forming at least part of an on-board databus system, the vehicle usage information including information related to one or more of a drive-train, a transmission, an engine, brakes, or lights of the vehicle;

>   a managed loop memory configured to electronically store information; a buffer memory configured to electronically store information;

>   a transceiver configured to wirelessly transmit information to a remotely located server via a cellular communication network; and

>   a microprocessor configured to:

>>   effectuate storage of the visual information and the vehicle usage information in the managed loop memory;

responsive to physical anomaly event triggers, transfer the visual information and the vehicle usage information electronically stored by the managed loop memory to the buffer memory in detailed complete datasets that correspond to individual physical anomaly event triggers;

compress and/or parse the detailed complete datasets into abbreviated datasets such that the abbreviated datasets comprise less bytes of data than the detailed complete datasets;

effectuate storage of the abbreviated datasets in the buffer memory, and

facilitate wireless transmission of the detailed complete datasets and the abbreviated datasets via the transceiver,

> wherein transmission of the abbreviated datasets is prioritized over the detailed complete datasets such that

> a high priority individual abbreviated dataset associated with a single vehicle physical anomaly event trigger is transmitted instantly via the cellular communication network, and then

> a lower priority individual detailed complete dataset associated with the same physical anomaly event trigger event is transmitted responsive to a higher bandwidth link becoming available.

288.    The Accused Products practice each limitation of at least claim 1 of the '129 patent.

289.    Motive, at least by using the Accused Products, performs each step of claim 1 of the '129 patent. *See* Exhibit V.

290.    To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, the Motive Driver App, Vehicle Gateway (ELD) with Smart Dashcam, AI Dashcam, and/or AI Omnicam include "[a] vehicle event recorder system configured to couple with a vehicle, the system comprising."

291.    Motive's Accused Products include "a camera configured to acquire visual information representing a vehicle environment, the vehicle environment including spaces in and around an interior and an exterior of the vehicle" as required by claim 1 of the '129 patent. For example, Motive's Accused Products, specifically the Smart Dashcam, AI Dashcam, and/or AI Omnicam, capture image data that includes that the spaces in and around an interior and an exterior of the vehicle.

292.    Motive's Accused Products include "one or more vehicle systems transducers configured to generate output signals conveying vehicle usage information, the one or more vehicle systems transducers forming at least part of an on-board databus system, the vehicle usage information including

information related to one or more of a drive-train, a transmission, an engine, brakes, or lights of the vehicle" as required by claim 1 of the '129 patent. For example, Motive's Gateway ELD and vehicles using Motive's Gateway ELD are connected to and form part of an on-board databus system, and include transducers configured to generate signals conveying information related to the engine, brakes, and other vehicle information.

293.    Motive's Accused Products include "a managed loop memory configured to electronically store information," as required by claim 1 of the '129 patent. Motive's Smart Dashcam, AI Dashcam, and AI Omnicam have a memory configured to electronically store information in a managed memory loop. Moreover, the Motive Gateway ELD includes memory configured to electronically store information in a managed memory loop.

294.    Motive's Accused Products include "a buffer memory configured to electronically store information" as required by claim 1 of the '129 patent. For example, Motive's Accused Products, e.g., Motive's Smart Dashcam, AI Dashcam, AI Omnicam, and Gateway ELD have a buffer memory configured to electronically store information, for example, in temporary memory prior to transmission or in a cache prior to retrieval.

295.    Motive's Accused Products include "a transceiver configured to wirelessly transmit information to a remotely located server via a cellular communication network" as required by claim 1 of the '129 patent. For example, Motive's Gateway and Motive's AI Omnicam, Smart Dashcam, and AI Dashcam (either alone or through the Vehicle Gateway), use built-in LTE cellular connectivity to upload information to Motive's remotely located server and/or a server accessible by the Motive Driver App or Fleet Dashboard.

296.    Motive's Accused Products include a microprocessor configured to "effectuate storage of the visual information and the vehicle usage information in the managed loop memory" as required by claim 1 of the '129 patent. Motive's Gateway, AI Dashcam, Smart Dashcam, and AI Omnicam include microprocessors configured to store information in a managed memory loop that is overwritten based on configuration and capacity.

297.    Motive's Accused Products include a microprocessor configured to "responsive to physical anomaly event triggers, transfer the visual information and the vehicle usage information electronically

stored by the managed loop memory to the buffer memory in detailed complete datasets that correspond to individual physical anomaly event triggers" as required by claim 1 of the '129 patent. For example, responsive to physical anomaly event triggers, Motive's Accused Products are configured to transfer the electronically stored visual information and vehicle usage information from the managed loop memory to the buffer memory in detailed complete datasets corresponding to individual physical anomaly event triggers, including to, for example, store such complete datasets in temporary memory prior to transmission or retrieval of said visual and vehicle usage information.

298.    Motive's Accused Products include a microprocessor configured to "compress and/or parse the detailed complete datasets into abbreviated datasets such that the abbreviated datasets comprise less bytes of data than the detailed complete datasets;" as required by claim 1 of the '129 patent. For example, the Motive Gateway, Smart Dashcam, AI Dashcam, and AI Omnicam are configured to compress and/or parse abbreviated datasets in the form of event trigger notifications based on the collection of vehicle usage data and video recordings. On information and belief, those notification comprise less bytes of data than the underlying video and vehicle usage data on which they are based.  Motive's Accused Products also compress and/or parse complete visual and vehicle data into abbreviated datasets that comprise less bytes of data than the complete datasets, including to, for example, more easily transmit data over a cellular communication network.

299.    Motive's Accused Products include a microprocessor configured to "facilitate wireless transmission of the detailed complete datasets and the abbreviated datasets via the transceiver" as required by claim 1 of the '129 patent. For example, on information and belief, microprocessors in the Accused Products will effectuate storage of the compressed and/or parsed datasets in buffer memory identified above prior to transmission over a cellular network, USB connection, Bluetooth connection, or WiFi connection. As another example, upon detection of safety event, during live streaming or monitoring, or upon retrieval of a requested video or data, compressed and/or parsed datasets are saved to memory in the Vehicle Gateway (ELD), including, for example, prior to upload to or synchronization with the Fleet Dashboard, Driver App, and/or Motive server for storage.

