Shane Brun (SBN #179079)
sbrun@kslaw.com
Thomas J. Friel, Jr. (SBN #80065)
tfriel@kslaw.com
KING & SPALDING LLP
601 California Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 422-6700

Brent Ray (*Pro Hac Vice*)
bray@kslaw.com
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6925

Angela Tarasi (*Pro Hac Vice*)
atarasi@kslaw.com
Mark Zambarda (SBN #314808)
mzambarda@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

*Attorneys for Defendant Motive Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OMNITRACS, LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MOTIVE TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No. 3:23-cv-05261-RFL<br><br>**DEFENDANT MOTIVE TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED**<br><br>Judge: Honorable Rita F. Lin<br>Magistrate Judge: Hon. Laurel Beeler |

1    Pursuant to Civil Local Rules 79-5 and 7-11 Governing Administrative Motions to Seal
2  and to Consider Whether Another Party's Material Should be Sealed, Defendant Motive
3  Technologies, Inc. ("Motive" or "Defendant"), hereby requests the Court to consider whether the
4  following information should be sealed: (i) excerpts of the Opening Expert Report of Dr. Stephen
5  B. Wicker (Exhibit X to the Declaration of Brent P. Ray in support of Motive's Reply in support
6  of Motion to Strike Plaintiffs' PLR 3-1(G) Contentions) and (ii) excerpts of the Opening Expert
7  Report of Mr. Jim Bergman (Exhibit Y to the same), each alleged to contain Plaintiffs' confidential
8  information.

9    These materials should be proactively sealed so that Plaintiffs' confidentiality designations
10 can be honored, and Plaintiffs be given time after filing to, if necessary and appropriate, de-
11 designate any such materials.  Defendant is filing this Motion so that it may file this excerpt under
12 seal provisionally so that Omnitracs, LLC, XRS Corporation, and SmartDrive Systems, Inc.
13 (collectively, "Omnitracs" or "Plaintiffs") have the opportunity to satisfy its own burden with
14 respect to the portion of the documents that is may seek to seal.

15    Civil Local Rule 79-5 requires that a request to consider whether another party's material
16 should be sealed must "identify each document or positions thereof for which sealing is sought"
17 and "highlight the portions for which sealing is sought" L.R. 79-5(f), e(2).  Defendant files this
18 administrative motion to afford Plaintiffs the opportunity to defend against these designations.  In
19 compliance with the applicable rules, Defendant files under seal the following:

20    • Excerpts of the Opening Expert Report of Dr. Stephen B. Wicker
21    • Excerpts of the Opening Expert Report of Jim Bergman

22    This motion complied with Civil Local Rule 79-5, and is accompanied by a version of the
23 Motion to Strike with information designated by Plaintiffs in unredacted form.  To the extent
24 Plaintiffs file a statement and/or declaration in support of sealing any of the forgoing documents
25 or portions thereof, Defendant reserves the right to respond.  L.R. 79-5(f)(4).

| | |
|---|---|
| Dated: September 12, 2024 | Respectfully submitted, |
| | KING & SPALDING LLP |
| | By: */s/ Brent P. Ray* <br> Brent Ray |
| | Shane Brun (SBN #179079) <br> sbrun@kslaw.com <br> Thomas J. Friel, Jr. (SBN #80065) <br> tfriel@kslaw.com <br> KING & SPALDING LLP <br> 601 S. California Street, Suite 100 <br> Palo Alto, CA 94304 <br> Telephone: (650) 422-6700 |
| | Brent Ray (*Pro Hac Vice*) <br> bray@kslaw.com <br> KING & SPALDING LLP <br> 110 N. Wacker Drive, Suite 3800 <br> Chicago, IL 60606 <br> Telephone: (312) 764-6925 |
| | Angela Tarasi (*Pro Hac Vice*) <br> atarasi@kslaw.com <br> Mark Zambardo (SBN #314808) <br> mzambarda@kslaw.com <br> KING & SPALDING LLP <br> 1401 Lawrence Street, Suite 1900 <br> Denver, CO 80202 <br> Telephone: (720) 535-2319 |
| | ***Attorneys for Defendant Motive Technologies, Inc.*** |

**CERTIFICATE OF SERVICE**

I hereby that on September 12, 2024 I electronically transmitted the forgoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive Electronic Filing.

*/s/  Brent Ray*
Brent Ray