1  Shane Brun (SBN #179079)
   sbrun@kslaw.com
2  Thomas J. Friel, Jr. (SBN #80065)
   tfriel@kslaw.com
3  KING & SPALDING LLP
   601 California Street, Suite 100
4  Palo Alto, CA 94304
   Telephone: (650) 422-6700
5
   Brent Ray (*Pro Hac Vice*)
6  bray@kslaw.com
   KING & SPALDING LLP
7  110 N. Wacker Drive, Suite 3800
   Chicago, IL 60606
8  Telephone: (312) 764-6925

9  Angela Tarasi (*Pro Hac Vice*)
   atarasi@kslaw.com
10 KING & SPALDING LLP
   1401 Lawrence Street, Suite 1900
11 Denver, CO 80202
   Telephone: (720) 535-2319
12
   ***Attorneys for Defendant Motive***
13 ***Technologies, Inc.***

14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
16 **SAN FRANCISCO DIVISION**

17 | OMNITRACS, LLC, et al., | Case No. 3:23-cv-05261-RFL |

18 Plaintiffs,

**DEFENDANT MOTIVE**
19                                  **TECHNOLOGIES, INC.'S [PROPOSED]**
   v.                               **ORDER GRANTING**
20                                  **ADMINISTRATIVE MOTION TO**
   MOTIVE TECHNOLOGIES, INC.,       **CONSIDER WHETHER TO SEAL**
21                                  **PLAINTIFFS' MATERIAL**
   Defendant.
22
                                    Hearing Date: October 1, 2024
23                                  Hearing Time: 10:00 a.m.
                                    Courtroom: 15, 18th Floor
24                                  Judge: Honorable Rita F. Lin

25

26

27

28

[PROPOSED] ORDER                                      Case No. 3:23-cv-05261-RFL

1    Before the Court is Defendant Motive Technologies Inc.'s ("Motive") Administrative
2 Motion to Consider Whether to Seal Plaintiffs' Materials. This Court, having carefully considered
3 the submissions, the record, the applicable law, and any arguments related thereto, hereby orders
4 that Motive's Motion is GRANTED.

5    **IT IS SO ORDERED.**

7 Dated: _____        By: _____

         Honorable Judge Rita F. Lin
         United States District Judge