UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNITRACS, LLC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MOTIVE TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No.  23-cv-05261-RFL<br><br>**ORDER TO SHOW CAUSE WHY ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 254 |

      Plaintiffs Omnitracs, LLC, XRS Corporation, and SmartDrive Systems and Defendant Motive Technologies Inc. ("Motive") filed a joint table summarizing outstanding motions to seal on both sides.  (Dkt. No. 254.)  Such requests to file under seal "must be narrowly tailored to seek sealing only of sealable material," which often requires redactions rather than sealing of documents in their entirety.  *See* Civ. L.R. 79-5(b).

      After reviewing the table and the materials at issue, the Court concludes that Motive has not "narrowly tailored" its request to seal the contents of Dkt. Nos. 188-4–188-11 in their entirety.  *See* Local Rule 79-5(b).  Significant portions of those documents appear to contain screenshots from websites that are publicly accessible; indeed, the documents themselves include links to those publicly available sites. (*See, e.g.*, Dkt. No. 188-4 at 3.)  Accordingly, Motive is **ORDERED TO SHOW CAUSE** why the pending motions to seal Dkt. Nos. 188-4–188-11 should not be denied by filing a renewed request no later than November 12, 2024, that either identifies more narrowly tailored portions of the documents at issue that must be redacted or provides a further specific justification for the breadth of the existing request.  As previously noted in this Court's Civil Standing Order, the Court cautions that if the resubmitted request is not narrowly tailored, the Court will likely deny the request as to the documents at issue in their

1

2

entirety and place those documents on the public docket without further notice.

**IT IS SO ORDERED.**

Dated: October 29, 2024

RITA F. LIN
United States District Judge