**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** April 24, 2025 | **Time:** 16 minutes | **Judge:** RITA F. LIN |
| **Case No.**: 23-cv-05261-RFL | **Case Name:** Omnitracs, LLC v. Motive Technologies, Inc. | |

**Attorneys for Plaintiffs:** Akshay Deoras, Leslie Schmidt, Adam Alper, Mike De Vries, Yvonne Beeler, and Kyle Calhoun

**Attorneys for Defendant:** Brent Ray, Angela Tarasi, Jeff Mills, Katherine Vessels, Mikaela Stone, Roy Falik, Zachary Coots, Andrew Whittaker, Ellen Min, Mark Zambarda, and Eric Valuyev

**Deputy Clerk:** Melinda K. Lock                **Reported by:** Debra Pas

**PROCEEDINGS**

Jury Trial (Day 10) – held and completed.

See attached Trial Log for additional details.