UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNITRACS, LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MOTIVE TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 23-cv-05261-RFL<br><br>**JURY NOTES** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Juror #7

JUDGE RITA F. LIN            Case No. 23-cv-05261-RFL

CASE NAME: Omnitracs, LLC v. Motive Technologies, Inc.

NOTE FROM THE JURY

Note No. 1

Date 4/15/2025

Time 9:04 AM

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   What are the most important (unique) features of the patent in your opinion?

   _____
   Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE RITA F. LIN          Case No. 23-cv-05261-RFL

CASE NAME: Omnitracs, LLC v. Motive Technologies, Inc.

NOTE FROM THE JURY

Note No. #2

Date 4/8/25

Time 9:15pm

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:
What year did Motive "Keep Trucking" Roll out their FREE (ELD) App?

#4
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RITA F. LIN</u>         Case No. <u>23-cv-05261-RFL</u>

CASE NAME: <u>Omnitracs, LLC v. Motive Technologies, Inc.</u>

<u>NOTE FROM THE JURY</u>

Note No. __1__

Date __23 Apr 2025__

Time __1:55__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

Can you patent a product that is already sold in the marketplace?

_Carne Cordeiro_
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE RITA F. LIN         Case No. 23-cv-05261-RFL

CASE NAME: Omnitracs, LLC v. Motive Technologies, Inc.

NOTE FROM THE JURY

Note No. 2

Date 23 Apr 2025

Time 1:55

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Do you infringe if you developed before issue date? i.e. does clock start at filed date? Or at priority date? or issued date?

Carmen Cordeiro
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE RITA F. LIN          Case No. 23-cv-05261-RFL

CASE NAME: Omnitracs, LLC v. Motive Technologies, Inc.

NOTE FROM THE JURY

Note No. 3

Date 23 Apr 2025

Time 1:55

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

What is the priority date and how does it relate to filed date?

_Carrie Cordeiro_
Foreperson of the Jury

**Response to Question 1:** If a product that meets all of the requirements of a claim is already being sold in the marketplace when the patent issues, the product will begin infringing the claimed invention upon issuance of the patent. With respect to whether any claims are validly patented, please refer to the instructions on invalidity (Instruction Nos. 23-28). The only prior art at issue in this case is described in Instruction No. 27. The items listed under Instruction No. 27 are items that all parties agree constitute prior art.

**Response to Question 2:** If a product was developed that meets all the requirements of a claim before the issue date, the product will infringe the claimed invention upon issuance of the patent.

**Response to Question 3:** Priority dates and filed dates are only relevant to what counts as prior art. The only prior art at issue in this case is described in Instruction No. 27. The items listed under Instruction No. 27 are items that all parties agree constitute prior art.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE RITA F. LIN          Case No. 23-cv-05261-RFL

CASE NAME: Omnitracs, LLC v. Motive Technologies, Inc.

NOTE FROM THE JURY

Note No. 4

Date 23 Apr 2025

Time 3:30

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

In instructions, on 060, claim 12 is dependent on claim 1. In the patent, claim 12 refers back to claim 11, which is not in this case.

If we say no to claim 1, do we also say no to claim 12, per dependent instructions?

Carrie Cordeiro
Foreperson of the Jury

**Response to Question 4:** Claim 12 of the '060 Patent is dependent on Claim 11, not Claim 1. Therefore, your determination as to infringement as to Claim 1 does not affect your determination of that issue as to Claim 12. For further instructions, please refer to Instruction No. 12.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RITA F. LIN</u>  Case No. <u>23-cv-05261-RFL</u>

CASE NAME: <u>Omnitracs, LLC v. Motive Technologies, Inc.</u>

NOTE FROM THE JURY

Note No. 8

Date 24 Apr 2025

Time 11:28

1. The Jury has reached a unanimous verdict ☒

   or

2. The Jury has the following question:

_____

_____

_____

_____

Carrie Cordeiro
Foreperson of the Jury