UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNITRACS, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MOTIVE TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 23-cv-05261-RFL<br><br>**JURY VERDICT** |

1

## **VERDICT FORM (PHASE 1)**

When answering the following questions (which begin on the next page) and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

Answer each of the following Questions 1–3 by following the Jury Instructions and the instructions given on this Verdict Form.

- "The '906 Patent" refers to U.S. Patent No. 9,014,906
- "The '628 Patent" refers to U.S. Patent No. 9,390,628
- "The '060 Patent" refers to U.S. Patent No. 9,402,060
- "The '253 Patent" refers to U.S. Patent No. 9,911,253

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of the Court as the verdict in our case.

## QUESTION 1 – INFRINGEMENT

Did Omnitracs prove by a preponderance of the evidence that Motive infringed the following claims of the '906, '628, '060, and '253 Patents?

Check "Yes" (for Omnitracs) or "No" (for Motive) for each claim:

| '906 Patent | Yes (for Omnitracs) | No (for Motive) |
|---|---|---|
| Claim 1 | | no |
| Claim 10 | | no |
| Claim 15 | | no |

| '628 Patent | Yes (for Omnitracs) | No (for Motive) |
|---|---|---|
| Claim 15 | | no |
| Claim 17 | | no |
| Claim 18 | | |

| '060 Patent | Yes (for Omnitracs) | No (for Motive) |
|---|---|---|
| Claim 1 | | no |
| Claim 12 | | no |

| '253 Patent | Yes (for Omnitracs) | No (for Motive) |
|---|---|---|
| Claim 1 |  | No |
| Claim 11 |  | no |

**Continue to Question 2 if you checked "Yes" for at least one Asserted Claim in Question 1. If not, go directly to Question 3.**

## QUESTION 2 – WILLFUL INFRINGEMENT

Did Omnitracs prove by a preponderance of the evidence that Motive's infringement was willful? Check "Yes" (for Omnitracs) or "No" (for Motive).

**Do not check a box below for any asserted claim where you answered "No" in Question 1.**

| '906 Patent | Yes (for Omnitracs) | No (for Motive) |
|---|---|---|
| Claim 1 | | |
| Claim 10 | | |
| Claim 15 | | |

| '628 Patent | Yes (for Omnitracs) | No (for Motive) |
|---|---|---|
| Claim 15 | | |
| Claim 17 | | |
| Claim 18 | | |

| '060 Patent | Yes (for Omnitracs) | No (for Motive) |
|---|---|---|
| Claim 1 | | |
| Claim 12 | | |

**Continue to Question 3.**

3

# QUESTION 3 – INVALIDITY

**Answer Questions 3A and 3B for each asserted claim regardless of your answers in Questions 1 or 2.**

## QUESTION 3A – PATENT ELIGIBILITY.

Did Motive prove by clear and convincing evidence that the elements in the following claims of the '906 and '628 Patents, considered individually and as an ordered combination, involve only activities which a person of ordinary skill in the art would have considered to be well-understood, routine, and conventional at the time the patent application was filed?

Check "Yes" (for Motive) or "No" (for Omnitracs).

| '906 Patent | Yes (for Motive) | No (for Omnitracs) |
|---|---|---|
| Claim 1 | yes | |
| Claim 10 | yes | |
| Claim 15 | yes | |

| '628 Patent | Yes (for Motive) | No (for Omnitracs) |
|---|---|---|
| Claim 15 | yes | |
| Claim 17 | yes | |
| Claim 18 | yes | |

4

## QUESTION 3B – INVALIDITY

Did Motive prove by clear and convincing evidence that any of the following asserted claims of the '906, and '628 Patents are invalid?

Check "Yes" (for Motive) or "No" (for Omnitracs).

| '906 Patent | Yes (for Motive) | No (for Omnitracs) |
|---|---|---|
| Claim 1 |  | no |
| Claim 10 |  | no |
| Claim 15 |  | no |

| '628 Patent | Yes (for Motive) | No (for Omnitracs) |
|---|---|---|
| Claim 15 |  | no |
| Claim 17 |  | no |
| Claim 18 |  | no |

**Continue to final page of the Verdict Form.**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Clerk that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is called back in to read the verdict.

**Please have the Presiding Juror date and sign this form.**

Dated: 24 Apr 2025

_Carrie Cordeiro_
Presiding Juror