300.    Motive's Accused Products include a microprocessor configured to facilitate wireless transmission of these datasets "wherein transmission of the abbreviated datasets is prioritized over the

detailed complete datasets such that a high priority individual abbreviated dataset associated with a single vehicle physical anomaly event trigger is transmitted instantly via the cellular communication network, and then a lower priority individual detailed complete dataset associated with the same physical anomaly event trigger event is transmitted responsive to a higher bandwidth link becoming available" as required by claim 1 of the '129 patent. For example, the Motive Gateway, Smart Dashcam, AI Dashcam, and AI Omnicam contain microprocessors configured to facilitate wireless transmission, such as cellular transmission, of both complete datasets (*e.g.*, live streaming video, HD video recordings, and underlying vehicle telematics data) and abbreviated datasets (*e.g.*, parsed video clips, event or alert notifications, and compressed video). Alerts, notifications, and other abbreviated datasets associated with certain anomaly event triggers are high priority individual abbreviated datasets that are prioritized and transmitted in real time via a cellular communication network. Further, on information and belief, the complete dataset of video and vehicle information associated with a triggered event or with a video request is uploaded after the initial alert is sent to ensure that the alert can be sent instantaneously in real time.

301.    Each claim of the '129 patent recites an independent invention.  Neither claim 1, described above, nor any other individual claim is representative of all claims in the '129 patent.

302.    Motive has been aware of the '129 patent since at least the filing date of this Amended Complaint.

303.    Since the filing date of this Amended Complaint, Motive has actively induced and is actively inducing infringement of at least claim 1 of the '129 patent, in violation of 35 U.S.C. § 271(b).

304.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '129 patent, at least by using the Accused Products as described in detail in paragraphs 287–300.

305.    Motive knowingly induces infringement of at least claim 1 of the '129 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

306.    Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular "a camera configured to acquire visual information representing a vehicle environment, the vehicle environment including spaces

in and around an interior and an exterior of the vehicle"  *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers;    https://helpcenter.gomotive.com/hc/en-us/articles/11066719903901-Why-Dashcam-videos-are-pending-not-uploading-.

307.    For example, Motive publicly shares an installation and support guide for its AI Dashcam products, including a "[s]tep-by-step guide" explaining how to install the AI Dashcam and integrate it with the Motive Vehicle Gateway:

# Step-by-step guide



https://gomotive.com/dashcam-guide/;    *see    also*    https://helpcenter.gomotive.com/hc/en-us/categories/5364621713565-Installers (listing installation guides).

308.    Motive further explains publicly to its customers how the Accused Products operate, including the infringing functionality.  *See* https://gomotive.com/products/dashcam/.

309.    Additionally, the Motive Help Center provides detailed resources and instructions to "Drivers" and "Fleet Managers/Admins" and other users of the Motive Fleet Dashboard and Motive Driver App.  https://helpcenter.gomotive.com/hc/en-us.  The Motive Help Center also includes "Installers/Installation Guides" "[r]esources on how to install all Motive hardware products, such as Vehicle Gateways and Cameras." *Id.* And as discussed above, these Motive hardware products, such as

the AI Dashcam, Smart Dashcam, and AI Omnicam, include "a camera configured to acquire visual information representing a vehicle environment, the vehicle environment including spaces in and around an interior and an exterior of the vehicle" as claimed in the '129 patent.

310.    Motive has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

311.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner.  Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services. *See* https://gomotive.com/dashcam-guide/; *see also* AI-Dashcam-Installation-Manual https://gomotive.com/wp-content/uploads/2022/09/AI-Dashcam-Installation-Manual.pdf.

312.    Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



| | | | |
|---|---|---|---|
| Trucking and logistics | Trucking and logistics | Trucking and logistics | Construction |
| **Roush Industries** | **Sabel Steel** | **Cargo Network Solutions** | **Southland Steel Fabricators** |
| Through technology, the company's transportation division is becoming safer and more compliant. | How one fleet transformed its safety, tracking, and compliance program after switching to Motive | After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability. | How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation. |

https://gomotive.com/customers/.

**ROUSH®**

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

⊙ Location
**Livonia, MI**

🔖 Type
**Trucking and logistics**

🚛 Fleet Size
**80**

Products Used
🛡 Driver Safety
⌖ Tracking
⏱ Compliance

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

313.    Since the filing date of this Amended Complaint, Motive contributed and is contributing to infringement of at least claim 1 of the '129 patent, in violation of 35 U.S.C. § 271(c).

314.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '129 patent, at least by using the Accused Products, as described in detail in paragraphs 287–300.

315.    Motive contributes to infringement of the '129 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the AI Dashcam, Smart Dashcam, AI Omnicam, and associated software applications and firmware.  Such

components are substantial, material parts of the claimed inventions of the '129 patent and have no substantial non-infringing use.

316.    The AI Dashcam, Smart Dashcam, AI Omnicam, and associated software applications and firmware are especially made and especially adapted for use in infringing the '129 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

317.    Motive's infringement of the '129 patent is without license or other authorization.

318.    Motive's continued infringement of the '129 patent has damaged and will continue to damage Plaintiffs.

319.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '129 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

320.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT X

### Infringement of U.S. Patent No. 9,064,422

321.    Plaintiffs repeat and reallege the allegations in paragraphs 1–320 as though fully set forth herein.

322.    The '422 patent, titled "Data transmission for transportation management," discloses innovative techniques for transportation management, including shipping and fleet management in a manner never before performed by prior systems.  Exhibit O ('422 patent), *e.g.*, 1:10-60.  The '422 patent explains that prior-art systems were on paper or in proprietary electronic formats and so cumbersome and difficult to use, and could only provide limited information that was not convenient to access or share, including with regulatory inspectors or other third parties.  *Id.*, 1:31-1:37.  Providing a convenient, efficient, and accurate mechanism to transfer driver information, including information regarding a driver's hours of service, was critical given the then-existing Department of Transportation ("DOT") regulations (considered by the examiner during prosecution of the patent, *see id.* "References Cited") that

required drivers to present certain information to inspectors upon request. The inventors of the '422 patent solved this problem by claiming a novel architecture for recording vehicle data that uses a separate portable display and an onboard recorder to facilitate the prompt and efficient transfer of information. *See*, *e.g.*, *id.* at Abstract, cl. 1. In particular, the '422 patent claims require a separate device for an electronic onboard recorder unit and a portable device, each unit providing specialized functionality to drivers, inspectors, and dispatchers. *See id.*, cl. 1. The onboard recorder, or "data acquisition device," connects to the engine control module of the vehicle to gather vehicle data. *Id.* Additionally, the "data acquisition device" includes novel and concrete circuitry and software that "automatically adapts to a detected type of communication protocol employed by the engine control module." *Id.* This functionality allows the onboard recorder to be installed on "any one of a number of different types of vehicles." *See id.* at 14:48-15:8. The onboard recorder communicates with the portable device when they are in close proximity, using short-range wireless communication modules located within the onboard recorder and portable device. *Id.* cl. 1. There is a separate long-range wireless communication module in the portable device that allows the portable device to communicate with remotely located resources, such as a central office. *Id.* This novel two-device solution was not required by the DOT regulations, but the inventors decided to nonetheless split the functionality in this claimed way between the portable device and the onboard recorder to achieve numerous benefits: it reduces the size and complexity of the onboard recorder, allows for easier installation and lower costs for users, and permits the driver to retrieve the necessary information even when outside the vehicle. *See id.* at 10:31-53. The '422 patent uses this specific claimed architecture to process the information input from the user and received from the onboard recorder to display to a user via the display. *Id.* cl. 1. The dependent claims of the '422 patent add further requirements enabled by this specific architecture regarding the creation and transmission of a "driver summary electronic report" and "hours of service" information for a driver. *See*, *e.g.*, *id.* claims 2–3.

323. Motive's products and/or services that infringe the '422 patent include, but are not limited to, the Accused Products and use thereof.

324. Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

325.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '422 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

326.    For example, claim 1 of the '422 patent recites:

1. A portable wireless data transfer and display device comprising:

a user interface;

a communication module;

a display;

a short-range wireless communication module configured to wirelessly receive vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, wherein the data acquisition device is in communication with an engine control module of the vehicle and automatically adapts to a detected type of communication protocol employed by the engine control module,

wherein the portable wireless data transfer and display device is configured to accept inputs of driver information from a user via the user interface; and

a long-range wireless communication module configured to send the vehicle data and the driver information through the communication module in real-time or at intervals that approximate real-time to a remote network device via a long-range wireless network,

wherein the portable wireless data transfer and display device is further configured to present at least one of: the vehicle data, the driver information, processed data, driver communications to the user via the display.

327.    The Accused Products practice each limitation of at least claim 1 of the '422 patent.

328.    Motive, at least by using the Accused Products, performs each step of claim 1 of the '422 patent. *See* Exhibit S.

329.    To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, the Motive Driver App, Vehicle Gateway (ELD), including with Smart Dashcam, AI Dashcam, and/or AI Omnicam with DRIVE, Motive Fleet App, and Motive Dashboard include or are designed for use with "[a] portable wireless data transfer and display device."

330.    Motive's Accused Products include "a user interface," as required by claim 1 of the '422 patent. For example, Motive's Accused Products are configured to receive user input using a user interface(s).

331.    Motive's Accused Products further include and rely on inclusion of "a communication module," as required by claim 1 of the '422 patent. For example, Motive's Accused Products include modules enabling communication between, *e.g.*, Motive's Driver App, Vehicle Gateway, and Fleet Dashboard and Motive's Fleet App.

332.    Motive's Accused Products further include and rely on inclusion of "a display," as required by claim 1 of the '422 patent. For example, Motive's Accused Products are designed for use with a display for, *e.g.*, Motive's Driver App, Motive's Fleet App, and Motive's Fleet Dashboard.

333.    Motive's Accused Products include "a short-range wireless communication module configured to wirelessly receive vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, wherein the data acquisition device is in communication with an engine control module of the vehicle and automatically adapts to a detected type of communication protocol employed by the engine control module," as required by claim 1 of the '422 patent. For example, Motive's Driver App is used on a device that includes a short-range wireless communication module that wirelessly receives vehicle data from a vehicle-mounted device, *i.e.*, Motive's Vehicle Gateway or Gateway Mini, communicating with an engine control module.

334.    Motive's Accused Products include that "the portable wireless data transfer and display device is configured to accept inputs of driver information from a user via the user interface," as required by claim 1 of the '422 patent. For example, in Motive's Accused Products, users input driver information, *e.g.*, name, data, duty status, hours of service, etc., via Motive's user interfaces, as seen in Motive's Driver App, and other interfaces for Motive's Accused Products including Fleet Dashboard and the Fleet App.

335.    Motive's Accused Products further include "a long-range wireless communication module configured to send the vehicle data and the driver information through the communication module in real-time or at intervals that approximate real-time to a remote network device via a long-range wireless network," as required by claim 1 of the '422 patent. For example, communication modules in Motive's Accused Products send vehicle data and driver information through the modules in real-time or real-time-like intervals to remote network devices, such as data stores or user or management or third-party devices, such that processed vehicle data and driver information can be monitored, analyzed, used, and reported in real-time, *e.g.*, via Motive's Drive App, Motive's Fleet App, or Fleet Dashboard.

336.    Motive's Accused Products further include that "the portable wireless data transfer and display device is further configured to present at least one of: the vehicle data, the driver information, processed data, driver communications to the user via the display," as required by claim 1 of the '422 patent. For example, Motive's Accused Products are designed and configured to present vehicle data, driver information, processed data, and driver communications to user(s) via a display on a portable wireless data transfer and display device via Motive's Driver App, to provide, *e.g.*, hours of service, tracking, metrics, or other analytical driver and vehicle performance information by assigning each numerical scores as seen through, *e.g.*, Motive's Fleet Dashboard and Motive's Fleet App, including, for example, driver Hours of Service, DRIVE Score, Safety Score, and other hours of service, driver, or vehicle behavior and information as analyzed, processed, implemented, and displayed in user interfaces in the Accused Products.

337.    Each claim of the '422 patent recites an independent invention. Neither claim 1, described above, nor any other individual claim is representative of all claims in the '422 patent.

338.    Motive was aware of and/or willfully blind to the '422 patent since approximately the date of its issuance on June 23, 2015. Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '422 patent, have worked and/or now work at Motive in a wide variety of roles across the company, including inventor Dan Fuglewicz and others from at least 2015 to the present. *See supra*, paragraphs 24–25. As Omnitracs explained in a letter that it sent to Motive on July 16, 2018, Mr. Fuglewicz was a technical and administrative leader of the XRS engineering team focused on hardware and software for all XRS embedded products, whose responsibility included development and management of the interface to the vehicle engine control module and all related data captured for the support of mobile and host applications, the specific subject matter of the '422 patent. These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '422 patent, when Motive was developing the Accused Products.

339.    Motive has further been aware of the '422 patent since at least July 16, 2018, when Plaintiffs sent Motive a letter specifically addressing the '422 patent and notifying Motive that it infringed the '422 patent with its "strikingly similar" products.

340.    Motive has further been aware of the '422 patent since at least the filing date of this Amended Complaint.

341.    Since its issuance on June 23, 2015, Motive has actively induced and is actively inducing infringement of at least claim 1 of the '422 patent, in violation of 35 U.S.C. § 271(b).

342.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '422 patent, at least by using the Accused Products, as described in detail in paragraphs 325–336.

343.    Motive knowingly induces infringement of at least claim 1 of the '422 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

344.    Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular "[a] portable wireless data transfer and display device . . . configured to present at least one of: the vehicle data, the driver information, processed data, driver communications to the user via the display," as claimed in the '422 patent. *See* examples of vehicle data, driver information, processed data, driver communications to the user presented via Motive user interfaces in, *e.g.*, https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers; https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score; https://helpcenter.gomotive.com/hc/en-us/articles/6160873196573-How-to-download-the-Motive-Driver-App-and-sign-up-for-a-new-account; https://play.google.com/store/apps/details?id=com.keeptruckin.android&hl=en_US&gl=US; https://apps.apple.com/us/app/motive-driver-ex-keeptruckin/id706401738; https://helpcenter.gomotive.com/hc/en-us/articles/6475129978909--New-Drivers-Start-Here-Getting-Started-with-Motive-for-Drivers.

345.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."

https://gomotive.com/.

346. Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features. Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY). The installation guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to users and fleet managers how to use Motive software to access and use Motive's Dashboard

to analyze driver behavior and assessment scores, which include "to accept inputs of driver information from a user via the user interface," "a long-range wireless communication module configured to send the vehicle data and the driver information through the communication module in real-time or at intervals that approximate real-time to a remote network device via a long-range wireless network," and "to present at least one of: the vehicle data, the driver information, processed data, driver communications to the user via the display" as claimed in the '422 patent:

## How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.
- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

> Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

> Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

> DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

347.    Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

348.    Motive further advertises and instructs third parties how Motive's driver risk score is calculated and instructs drivers how to use the driver risk score obtained via network devices running or interacting with Motive's Accused Products. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-

what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.    Motive thereby contributes to and induces infringement by third parties of the '422 patent, by including *e.g.*, "a user interface," "a short-range wireless communication module configured to wirelessly receive vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, wherein the data acquisition device is in communication with an engine control module of the vehicle and automatically adapts to a detected type of communication protocol employed by the engine control module," "configured to accept inputs of driver information from a user via the user interface," "a long-range wireless communication module configured to send the vehicle data and the driver information through the communication module in real-time or at intervals that approximate real-time to a remote network device via a long-range wireless network," and "present[ing] at least one of: the vehicle data, the driver information, processed data, driver communications to the user via the display." This presenting includes, *e.g.*, the Motive Driver App which presents vehicle data, driver information, processed data including HOS status and ELD compliance as well as a "Safety" score, and driver communications.



349.    *See* https://play.google.com/store/apps/details?id=com.keeptruckin.android&hl=en_US&gl=US&pli=1; *see*

1    *also*                                https://apps.apple.com/us/app/motive-driver-ex-keeptruckin/id706401738;

2    https://apps.apple.com/us/app/motive-driver-ex-keeptruckin/id706401738?platform=ipad.    It    further

3    includes, *e.g.*, the DRIVE risk score, which can be viewed on the Driver App as well as on Fleet Dashboard

4    and the Fleet App. Motive advertises their DRIVE risk score as "more accurate at risk identification than

5    other scores" and that "[s]ome of North America's most successful safety departments are using Motive's

6    technology and DRIVE to pinpoint … to make their fleets safer, more productive, and more profitable."

7    Motive        Guide:        DRIVE        risk        score        101        (https://gomotive.com/wp-

8    content/uploads/2022/08/Guide_DRIVE-risk-score-101.pdf) at 3.

### Introduction

In today's world of astronomical settlements, sometimes called nuclear verdicts, every business' worst fear is that they're just one catastrophe away from a multi-million dollar payout. This is a legitimate concern. In the last 10 years, cases with payouts of over $1M have increased by 5x.

For those looking for ways to avoid a business-ending settlement, now is the time to focus on proactive approaches to driver safety. Safety departments that identify high-risk behaviors early, then modify those bad habits before a crash occurs, can make all the difference in keeping both liability and insurance costs low, and profit margins high.

Identifying high risk drivers isn't easy. Many safety departments have outsourced their driver assessment chores to vendors who do little by way of preventing crashes, much less coaching high-risk drivers.

Enter Motive.

Motive's proprietary DRIVE risk score helps safety departments pinpoint which drivers need coaching and what behaviors they should focus on. DRIVE evaluates benchmarked behaviors across Motive's network of hundreds of thousands of connected vehicles to generate an accurate risk profile of a driver relative to their peers.

Some of North America's most successful safety departments are using Motive's technology and DRIVE to pinpoint who, what, when, and where they should be focusing their time and attention to make their fleets safer, more productive, and more profitable.

In this 101 Guide, you'll learn how your team can use the DRIVE risk score to make your existing safety team more effective.

26    350.    Motive provides its customers and end users with additional instructions that direct the

27    customers and end users to use the Accused Products in an infringing manner.  The examples discussed

herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.  Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



https://gomotive.com/customers/.

**ROUSH**®

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

📍 Location
**Livonia, MI**

🏷 Type
**Trucking and logistics**

🚚 Fleet Size
**80**

Products Used
🛡 **Driver Safety**
📶 **Tracking**
🕐 **Compliance**

**50%**
reduction in accidents

**100%**
driver exoneration rate

**40%**
improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

351.    Since its issuance on June 23, 2015, Motive contributed to and is contributing to infringement of at least claim 1 of the '422 patent, in violation of 35 U.S.C. § 271(c).

352.    Motive's customers and end-users of the Accused Products directly infringe at least claim 1 of the '422 patent, at least by using the Accused Products, as described in detail in paragraphs 325–336.

353.    Motive contributes to infringement of the '422 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Driver App, AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, Vehicle Gateway Mini, Fleet Dashboard, the Fleet App, and associated software applications and firmware. Such components are substantial, material parts of the claimed inventions of the '422 patent and have no substantial non-infringing use.

354.    The Driver App, AI Dashcam, Smart Dashcam, AI Omnicam, Vehicle Gateway, Vehicle Gateway Mini, Fleet Dashboard, and Fleet App and associated software applications and firmware are especially made and especially adapted for use in infringing the '422 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

355.    Motive's infringement of the '422 patent is without license or other authorization.

356.     Because Motive had knowledge of and/or was willfully blind to the '422 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

357.     Motive's continued infringement of the '422 patent has damaged and will continue to damage Plaintiffs.

358.     Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '422 patent.  Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law.  Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

359.     This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## **COUNT XI**

### **Infringement of U.S. Patent No. 9,390,628**

360.     Plaintiffs repeat and reallege the allegations in paragraphs 1–359 as though fully set forth herein.

361.     The '628 patent, titled "Vehicle data and driver association for transportation management," discloses innovative techniques for transportation management, including shipping and fleet management in a manner never before performed by prior systems.  Exhibit P ('628 patent), *e.g.*, 1:10-60.  The '628 patent explains that prior-art systems were on paper or in proprietary electronic formats and so cumbersome and difficult to use, and could only provide limited information that was not convenient to access or share, including with regulatory inspectors or other third parties.  *Id.*, 1:31-1:37.  Providing a convenient, efficient, and accurate mechanism to transfer driver information, including information regarding a driver's hours of service, was critical given the then-existing Department of Transportation ("DOT") regulations (considered by the examiner during prosecution of the patent, *see id.* "References Cited") that required drivers to present certain information to inspectors upon request.  The inventors of the '628 patent solved this problem by claiming a novel architecture for recording vehicle data that uses a separate portable display device and an onboard recorder to facilitate the prompt and

efficient transfer of information.  *See*, *e.g.*, *id.* at Abstract, cl. 15, 1:41-60.  In particular, the '628 patent claims require a separate device for an electronic onboard recorder unit and a portable device, each unit providing specialized functionality to drivers, inspectors, and dispatchers.  *See id.* cl. 15.  The onboard recorder, or "data acquisition device," is mounted inside a vehicle to gather vehicle data, while the portable device receives driver information and other data.  *Id.*  The onboard recorder communicates with the portable device when it is in close proximity to the portable device via a short-range wireless communication module.  *Id.*  Driver information is input into from a user via a user interface, and then transmitted to the onboard recorder, which is then used as part of the determination of a driver's hours of service information.  *Id.*  There is a separate long-range wireless communication module in the portable device that allows the portable device to communicate with remotely located resources, such as a central office.  *Id.*  This novel two-device solution was not required by the DOT regulations, but the inventors decided to nonetheless split the functionality in this claimed way between the portable device and the onboard recorder to achieve numerous benefits: it reduces the size and complexity of the onboard recorder, allows for easier installation and lower costs for users, and permits the driver to retrieve the necessary information even when outside the vehicle.  *See id.* at 10:31-53.  The '628 patent uses this specific claimed architecture "generat[e] a driver summary electronic report with the associated vehicle data and driver information," "send[] the driver summary electronic report through a long range wireless communication module to a remote network device via a long-range wireless network," and "process[] the vehicle data, the driver information, and driver communications into an electronic driver scorecard," none of which had been done before or was capable of being done before with prior-art architectures.  *See id.*, cl. 15; *see also* U.S. Pat. App. No. 2012/0253888, ¶¶ 72, 117-118, Fig. 2, Fig. 3.

362.    Motive's products and/or services that infringe the '628 patent include, but are not limited to, the Accused Products and use thereof.

363.    Motive makes, uses, sells, offers for sale, and/or imports the Accused Products and components thereof in the United States.

364.    Motive directly infringes—literally and/or under the doctrine of equivalents—at least claim 15 of the '628 patent by making, using, selling, offering for sale, and/or importing into the United States its Accused Products and components thereof.

365.    For example, claim 15 of the '628 patent recites:

15. A method for data transfer and display comprising:

> wirelessly receiving, via a short-range wireless communication module, vehicle data from a data acquisition device mounted inside a vehicle for gathering vehicle data from the vehicle during operation of the vehicle;
>
> accepting inputs of driver information from a user via a user interface and transmitting the driver information to the data acquisition device, the driver information affecting hours of service records for drivers associated with the portable wireless data transfer and display device;
>
> associating the inputs of driver information with the vehicle data;
>
> generating a driver summary electronic report with the associated vehicle data and driver information;
>
> sending the driver summary electronic report through a long range wireless communication module to a remote network device via a long-range wireless network;
>
> processing the vehicle data, the driver information, and driver communications into an electronic driver scorecard, the electronic driver scorecard including one or more alphanumerical ratings according to a selection of drivers; and
>
> presenting at least one of the electronic driver scorecard, the vehicle data, the association of the vehicle data, the driver information, and the driver summary electronic report to the user.

366.    The Accused Products practice each limitation of at least claim 15 of the '628 patent.

367.    Motive, at least by using the Accused Products, performs each step of claim 15 of the '628 patent.  *See* Exhibit T.

368.    To the extent the preamble is construed to be limiting, Motive, at least by using the Accused Products, performs the requirements of the preamble. For example, the Motive Driver App, Vehicle Gateway (ELD) and Gateway Mini, including with Smart Dashcam, AI Dashcam, and/or AI Omnicam, Motive Fleet App, and Motive Dashboard, with DRIVE include "[a] method for data transfer and display comprising."

369.    Motive's Accused Products and DRIVE score system include a method for "wirelessly receiving, via a short-range wireless communication module, vehicle data from a data acquisition device mounted inside a vehicle for gathering vehicle data from the vehicle during operation of the vehicle" as required by claim 15 of the '628 patent. For example, Motive's Accused Products are configured to receive

1    vehicle data from a data acquisition device mounted inside a vehicle for gathering vehicle data from the

2    vehicle during operation of the vehicle.

3        370.    Motive's Accused Products further include a method for "accepting inputs of driver

4    information from a user via a user interface and transmitting the driver information to the data acquisition

5    device, the driver information affecting hours of service records for drivers associated with the portable

6    wireless data transfer and display device;" as required by claim 15 of the '628 patent. For example,

7    Motive's Accused Products, *e.g.*, Motive's Driver App, Vehicle Gateway, Smart Dashcam, AI Dashcam,

8    and/or AI Omnicam, Fleet App, and Fleet Dashboard, include modules that accept driver information from

9    a user via a user interface and transmitting the driver information to the data acquisition device, the driver

10   information affecting hours of service records for drivers associated with the portable wireless data

11   transfer and display device.

12       371.    Motive's Accused Products further include a method for "associating the inputs of driver

13   information with the vehicle data," as required by claim 15 of the '628 patent. For example, in Motive's

14   Accused Products, the user-input driver information via the user interface(s), *e.g.*, name, data, hours of

15   service, etc., as seen in Motive's Driver App, Fleet Dashboard, Fleet App, and other interfaces for

16   Motive's Accused Products, is associated with the driver information and used to generate a driver

17   summary electronic report with such associated vehicle and driver information for drivers associated with

18   the device(s).

19       372.    Motive's Accused Products include a method for "generating a driver summary electronic

20   report with the associated vehicle data and driver information," as required by claim 15 of the '628 patent.

21   For example, Motive's Driver App is designed for use on a portable device that includes a short-range

22   wireless communication module that wirelessly communicates two ways to receive vehicle data from a

23   data acquisition device mounted inside a vehicle, *e.g.*, Motive's Vehicle Gateway or Gateway Mini, Smart

24   Dashcam, AI Dashcam, and/or AI Omnicam.

25       373.    Motive's Accused Products include a method for "sending the driver summary electronic

26   report through a long range wireless communication module to a remote network device via a long-range

27   wireless network," as required by claim 15 of the '628 patent. For example, communication modules in

28   Motive's Accused Products send vehicle data and driver information through the modules to remote

network devices, such as data stores, or user, management, or third-party devices, *e.g.*, via Motive's Driver App, Fleet App or Fleet Dashboard.

374.    Motive's Accused Products include a method for "processing the vehicle data, the driver information, and driver communications into an electronic driver scorecard, the electronic driver scorecard including one or more alphanumerical ratings according to a selection of drivers" as required by claim 15 of the '628 patent. For example, Motive's Accused Products are designed and configured to process vehicle data, driver information, and driver communications into an electronic driver scorecard with ratings as seen through, *e.g.*, Motive's Fleet Dashboard, Fleet App, and Driver App, and DRIVE Risk Score.

375.    Motive's Accused Products further include "presenting at least one of the electronic driver scorecard, the vehicle data, the association of the vehicle data, the driver information, and the driver summary electronic report to the user" as required by claim 15 of the '628 patent. For example, Motive's Accused Products are designed and configured to present the electronic driver scorecard, vehicle data, driver information, processed data, driver communications, and the driver summary electronic report to user(s) via a display, to provide, *e.g.*, hours of service, tracking, metrics, or other analytical driver and vehicle performance reports as seen through, *e.g.*, Motive's Fleet Dashboard, Fleet App, Driver App and DRIVE Risk Score.

376.    Each claim of the '628 patent recites an independent invention. Neither claim 15, described above, nor any other individual claim is representative of all claims in the '628 patent.

377.    Motive was aware of and/or was willfully blind to the '628 patent since approximately the date of its issuance on July 12, 2016. Numerous former employees of Plaintiffs who had knowledge of their patented technology and patents, including the '628 patent, have worked and/or now work at Motive in a wide variety of roles across the company, including inventor Dan Fuglewicz and others from at least 2015 to the present. *See supra*, paragraphs 24–25. As Omnitracs explained in a letter that it sent to Motive on July 16, 2018, Mr. Fuglewicz was a technical and administrative leader of the XRS engineering team focused on hardware and software for all XRS embedded products, whose responsibility included development and management of the interface to the vehicle engine control module and all related data captured for the support of mobile and host applications, the specific subject matter of the '628 patent.

These employees were aware of and/or willfully blind to Plaintiffs' patented technology and patents, including the '628 patent, when Motive was developing the Accused Products.

378.    Motive has further been aware of the '628 patent since at least July 16, 2018, when Plaintiffs sent Motive a letter specifically addressing the '628 patent and notifying Motive that it infringed the '628 patent with its "strikingly similar" products.

379.    Motive has further been aware of the '628 patent since at least the filing date of this Amended Complaint.

380.    Since its issuance on July 12, 2016, Motive has actively induced and is actively inducing infringement of at least claim 15 of the '628 patent, in violation of 35 U.S.C. § 271(b).

381.    Motive's customers and end-users of the Accused Products directly infringe at least claim 15 of the '628 patent, at least by using the Accused Products, as described in detail in paragraphs 364–375.

382.    Motive knowingly induces infringement of at least claim 15 of the '628 patent by customers and end-users of the Accused Products with specific intent to induce infringement, and/or with willful blindness to the possibility that its acts induce infringement, through activities relating to selling, marketing, advertising, promotion, support, and distribution of the Accused Products in the United States.

383.    Motive instructs customers and end users, at least through its marketing, promotional, and instructional materials, to use the infringing Accused Products, and in particular a method for "wirelessly receiving, via a short-range wireless communication module, vehicle data from a data acquisition device mounted inside a vehicle for gathering vehicle data from the vehicle during operation of the vehicle," "accepting inputs of driver information from a user via a user interface and transmitting the driver information to the data acquisition device, the driver information affecting hours of service records for drivers associated with the portable wireless data transfer and display device," "associating the inputs of driver information with the vehicle data," "generating a driver summary electronic report with the associated vehicle data and driver information," "sending the driver summary electronic report through a long range wireless communication module to a remote network device via a long-range wireless network," "processing the vehicle data, the driver information, and driver communications into an electronic driver scorecard, the electronic driver scorecard including one or more alphanumerical ratings

according to a selection of drivers,"  and "presenting at least one of the electronic driver scorecard, the vehicle data, the association of the vehicle data, the driver information, and the driver summary electronic report to the user" as claimed in the '628 patent.  This presenting includes, *e.g.*, the DRIVE risk score. *See* https://helpcenter.gomotive.com/hc/en-us/articles/6162442580893--New-Fleet-Managers-Start-Here-Getting-Started-with-Motive-for-Fleet-Managers;                 https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

384.    For example, Motive invites customers to "[g]et started" and "[c]onnect your fleet" and "[a]utomate your operations," and touts that "120,000+ companies – from small businesses to Fortune 500 companies – use Motive to transform the safety, productivity, and profitability of their operations."



https://gomotive.com/.

385.    Further still, Motive prepared and publicly provides "over 2000 articles" on its website to "help" Drivers, Fleet Managers, Admins, Installers, and other users find answers about how to use Motive products, and encourage installation, adoption, and further use of Motive products. https://helpcenter.gomotive.com/hc/en-us. Motive publicly shares detailed resources and instructions to customers and users of the Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. https://gomotive.com/vg-driver/. Motive further provides user guides for ELD Users and DOT Cab Cards. *Id*. These guides are also provided in French and Spanish to reach additional, multi-lingual audiences and users beyond those the Motive English language resources and guides may reach:

**Helpful documents**

| | English ⌄ |
|---|---|
| | English |
| | French |
| | Español |

| VG Installation Manual ⤓ | AI Dashcam Installation Manual ⤓ | ELD User Manual |
|---|---|---|
| DOT Cab Cards ⤓ | Certificate of Compliance ⤓ | AOBRD Certificate of Compliance ⤓ |
| ELD Malfunctions and Data Diagnostics ⤓ | | |

https://gomotive.com/vg-driver/.

386. Furthermore, Motive's branded YouTube channel (https://www.youtube.com/@GoMotive) includes over forty-eight (48) Motive-endorsed videos (https://www.youtube.com/@GoMotive/videos) and nine (9) Motive-created playlists (https://www.youtube.com/@GoMotive/playlists) describing and relating to the Accused Products and Asserted Patent features, including a method for "wirelessly receiving, via a short-range wireless communication module, vehicle data from a data acquisition device mounted inside a vehicle for gathering vehicle data from the vehicle during operation of the vehicle," "accepting inputs of driver information from a user via a user interface and transmitting the driver information to the data acquisition device, the driver information affecting hours of service records for drivers associated with the portable wireless data transfer and display device," "associating the inputs of driver information with the vehicle data," "generating a driver summary electronic report with the associated vehicle data and driver information," "sending the driver summary electronic report through a long range wireless communication module to a remote network device via a long-range wireless network," "processing the vehicle data, the driver information, and driver communications into an electronic driver scorecard, the electronic driver scorecard including one or more alphanumerical ratings according to a selection of drivers," and "presenting at least one of the electronic driver scorecard, the vehicle data, the association of the vehicle data, the driver information, and the driver summary electronic report to the user" as claimed in the '628 patent. Motive provides, for example, video installation guides for the Accused Products that collectively have been viewed over 56.3K (56,300) times (https://www.youtube.com/playlist?list=PLku95dwqjWZu0cK14sK49l2rcVgTwziRY). The installation

guides are also provided in French (https://www.youtube.com/playlist?list=PLku95dwqjWZvgar5DcCNt9T6_Cr6COIu2) and Spanish (https://www.youtube.com/playlist?list=PLku95dwqjWZtk29lVs-KhnyGQW8FxiXwF), to reach multi-lingual audiences and users of Accused Products, *e.g.*, Vehicle Gateway, AI Dashcam. Motive also provides "getting started" and "onboarding" or "training" videos for the Accused Products to facilitate user adoption and use (*e.g.*, for the Motive Driver App a twelve (12) video playlist with over 272K (272,000) views, https://www.youtube.com/playlist?list=PLku95dwqjWZtwN_U62Zd56M63dEMwWeDL), and other marketing videos designed to attract, induce, and encourage use of Motive products. Further, Motive explains to fleet managers how to use Motive software to access and use Motive's Dashboard to analyze driver compliance and behavior, including a method for "wirelessly receiving, via a short-range wireless communication module, vehicle data from a data acquisition device mounted inside a vehicle for gathering vehicle data from the vehicle during operation of the vehicle," "accepting inputs of driver information from a user via a user interface and transmitting the driver information to the data acquisition device, the driver information affecting hours of service records for drivers associated with the portable wireless data transfer and display device," "associating the inputs of driver information with the vehicle data," "generating a driver summary electronic report with the associated vehicle data and driver information," "sending the driver summary electronic report through a long range wireless communication module to a remote network device via a long-range wireless network," "processing the vehicle data, the driver information, and driver communications into an electronic driver scorecard, the electronic driver scorecard including one or more alphanumerical ratings according to a selection of drivers," and "presenting at least one of the electronic driver scorecard, the vehicle data, the association of the vehicle data, the driver information, and the driver summary electronic report to the user" as claimed in the '628 patent:

https://helpcenter.gomotive.com/hc/en-us/articles/6162446181533-What-is-Compliance-Hub-.

387. For example, Motive explains how the driver risk score is calculated and instructs managers and drivers how to use the driver risk (DRIVE) score:

# How is the DRIVE score calculated?

- Aggregate all of the safety events generated (using the DRIVE behavior threshold definitions) over the 4 week period.

- Calculate the normalized safety event rate per 1,000 miles driven for each unsafe behavior included in the score.

Event Rate = (count of events/miles driven) * 1,000

- Determine the behavior impact on the score. The 'DRIVE Points Table' Report in the Fleet Dashboard indicates how points are allocated across behaviors.

Behavior impact = Total points available - Total points received

- Calculate the final score by subtracting the sum of impact across all behaviors from the maximum score of 100. The more safety events generated, the more points are deducted from the score.

DRIVE Score = 100 - (sum of impact of all behaviors)

https://helpcenter.gomotive.com/hc/en-us/articles/6162164321693-What-is-DRIVE-Risk-Score.

388.    Motive also has sales and technical support staff that assist Motive's customers and end users and provide instructions for the use of the Accused Products in an infringing manner in the United States. *See* https://helpcenter.gomotive.com/hc/en-us/requests/new.

389.    Motive provides its customers and end users with additional instructions that direct the customers and end users to use the Accused Products in an infringing manner. Such instructions include, for example, data sheets, technical specifications, customer support services, product sheets, and technical support services. The examples discussed herein are but a sampling of the instructions from Motive directing use of the Accused Products in an infringing manner.

390.    Motive further advertises and instructs third parties how Motive's driver risk score is calculated and instructs drivers how to use the driver risk score obtained via network devices running or interacting with Motive's Accused Products. For example, Motive markets its driver risk score by allowing customers to "[t]ake a proactive approach to driver safety and prevent accidents with [Motive's] new Safety Hub and DRIVE risk score." https://www.facebook.com/keeptruckin/videos/you-cant-fix-what-you-cant-see-take-a-proactive-approach-to-driver-safety-and-pr/3036811383084807/.

391.    Motive markets the Accused Products to users and third-party customers and installs said Accused Products for users and customers with the specific intent to induce infringement. For example, Motive highlights "Customer Stories" on its website, thereby advertising infringing uses of the Accused Products by third-party customers, and encouraging additional infringing uses by those customers and other potential customers, as depicted in the images below:



Trucking and logistics

**Biagi Bros**

Learn how Biagi Bros quickly onboarded their entire fleet and saw a 50% increase in time savings.

Oil & Gas

**Smart Chemical Solutions**

How one company enhanced efficiency, streamlined operations and increased savings.

Trucking and logistics

**QFS Transportation**

How one large fleet decreased HOS violations and more than doubled driver count.

Trucking and logistics

**JMS Transportation**

How one fleet improved safety, lowered repair costs, and increased profitability.

Trucking and logistics

**Roush Industries**

Through technology, the company's transportation division is becoming safer and more compliant.

Trucking and logistics

**Sabel Steel**

How one fleet transformed its safety, tracking, and compliance program after switching to Motive

Trucking and logistics

**Cargo Network Solutions**

After more than a decade in business, the truckload service is reaching new heights in safety, compliance, and profitability.

Construction

**Southland Steel Fabricators**

How the materials and fabrication developer scaled its logistics team while saving tens of thousands of dollars with digital dispatch and automation.

https://gomotive.com/customers/.

**ROUSH**

**Overview**

Best known for its Mustang cars, Roush Industries is synonymous with excellence. As a trusted provider of global engineering solutions, Roush uses its trucking division to transport products around the country.

⊙ Location
**Livonia, MI**

🏢 Type
**Trucking and logistics**

🚚 Fleet Size
**80**

Products Used

🛡 Driver Safety

📡 Tracking

⏱ Compliance

Over-the-road drivers are an important part of Roush's transportation business. When the connectivity on Roush's electronic logging devices (ELDs) faltered, drivers couldn't be matched to the right trip. Unable to track hours of service (HOS) due to malfunctioning ELDs, the company was charged with several HOS violations. After 18 months of disruption, it was time for a change.

After deploying Motive ELDs, Roush got HOS violations under control quickly. Looking to defend against false claims and improve driver safety, Roush also invested in Motive's road-facing AI Dashcams. Roush also began using Motive's Tracking & Telematics product to get real-time location visibility into their fleet.

**50%**

reduction in accidents

**100%**

driver exoneration rate

**40%**

improvement in CSA scores

https://gomotive.com/customers/roush-industries/.

392.    Since its issuance on July 12, 2016, Motive contributed and is contributing to infringement of at least claim 15 of the '628 patent, in violation of 35 U.S.C. § 271(c).

393.    Motive's customers and end-users of the Accused Products directly infringe at least claim 15 of the '628 patent, at least by using the Accused Products, as described in detail above in paragraphs 364–375.

394.    Motive contributes to infringement of the '628 patent by offering to sell, selling, and importing into the United States the Accused Products and components thereof, including, for example, the Motive Driver App, Fleet App, Fleet Dashboard, Vehicle Gateway, Gateway Mini, AI Dashcam, Smart Dashcam, AI Omnicam and their associated software applications and firmware. Such components are substantial, material parts of the claimed inventions of the '628 patent and have no substantial non-infringing use.

395.    The Motive Driver App, Fleet App, Fleet Dashboard, Vehicle Gateway, Gateway Mini and other Accused Products and their associated software applications and firmware, are especially made and especially adapted for use in infringing the '628 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

396.    Motive's infringement of the '628 patent is without license or other authorization.

397.    Because Motive had knowledge of and/or was willfully blind to the '628 patent and proceeded to knowingly directly and indirectly infringe, Motive's infringement has been and continues to be willful.

398.    Motive's continued infringement of the '628 patent has damaged and will continue to damage Plaintiffs.

399.    Unless and until enjoined by this Court, Motive will continue to directly infringe as well as induce and contribute to infringement of the '628 patent. Motive's infringing acts are causing and will continue to cause at least Plaintiffs irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, Plaintiffs are entitled to a permanent injunction against further infringement.

400.    This case is exceptional, entitling Plaintiffs to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**DEMAND FOR JURY TRIAL**

401.     Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs respectfully request a jury trial on any issues so triable by right.

**PRAYER FOR RELIEF**

402.     WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and grant the following relief:

A.     A judgment that Motive infringes, directly and indirectly, the Patents-in-Suit;

B.     An order permanently enjoining Motive, its affiliates and subsidiaries, and each of its officers, agents, servants and employees and those acting in privity or concert with them, from making, offering to sell, selling, using, or importing into the United States products claimed in any of the claims of the Asserted Patents; using or performing methods claimed in any of the claims of the Asserted Patents; inducing others to use and perform methods that infringe any claim of the Asserted Patents; inducing others to make, offer, sell, use or import into the United States articles that infringe, or are made by a process that infringes, any claim of the Asserted Patents; and contributing to others infringing any claim of the Asserted Patents, until after the expiration of the Asserted Patents, respectively, including any extensions and/or additional periods of exclusivity to which Plaintiffs are or becomes entitled;

C.     An order awarding damages under 35 U.S.C. §§ 154 & 284 in an amount sufficient to compensate Plaintiffs for their damages arising from infringement by Motive, including, but not limited to, lost profits and/or a reasonable royalty;

D.     A judgment that Motive's infringement of the Patents-in-Suit was and continues to be willful and an order awarding Plaintiffs treble damages under 35 U.S.C. § 284;

E.     A judgment and order requiring Motive to pay Plaintiffs the prejudgment and post-judgment interest to the fullest extent allowed under the law, as well as their costs;

F.     An order finding that this is an exceptional case and awarding Plaintiffs their reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

G.     Such other relief as the Court may deem appropriate and just under the circumstances.

Dated:  April 5, 2024

Respectfully submitted,

*/s/ Adam R. Alper*

Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
adam.alper@kirkland.com
akshay.deoras@kirkland.com

Michael W. De Vries (SBN 211001)
Jiaxiao Zhang (SBN 317927)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
michael.devries@kirkland.com
jiaxiao.zhang@kirkland.com

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
leslie.schmidt@kirkland.com

*Counsel for Plaintiffs Omnitracs, LLC, XRS Corporation, and SmartDrive Systems, Inc.*